**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------- x
SUBHASH PATEL Individually, and on        |
Behalf of All Others Similarly Situated,  |
                                          |
              Plaintiff,                   |
                                          |
       vs.                                 |     No. 1:21-CV-04606
                                          |
KONINKLIJKE PHILIPS N.V., FRANS VAN       |     STIPULATION AND
HOUTEN, and ABHIJIT BHATTACHARYA,         |     ORDER
                                          |
              Defendants.                  |
                                          |
                                          |
----------------------------------------------------------------- x
```

This stipulation is entered into by and between the Plaintiff and the Defendants.

WHEREAS, on August 16, 2021, Plaintiff filed this action asserting putative class action claims under the Securities Exchange Act of 1934;

WHEREAS, under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z–1(a)(3), 78u–4(a)(3) (the "PSLRA"), by October 15, 2021, Plaintiff or other members of the putative class may move this Court to serve as lead plaintiff; and

WHEREAS, Plaintiff has attempted to seek a waiver from Defendants of service of the Summons and Complaint, and the parties wish to provide time for Defendants to respond to the Complaint or any amended complaint consistent with the procedures provided by the PSLRA following the appointment of lead plaintiff.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows:

1.      The undersigned counsel will accept service of the Complaint in this action on behalf of all Defendants; provided, however, that the acceptance of service and entry into this

Stipulation shall not waive, and Defendants expressly preserve, all rights, claims and defenses, other than a defense as to the sufficiency of service of the Complaint.

2.      The time for lead plaintiff to file an amended complaint (or designate the Complaint as the operative complaint) shall be extended through and including 45 days after entry of an order appointing lead plaintiff and approving counsel for lead plaintiff in this action.

3.      The time for any Defendant to answer, move to dismiss or otherwise respond to the Complaint (or any amended complaint) in this action is extended through and including 45 days after the filing of an amended complaint (or designation of the Complaint as the operative complaint) in this action.  The time for lead plaintiff's opposition to any motion to dismiss shall be 45 days after the filing of such motion(s) to dismiss.  The time for Defendants' reply(ies) in support of any motion to dismiss shall be 30 days after the filing of Plaintiffs' opposition.

4.      Neither Plaintiff nor Defendants waive their rights to seek from each other or the Court additional adjournments or extensions of the above deadlines.

5.      During the pendency of the proceedings set forth in this Stipulation, the discovery stay imposed by the PSLRA, 15 U.S.C. §§ 77z–1(b)(1), 78u–4(b)(3)(B), shall continue to apply.

6.      There has been no previous request for an extension of time in this action.

7.      This Stipulation may be executed in counterparts, and electronic or facsimile signatures shall be deemed equivalent to original signatures.

/s/ *Jeremy A. Lieberman*

Jeremy A. Lieberman (jalieberman@pomlaw.com)
J. Alexander Hood II (ahood@pomlaw.com)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York  10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665

*Attorneys for Plaintiff*

/s/ *Sharon L. Nelles*

Sharon L. Nelles (nelless@sullcrom.com
William B. Monahan (monahanw@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 588-3588

*Attorneys for Defendants*

SO ORDERED:
s/ MKB 11/3/2021

_____

MARGO K. BRODIE
United States District Judge