**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SUBHASH PATEL, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-04606-MKB-MMH |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| KONINKLIJKE PHILIPS N.V., FRANS VAN HOUTEN, and ABHIJIT BHATTACHARYA, | |
| Defendants. | |

This stipulation is entered into by and between the Lead Plaintiff and the Defendants, by and through their undersigned attorneys.

WHEREAS, on August 16, 2021, Plaintiff Subhash Patel filed this action asserting putative class action claims under the Securities Exchange Act of 1934 and SEC Rule 10b-5 (17 C.F.R. § 240.10b-5);

WHEREAS, on November 3, 2021, the Court appointed Richard Sun as Lead Plaintiff in this action (ECF No. 10);

WHEREAS, also on November 3, 2021, the Court so-ordered a scheduling stipulation (ECF No. 11, the "Scheduling Order"), which allowed Lead Plaintiff 45 days to file an amended complaint (or designate the current complaint as the operative complaint), meaning any amended complaint would currently be due on December 20, 2021 (the "Amended Complaint Deadline"); and

-1-

WHEREAS, given the holiday season and unavoidable scheduling conflicts, Lead Plaintiff asked Defendants if they would be amenable to a brief extension of the Amended Complaint Deadline, and the parties thereafter reached agreement on the schedule below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows:

1. The Amended Complaint Deadline shall be extended to January 3, 2022.

2. Defendants' answer, motion to dismiss or other response to the Amended Complaint shall be due March 4, 2022.  Lead Plaintiff's opposition to any motion to dismiss shall be due April 18, 2022, with any replies due May 18, 2022.

3. The other provisions of the Scheduling Order remain.  This is the second request for extension of time in this action.

4. This Stipulation may be executed in counterparts, and electronic or facsimile signatures shall be deemed equivalent to original signatures.

| | |
|---|---|
| /s/ *Cara David* | /s/ *William B. Monahan* |
| Jeremy A. Lieberman (jalieberman@pomlaw.com) | Sharon L. Nelles (nelless@sullcrom.com) |
| Cara David (cdavid@pomlaw.com) | William B. Monahan (monahanw@sullcrom.com) |
| POMERANTZ LLP | SULLIVAN & CROMWELL LLP |
| 600 Third Avenue, 20th Floor | 125 Broad Street |
| New York, New York 10016 | New York, New York 10004 |
| Telephone: (212) 661-1100 | Telephone: (212) 558-4000 |
| Facsimile: (212) 661-8665 | Facsimile: (212) 588-3588 |
| | |
| | *Attorneys for Defendants* |

SO ORDERED:
s/ MKB 12/13/2021

_____
MARGO K. BRODIE
United States District Judge