

**Emma Gilmore**
Partner

April 18, 2022

<u>**VIA E-MAIL AND ECF**</u>

Sharon L. Nelles Esq.,
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

    Re:    *Patel v. Koninklijke Philips N.V. et al.*, No. 21 Civ. 4606 (MKB) (E.D.N.Y.)

Dear Ms. Nelles:

    On behalf of Lead Plaintiff Richard Sun and Plaintiff Subhash Patel ("Plaintiffs") in the above-caption action, and in accordance with Rule 3.D of the Court's Individual Practices and Rules, I enclose the Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint.

                                   Sincerely,

                                     <u>*/s/ Emma Gilmore*</u>

                                   Emma Gilmore

(Enclosure)

cc:    All counsel of record (via e-mail and ECF) (without enclosure for ECF)