**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SUBHASH PATEL, Individually and On Behalf of
All Others Similarly Situated,

                 *Plaintiff*,

          v.

KONINKLIJKE PHILIPS N.V., FRANS
VAN HOUTEN, and ABHIJIT
BHATTACHARYA,

                 *Defendants*.

21-CV-4606 (MKB) (MMH)

**DECLARATION OF WILLIAM B. MONAHAN IN SUPPORT**
**OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, William B. Monahan, hereby declare as follows:

1.     I am a member of the bar of this Court and am a partner of the law firm of Sullivan & Cromwell LLP, counsel in the above-captioned action for the Defendants.

2.     I respectfully submit this Declaration to provide the Court with certain materials cited in Defendants' Memorandum in Support of Their Motion to Dismiss the Amended Complaint.

3.     Attached hereto as Exhibit 1 is a true and correct copy of the Amended Complaint (ECF No. 16).

4.     Attached hereto as Exhibit 2 is a true and correct copy of Koninklijke Philips N.V.'s ("KPNV") March 14, 2008 press release, which announced the completion of a tender offer to acquire Respironics, Inc., as filed with the U.S. Securities and Exchange Commission ("SEC") as Exhibit 99.A.2.I to KPNV's tender offer statement, dated March 14, 2008.

5.     Attached hereto as <u>Exhibit 3</u> is a true and correct copy of excerpts from KPNV's Annual Report for the fiscal year ended December 31, 2016, as filed with the SEC on February 17, 2017.  Portions of the Annual Report have been highlighted for the Court's convenience.

6.     Attached hereto as <u>Exhibit 4</u> is a true and correct copy of excerpts from KPNV's Annual Report for the fiscal year ended December 31, 2017, as filed with the SEC on February 20, 2018.  Portions of the Annual Report have been highlighted for the Court's convenience.

7.     Attached hereto as <u>Exhibit 5</u> is a true and correct copy of excerpts from KPNV's Annual Report for the fiscal year ended December 31, 2018, as filed with the SEC on February 26, 2019.  Portions of the Annual Report have been highlighted for the Court's convenience.

8.     Attached hereto as <u>Exhibit 6</u> is a true and correct copy of excerpts from KPNV's Annual Report for the fiscal year ended December 31, 2019, as filed with the SEC on February 25, 2020.  Portions of the Annual Report have been highlighted for the Court's convenience.

9.     Attached hereto as <u>Exhibit 7</u> is a true and correct copy of excerpts from KPNV's Annual Report for the fiscal year ended December 31, 2020, as filed with the SEC on February 23, 2021.  Portions of the Annual Report have been highlighted for the Court's convenience.

10.     Attached hereto as <u>Exhibit 8</u> is a true and correct copy of excerpts from KPNV's Annual Report for the fiscal year ended December 31, 2021, as filed with the SEC on

February 22, 2022.   Portions of the Annual Report have been highlighted for the Court's convenience.

11.   Attached hereto as <u>Exhibit 9</u> is a true and correct copy of excerpts from KPNV's Quarterly Report for the first quarter of fiscal year 2021, as filed with the SEC on April 26, 2021.  Portions of the Quarterly Report have been highlighted for the Court's convenience.

12.   Attached hereto as <u>Exhibit 10</u> is a true and correct copy of excerpts from KPNV's Quarterly Report for the second quarter of fiscal year 2021, as filed with the SEC on July 26, 2021.  Portions of the Quarterly Report have been highlighted for the Court's convenience.

13.   Attached hereto as <u>Exhibit 11</u> is a true and correct copy of a transcript of an April 26, 2021 KPNV earnings call announcing the results from its first quarter of fiscal year 2021.

14.   Attached hereto as <u>Exhibit 12</u> is a true and correct copy of a transcript of a January 12, 2022 KPNV earnings call announcing the results from its fourth quarter of fiscal year 2021 and for the full 2021 fiscal year.

15.   Attached hereto as <u>Exhibit 13</u> is a true and correct copy of Philips RS North America LLC's June 14, 2021 recall announcement, available at https://www.philips.com/a-w/about/news/archive/standard/news/press/2021/20210614-philips-issues-recall-notification-to-mitigate-potential-health-risks-related-to-the-sound-abatement-foam-component-in-certain-sleep-and-respiratory-care-devices.html#:~:text=%20Philips%20issues%20recall%20notification%2A%20to%20mitigate%20potential,instructions%20for%20use%20and%20a%20repair...%20More%20.

16.   Attached hereto as <u>Exhibit 14</u> is a true and correct copy of a June 30, 2021 safety communication published by the U.S. Food & Drug Administration ("FDA"), available at

https://www.fda.gov/medical-devices/safety-communications/certain-philips-respironics-ventilators-bipap-and-cpap-machines-recalled-due-potential-health-risks.

17.    Attached hereto as Exhibit 15 is a true and correct copy of a July 22, 2021 news release published by the FDA, available at https://www.fda.gov/medical-devices/medical-device-recalls/philips-respironics-recalls-certain-ventilators-and-bipap-machines-due-potential-health-risks-pe-pur#:~:text=Philips%20Respironics%2C%20Inc.%2C%20recalled%20certain%20ventilators%20and%20BiPAP,swallowed%20or%20inhaled%20when%20the%20device%20is%20used.

18.    Attached hereto as Exhibit 16 is a true and correct copy of a Form FDA-483, dated November 12, 2021, summarizing an FDA inspector's observations of a Philips RS North America LLC manufacturing facility in Murrysville, Pennsylvania, available at https://www.fda.gov/media/154099/download.

19.    Attached hereto as Exhibit 17 is a true and correct copy of a November 12, 2021 news release published by the FDA, available at https://www.fda.gov/news-events/press-announcements/fda-provides-update-recall-certain-philips-respironics-breathing-assistance-machines.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of March 2022 in New York County, New York.

_/s/ William B. Monahan_
William B. Monahan