# Exhibit 3

Case 1:21-cv-04606-ERK-MMH    Document 31-3    Filed 05/18/22    Page 1 of 28 PageID #: 500

**Table of Contents**

As filed with the Securities and Exchange Commission on February 21, 2017

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# Form 20-F

(Mark one)

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2016**

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
OR

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number 001-05146-01**

# KONINKLIJKE PHILIPS N.V.
**(Exact name of Registrant as specified in charter)**

# ROYAL PHILIPS
**(Translation of Registrant's name into English)**

**The Netherlands**
**(Jurisdiction of incorporation or organization)**

**Philips Center, Amstelplein 2, 1096 BC Amsterdam, The Netherlands**
**(Address of principal executive office)**

**Marnix van Ginneken, Chief Legal Officer & Secretary to the Board of Management**
**+31 20 59 77232, marnix.van.ginneken@philips.com, Philips Center, Amstelplein 2, 1096 BC Amsterdam, The Netherlands**
**(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)**

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Shares – par value | New York Stock Exchange |
| Euro (EUR) 0.20 per share | |

**Securities registered or to be registered pursuant to Section 12(g) of the Act:**
**None**

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:**
**None**
**(Title of class)**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:

| Class | Outstanding at December 31, 2016 |
|---|---|
| Koninklijke Philips N.V. | 929,644,864 shares, including |
| Common Shares par value EUR 0.20 per share | 7,208,301 treasury shares |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☒ Yes No ☐

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to section 13 or 15(d) of the Securities Exchange Act of 1934. ☐ Yes ☒ No

Note-Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 from their obligations under those Sections.

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). ☐ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒ Accelerated filer ☐ Non-accelerated filer ☐

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

| U.S. GAAP ☐ | International Financial Reporting Standards as issued by by the International Accounting Standards Board ☒ | Other ☐ |
| --- | --- | --- |

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow. ☐ Item 17 ☐ Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐ Yes ☒ No

Table of Contents

**IFRS basis of presentation**

The financial information included in this document is based on IFRS, as explained in note 1, Significant accounting policies, of this report, unless otherwise indicated.

**Dutch Financial Markets Supervision Act**

This document comprises regulated information within the meaning of the Dutch Financial Markets Supervision Act *(Wet op het financieel toezicht)*.

**Statutory financial statements and management report**

The chapters Group financial statements and Company financial statements contain the statutory financial statements of the Company. The introduction to the chapter Group financial statements sets out which parts of this Annual Report form the Management report within the meaning of Section 2:391 of the Dutch Civil Code (and related Decrees).

**Significant developments**

In September 2014, Philips announced its plan to sharpen its strategic focus by establishing two stand-alone companies focused on the HealthTech and Lighting opportunities respectively. To this end, a stand-alone structure was established for Philips Lighting within the Philips Group, effective February 1, 2016. Then, on May 27, 2016, Philips Lighting was listed and started trading on Euronext in Amsterdam under the symbol 'LIGHT'. Following the listing of Philips Lighting, Philips retained a 71.225% stake and continued to consolidate Philips Lighting through 2016. On February 8, 2017, Philips announced that it had successfully completed an accelerated bookbuild offering to institutional investors and to Philips Lighting of 26.0 million shares in Philips Lighting, reducing Philips' stake in Philips Lighting's issued and outstanding share capital from 71.225% to approximately 55.180%. The transaction is in line with Philips' stated objective to fully sell down its stake in Philips Lighting over the next several years.

Philips has signed an agreement to sell an 80.1% interest in the combined Lumileds and Automotive businesses to certain funds managed by affiliates of Apollo Global Management, LLC. Philips will retain the remaining 19.9% interest. The transaction is expected to be completed in the first half of 2017, subject to customary closing conditions, including the relevant regulatory approvals.



The integration of Volcano, a US-based global leader in catheter-based imaging and measurement solutions for cardiovascular applications, into our Image-Guided Therapy business group has been successful, helping to drive synergies and improved performance.

Contents

| | | |
|---|---|---|
| **Introduction** | | 4 |
| Forward-looking statements | | 5 |
| **Form 20-F cross reference table** | | 6 |
| **1** | **Message from the CEO** | 13 |
| **2** | **Group performance** | 16 |
| 2 1 | Financial performance | 16 |
| 2 2 | Social performance | 35 |
| 2 3 | Environmental performance | 41 |
| 2.4 | Proposed distribution to shareholders | 46 |
| 2 5 | Critical accounting policies | 47 |
| **3** | **Segment performance** | 49 |
| 3 1 | Personal Health businesses | 51 |
| 3 2 | Diagnosis & Treatment businesses | 54 |
| 3 3 | Connected Care & Health Informatics businesses | 58 |
| 3.4 | HealthTech Other | 62 |
| 3 5 | Lighting | 65 |
| 3.6 | Legacy Items | 68 |
| **4** | **Reconciliation of non-GAAP information** | 69 |
| **5** | **Risk management** | 73 |
| 5 1 | Our approach to risk management | 73 |
| 5 2 | Risk categories and factors | 77 |
| 5 3 | Strategic risks | 77 |
| 5.4 | Operational risks | 79 |
| 5 5 | Compliance risks | 81 |
| 5.6 | Financial risks | 82 |

**6**    **Management**    84

**7**    **Supervisory Board**    85

**8**    **Supervisory Board report**    86
8 1    Report of the Corporate Governance and Nomination & Selection Committee    88
8 2    Report of the Remuneration Committee    89
8 3    Report of the Audit Committee    95
8.4    Report of the Quality & Regulatory Committee    96

**9**    **Corporate governance**    97
9 1    Board of Management and Executive Committee    98
9 2    Supervisory Board    101
9 3    General Meeting of Shareholders    105
9.4    Meeting logistics and other information    107
9 5    Investor Relations    109
9.6    Additional information    110

**10**    **Group financial statements**    114
10 1    Management's report on internal control    115
10 2    Report of the independent auditor    115
10 3    Independent auditors' report on internal control over financial reporting    117
10.4    Independent auditors' reports on the consolidated financial statements    118
10 5    Consolidated statements of income    120

2 Annual Report 2016

**Table of Contents**

| 10.6 | Consolidated statements of comprehensive income | 121 |
| 10.7 | Consolidated balance sheets | 122 |
| 10.8 | Consolidated statements of cash flows | 124 |
| 10 9 | Consolidated statements of changes in equity | 125 |
| 10 10 | Notes | 126 |

**General, segment and main countries information**

| 1 | Significant accounting policies | 126 |
| 2 | Information by segment and main country | 141 |
| 3 | Discontinued operations and other assets classified as held for sale | 143 |
| 4 | Acquisitions and divestments | 144 |
| 5 | Interests in entities | 145 |

**Notes related to the income statement**

| 6 | Income from operations | 147 |
| 7 | Financial income and expenses | 149 |
| 8 | Income taxes | 149 |
| 9 | Earnings per share | 153 |

**Notes related to the balance sheet**

| 10 | Property, plant and equipment | 154 |
| 11 | Goodwill | 155 |
| 12 | Intangible assets excluding goodwill | 157 |
| 13 | Other financial assets | 158 |
| 14 | Other assets | 158 |
| 15 | Inventories | 159 |
| 16 | Receivables | 159 |
| 17 | Equity | 159 |
| 18 | Debt | 162 |
| 19 | Provisions | 164 |
| 20 | Post-employment benefits | 167 |
| 21 | Accrued liabilities | 172 |
| 22 | Other liabilities | 172 |

**Notes related to the cash flow statement**

| 23 | Cash flow statement supplementary information | 173 |
| 24 | Contractual obligations | 173 |

**Other notes**

| 25 | Contingent assets and liabilities | 174 |
| 26 | Related-party transactions | 177 |
| 27 | Share-based compensation | 177 |
| | Information on remuneration | 180 |
| 29 | Fair value of financial assets and liabilities | 184 |
| 30 | Details of treasury / other financial risks | 187 |
| 31 | Subsequent events | 191 |

| 11 | **Company financial statements** | 192 |
| 11.1 | Statements of income | 193 |
| 11.2 | Balance sheets before appropriation of results | 194 |
| 11.3 | Statement of changes in equity | 195 |
| 11.4 | Notes | 196 |

| A | Sales | 196 |
| B | Other business income | 196 |
| C | Sales and costs by nature | 196 |
| D | Financial income and expense | 196 |
| E | Income tax | 196 |
| F | Employees | 196 |
| G | Intangible assets | 196 |
| H | Financial fixed assets | 196 |
| I | Other financial assets | 197 |
| J | Receivables | 197 |
| K | Shareholders' equity | 197 |
| L | Debt | 200 |
| M | Other current liabilities | 200 |
| N | Contractual obligations and contingent liabilities not appearing in the balance sheet | 200 |
| O | Subsequent events | 201 |
| P | Appropriation of profits and profit distributions | 201 |

11.5    Independent auditor's report                                                        202

**12      Sustainability statements**                                                        209
12 1     Approach to sustainability reporting                                                209
12 2     Economic indicators                                                                 216
12 3     Social statements                                                                   216
12.4     Environmental statements                                                            226
12 5     Assurance report of the independent auditor                                         232

**13      Five-year overview**                                                               234
13 1     Five-year overview (condensed)                                                      237

**14      Investor Relations**                                                               238
14 1     Key financials and dividend                                                         238
14 2     Share information                                                                   240
14 3     Philips' rating                                                                     242
14.4     Performance in relation to market indices                                           242
14 5     Financial calendar                                                                  245
14.6     Investor contact                                                                    245
14.7     Taxation                                                                            246
14.8     New York Registry Shares                                                            249

**15      Definitions and abbreviations**                                                    251

**16      Exhibits**                                                                         253
16 1     Index of exhibits                                                                   253
16 2     Signatures                                                                          254
16 3     Exhibits                                                                            255
16.4     Exhibit 1                                                                           256
16 5     Exhibit 7                                                                           270
16.6     Exhibit 8                                                                           271
16.7     Exhibit 12 (a)                                                                      280
16.8     Exhibit 12 (b)                                                                      281
16 9     Exhibit 13 (a)                                                                      282
16 10    Exhibit 13 (b)                                                                      283
16.11    Exhibit 15 (a)                                                                      284
16 12    Exhibit 15 (b)                                                                      285
16 13    Exhibit 15 (c)                                                                      286

Annual Report 2016 3

**Table of Contents**

**Introduction**

**Introduction**

This document contains information required for the Annual Report on Form 20-F for the year ended December 31, 2016 of Koninklijke Philips N.V. (the 2016 Form 20-F). Reference is made to the Form 20-F cross reference table herein. Only (i) the information in this document that is referenced in the Form 20-F cross reference table, (ii) this introduction and the cautionary statement "forward-looking statements" on the next two pages and (iii) the Exhibits shall be deemed to be filed with the Securities and Exchange Commission for any purpose. Any additional information in this document which is not referenced in the Form 20-F cross reference table, or the Exhibits themselves, shall not be deemed to be so incorporated by reference, shall not be part of the 2016 Form 20-F and is furnished to the Securities and Exchange Commission for information only.

The terms "Philips", the "Company", "Group", "we", "our" and "us" refer to Koninklijke (Royal) Philips N.V. and as applicable to its subsidiaries and/or its interest in joint ventures and associates.

**IFRS based information**

The audited consolidated financial statements as of December 31, 2016 and 2015, and for each of the years in the three-year period ended December 31, 2016, included in the 2016 Form 20-F have been prepared in accordance with International Financial Reporting Standards (IFRS) as endorsed by the European Union (EU). All standards and interpretations issued by the International Accounting Standards Board (IASB) and the IFRS Interpretations Committee effective year-end 2016 have been endorsed by the EU, except that the EU did not adopt certain paragraphs of IAS 39 applicable to certain hedge transactions. Philips has no hedge transactions to which these paragraphs are applicable. Consequently, the accounting policies applied by Philips also comply with IFRS as issued by the IASB.

**Use of non-GAAP information**

In presenting and discussing the Philips Group financial position, operating results and cash flows, management uses certain non-GAAP financial measures. These non-GAAP financial measures should not be viewed in isolation as alternatives to the equivalent IFRS measure and should be used in conjunction with the most directly comparable IFRS measures. Non-GAAP financial measures do not have standardized meaning under IFRS and therefore may not be comparable to similar measures presented by other issuers. A reconciliation of these non-GAAP measures to the most directly comparable IFRS measures is contained in this document. Reference is made in chapter 4, Reconciliation of non-GAAP information, of this report.

**Third-party market share data**

Statements regarding market share, contained in this document, including those regarding Philips' competitive position, are based on outside sources such as specialized research institutes, industry and dealer panels in combination with management estimates. Where full year information regarding 2016 is not yet available to Philips, market share statements may also be based on estimates and projections prepared by outside sources or management. Rankings are based on sales unless otherwise stated.

**Use of fair-value measurement**

In presenting the Philips Group financial position, fair values are used for the measurement of various items in accordance with the applicable accounting standards. These fair values are based on market prices, where available, and are obtained from sources that are deemed to be reliable. Readers are cautioned that these values are subject to changes over time and are only valid at the balance sheet date. When quoted prices or observable market values are not readily available, fair values are estimated using valuation models, and unobservable inputs. Such fair value estimates require management to make significant assumptions with respect to future developments which are inherently uncertain and may therefore deviate from actual developments. Critical assumptions used are disclosed in the financial statements.

Independent valuations may have been obtained to support management's determination of fair values.

**Documents on display**

It is possible to read and copy documents referred to in the 2016 Form 20-F that have been filed with the SEC at the SEC's public reference room located at 100 F Street, N.E., Room 1580, Washington, D.C. 20549.

Please call the SEC at 1-800-SEC-0330 for further information on the public reference rooms and their copy charges. Philips SEC filings are also publicly available through the SEC's website at www.sec.gov.

For definitions and abbreviations reference is made to *chapter 15, Definitions and abbreviations*, of this report.

4 Annual Report 2016

Table of Contents

Introduction

## Forward-looking statements

Pursuant to provisions of the United States Private Securities Litigation Reform Act of 1995, Philips is providing the following cautionary statement.

This document, including the information referred to in the Form 20-F cross reference table, contains certain forward-looking statements with respect to the financial condition, results of operations and business of Philips and certain of the plans and objectives of Philips with respect to these items, in particular, among other statements, certain statements in Item 4 "Information on the Company" with regard to management objectives, market trends, market standing, product volumes, business risks, the implementation of our Accelerate! program, the statements in Item 5 "Operating and financial review and prospects" with regards to trends in results of operations, margins overall market trends, risk management, exchange rates, the statements in Item 8 "Financial Information" relating to legal proceedings and goodwill and statements in Item 11 "Quantitative and qualitative disclosure about market risks" relating to risk caused by derivative positions, interest rate fluctuations and other financial exposure are forward-looking in nature. Forward-looking statements can be identified generally as those containing words such as "anticipates", "assumes", "believes", "estimates", "expects", "should", "will", "will likely result", "forecast", "outlook", "projects", "may" or similar expressions. By their nature, these statements involve risk and uncertainty because they relate to future events and circumstances and there are many factors that could cause actual results and developments to differ materially from those expressed or implied by these statements.

These factors include, but are not limited to, domestic and global economic and business conditions, developments within the euro zone, the successful implementation of our strategy and our ability to realize the benefits of this strategy, our ability to develop and market new products, changes in legislation, legal claims, intellectual property, disputes, data protection challenges, changes in exchange and interest rates, changes in tax rates, pension costs and actuarial assumptions, raw materials and employee costs, our ability to identify and complete successful acquisitions and to integrate those acquisitions into our business, our ability to successfully exit certain businesses or restructure our operations, the rate of technological changes, political, economic and other developments in countries where Philips operates, industry consolidation and competition and the state of international capital markets as they may affect the timing and nature of the disposition by Philips of its interests in Philips Lighting and the Lumileds and Automotive business.

As a result, Philips' actual future results may differ materially from the plans, goals and expectations set forth in such forward-looking statements. For a discussion of factors that could cause future results to differ from such forward-looking statements, reference is made to the information in Item 3D "Risk Factors".

Annual Report 2016 5

**Table of Contents**

**Form 20-F cross reference table**

**Form 20-F cross reference table**

Only (i) the information in this document that is referenced in the Form 20-F cross reference table, (ii) the Introduction and the cautionary statements concerning forward-looking statements of this report on pages 4-5, and (iii) the Exhibits shall be deemed to be filed with the Securities and Exchange Commission for any purpose. The content of Philips' websites and other websites referenced herein should not be considered to be a part of or incorporated into the 2016 Form 20-F. Any additional information which is not referenced in the Form 20-F cross reference table or the Exhibits themselves shall not be deemed to be so incorporated by reference, shall not be part of the 2016 Form 20-F and is furnished to the Securities and Exchange Commission for information only.

The table below sets out the location in this document of the information required by SEC Form 20-F. The exact location is included in the column 'Location in this document'. The column 'Page' includes the starting page of the section/ paragraph for reference only.

6 Annual Report 2016

Table of Contents

Form 20-F cross reference table

| Item | Form 20-F caption | Location in this document | Page |
|---|---|---|---|
| Part 1 | | | |
| 1 | **Identity of directors, senior management and advisors** | *Not applicable* | |
| 2 | **Offer statistics and expected timetable** | *Not applicable* | |
| 3 | **Key information** | | |
| | A Selected financial data | 13.1. Five-year overview (condensed) | 237 |
| | | 14.1. Key financials and dividend - Proposed distribution | 238 |
| | | 14.1. Key financials and dividend - Information for investors in New York Registry shares program | 238 |
| | B Capitalization and indebtedness | *Not applicable* | |
| | C Reason for the offer and use of proceeds | *Not applicable* | |
| | D Risk factors | 5.2. Risk categories and factors - *Second paragraph* | 77 |
| | | 5.3. Strategic risks | 77 |
| | | 5.4. Operational risks | 79 |
| | | 5.5. Compliance risks | 81 |
| | | 5.6. Financial risks | 82 |
| 4 | **Information on the Company** | | |
| | A History and development of the company | Contents - Significant developments | 2 |
| | | 2.1.6. Restructuring and impairment charges | 25 |
| | | 2.1.11. Discontinued operations | 26 |
| | | 2.1.13. Acquisitions and divestments | 27 |
| | | 2.1.15. Net cash provided by (used for) continuing operations | 29 |
| | | 3. Segment performance - Our structure in 2016 | 49 |
| | | 9. Corporate governance - Corporate governance of the Philips Group - Introduction | 97 |
| | | 9.5. Investor Relations - Corporate seat and head office | 109 |
| | | Note 3 Discontinued operations and other assets classified as held for sale | 143 |
| | | Note 4 Acquisitions and divestments | 144 |
| | | Note 31 Subsequent events | 191 |
| | | 14.6. Investor contact - How to reach us | 245 |
| | B Business Overview | Introduction - Third-party market share data | 4 |
| | | 2.1. Financial performance - from 2.1.1 to 2.1.14 | 16 |
| | | 2.1.24. Procurement | 34 |
| | | 3. Segment performance - Our structure in 2016 | 49 |
| | | 3.1.1. About Personal Health businesses | 51 |
| | | 3.1.3. 2016 financial performance | 52 |
| | | 3.2.1. About Diagnosis & Treatment businesses | 54 |
| | | 3.2.3. 2016 financial performance | 56 |
| | | 3.3.1. About Connected Care & Health Informatics businesses | 58 |
| | | 3.3.3. 2016 financial performance | 60 |
| | | 3.4.1. About HealthTech Other | 62 |
| | | 3.4.3. 2016 financial performance | 64 |
| | | 3.5.2. About Lighting | 65 |
| | | 3.5.4. 2016 financial performance | 66 |
| | | 3.6. Legacy Items | 68 |
| | | 3.6.1. 2016 financial performance | 68 |
| | | 5.1. Our approach to risk management | 73 |
| | | 5.3. Strategic risks - *Last paragraph* | 77 |
| | | 5.4. Operational risks - *Fourth & fifth paragraph* | 79 |
| | | 5.5. Compliance risks | 81 |
| | | 9. Corporate governance - Corporate governance of the Philips Group - Introduction | 97 |
| | | Note 2 Information by segment and main country | 141 |
| | | 12.3.8. Supplier indicators - Responsible Sourcing of Minerals | 221 |

Annual Report 2016 7

Table of Contents

**Form 20-F cross reference table**

| Item | Form 20-F caption | Location in this document | Page |
|---|---|---|---|
| | | 15. Definitions and abbreviations | 251 |
| | C Organizational structure | 3. Segment performance - Our structure in 2016 | 49 |
| | | Note 2 Information by segment and main country | 141 |
| | | Note 5 Interests in entities | 145 |
| | | 16.6. Exhibit 8 | 271 |
| | D Property, plant and equipment | Note 2 Information by segment and main country | 141 |
| | | Note 10 Property, plant and equipment | 154 |
| | | Note 19 Provisions - Environmental provisions | 164 |
| | | Note 24 Contractual obligations | 173 |
| | | Note 25 Contingent assets and liabilities - Contingent liabilities - Environmental remediation | 174 |
| **4A** | **Unresolved staff comments** | *Not applicable* | |
| **5** | **Operating and financial review and prospects** | | |
| | A Operating results | 4. Reconciliation of non-GAAP information | 69 |
| | | 2.1. Financial performance - Management summary | 16 |
| | | 2.1. Financial performance - from 2.1.1 to 2 1.14 | 16 |
| | | 2.5. Critical accounting policies | 47 |
| | | 3.1.1. About Personal Health businesses | 51 |
| | | 3.1.3. 2016 financial performance | 52 |
| | | 3.2.1. About Diagnosis & Treatment businesses | 54 |
| | | 3.2.3. 2016 financial performance | 56 |
| | | 3.3.1. About Connected Care & Health Informatics businesses | 58 |
| | | 3.3.3. 2016 financial performance | 60 |
| | | 3.4.1. About HealthTech Other | 62 |
| | | 3.4.3. 2016 financial performance | 64 |
| | | 3.5.2. About Lighting | 65 |
| | | 3.5.4. 2016 financial performance | 66 |
| | | 3.6. Legacy Items | 68 |
| | | 3.6.1. 2016 financial performance | 68 |
| | | 5.3. Strategic risks | 77 |
| | | 5.4. Operational risks | 79 |
| | | 5.5. Compliance risks | 81 |
| | | 5.6. Financial risks | 82 |
| | | Note 3 Discontinued operations and other assets classified as held for sale | 143 |
| | | Note 4 Acquisitions and divestments | 144 |
| | | Note 6 Income from operations | 147 |
| | | Note 7 Financial income and expenses | 149 |
| | | Note 11 Goodwill | 155 |
| | | Note 12 Intangible assets excluding goodwill | 157 |
| | | Note 30 Details of treasury / other financial risks | 187 |
| | B Liquidity and capital resources | 2.1. Financial performance | 16 |
| | | Note 17 Equity | 159 |
| | | Note 18 Debt | 162 |
| | | Note 23 Cash flow statement supplementary information | 173 |
| | | Note 24 Contractual obligations | 173 |
| | | Note 30 Details of treasury / other financial risks | 187 |
| | C Research and development, patents and licenses, etc. | 2.1.4. Research and development | 23 |
| | | 3.4.1. About HealthTech Other | 62 |
| | D Trend information | 2.1. Financial performance | 16 |
| | | 2.1.24. Procurement | 34 |
| | | 5.3. Strategic risks - First & second paragraph | 77 |

Table of Contents

**Form 20-F cross reference table**

| Item | Form 20-F caption | Location in this document | Page |
|---|---|---|---|
| | E Off-balance sheet arrangements | 2.1.23. Cash obligations | 33 |
| | | Note 24 Contractual obligations | 173 |
| | | Note 25 Contingent assets and liabilities | 174 |
| | | Note 30 Details of treasury / other financial risks | 187 |
| | F Tabular disclosure of contractual obligations | 2.1.23. Cash obligations | 33 |
| | | Note 24 Contractual obligations | 173 |
| | G Safe Harbor | Forward-looking statements | 5 |
| 6 | **Directors, senior management and employees** | | |
| | A Directors and senior management | 6. Management | 84 |
| | | 7. Supervisory Board | 85 |
| | | 9.1. Board of Management and Executive Committee - Introduction | 98 |
| | | 9.1. Board of Management and Executive Committee - (Term of) Appointment and conflicts of interest | 98 |
| | | 9.2. Supervisory Board - (Term of) Appointment, individual data and conflicts of interests | 101 |
| | B Compensation | Note 27 Share-based compensation | 177 |
| | | Note 28 Information on remuneration | 180 |
| | | 8.2. Report of the Remuneration Committee | 89 |
| | C Board practices | 6. Management | 84 |
| | | 7. Supervisory Board | 85 |
| | | 8. Supervisory Board report | 86 |
| | | 9.1. Board of Management and Executive Committee | 98 |
| | | 9.2. Supervisory Board | 101 |
| | | 9.4. Meeting logistics and other information - Internal controls and disclosure policies | 107 |
| | | 9.4. Meeting logistics and other information - Auditor information | 107 |
| | D Employees | 2.2.4. Employment | 38 |
| | | Note 6 Income from operations - Employees | 147 |
| | E Share ownership | 9.1. Board of Management and Executive Committee - Amount and composition of the remuneration of the Board of Management | 98 |
| | | Note 17 Equity | 159 |
| | | Note 27 Share-based compensation | 177 |
| | | Note 28 Information on remuneration | 180 |
| 7 | **Major shareholders and related party transactions** | | |
| | A Major shareholders | 9.5. Investor Relations - Major shareholders and other information for shareholders | 109 |
| | | 9.6. Additional information - Articles of association | 110 |
| | | 14.2. Share information | 240 |
| | B Related party transactions | 3.5.6 Separation of Lighting | 67 |
| | | 9.1. Board of Management and Executive Committee | 98 |
| | | Note 5 Interests in entities | 145 |
| | | Note 26 Related-party transactions | 177 |
| | C Interests of experts and counsel | *Not applicable* | |
| 8 | **Financial information** | | |

Table of Contents

**Form 20-F cross reference table**

| Item | Form 20-F caption | Location in this document | Page |
|------|-------------------|--------------------------|------|
| | A Consolidated statements and other financial information | 10. Group financial statements - from 10.4 to 10.9 | 114 |
| | | 10.2. Report of the independent auditors | 115 |
| | | 10.4. Independent auditors' reports on the consolidated financial statements | 118 |
| | | 14.1. Key financials and dividend - Dividend policy | 238 |
| | B Significant changes | Note 31 Subsequent events | 191 |
| **9** | **The offer and listing** | | |
| | A Offer and listing details | 14.4. Performance in relation to market indices | 242 |
| | B Plan of distribution | *Not applicable* | |
| | C Markets | 14.4. Performance in relation to market indices | 242 |
| | D Selling shareholders | *Not applicable* | |
| | E Dilution | *Not applicable* | |
| | F Expense of the issue | *Not applicable* | |
| **10** | **Additional information** | | |
| | A Share capital | *Not applicable* | |
| | B Memorandum and articles of association | 9.1. Board of Management and Executive Committee - (Term of) Appointment and conflicts of interest | 98 |
| | | 9.2. Supervisory Board - (Term of) Appointment, individual data and conflicts of interest | 101 |
| | | 9.3. General Meeting of Shareholders - Introduction | 105 |
| | | 9.3. General Meeting of Shareholders - Main powers of the General Meeting of Shareholders | 105 |
| | | 9.4. Meeting logistics and other information | 107 |
| | | 9.6. Additional information - Articles of association | 110 |
| | | 16.1. Index of exhibits - Exhibit 1 | 253 |
| | C Material contracts | 8.2.2. Contracts for the provision of services | 90 |
| | D Exchange controls | 9.6. Additional information- Exchange controls | 110 |
| | E Taxation | 14.7. Taxation | 246 |
| | F Dividends and paying agents | *Not applicable* | |
| | G Statements by experts | *Not applicable* | |
| | H Documents on display | Introduction - Documents on display | 4 |
| | I Subsidiary information | *Not applicable* | |
| **11** | **Quantitative and qualitative disclosure about market risk** | | |
| | A Quantitative information about market risk | Note 30 Details of treasury / other financial risks | 187 |
| | B Qualitative information about market risk | Note 30 Details of treasury / other financial risks | 187 |
| | C Interim periods | *Not applicable* | |

10 Annual Report 2016

Table of Contents

Form 20-F cross reference table

| Item | Form 20-F caption | Location in this document | Page |
|------|-------------------|--------------------------|------|
| | D Safe harbor | Note 30 Details of treasury / other financial risks | 187 |
| | | Forward-looking statements | 5 |
| | E Small business issuers | *Not applicable* | |
| **12** | **Description of securities other than equity securities** | | |
| | A Debt securities | *Not applicable* | |
| | B Warranty and rights | *Not applicable* | |
| | C Other securities | *Not applicable* | |
| | D American depository shares | 14.8. New York Registry Shares | 249 |

**Part 2**

| Item | Form 20-F caption | Location in this document | Page |
|------|-------------------|--------------------------|------|
| **13** | **Defaults, dividend arrearages and delinquencies** | *Not applicable* | |
| **14** | **Material modifications to the rights of security holders and use of proceeds** | *Not applicable* | |
| **15** | **Controls and procedures** | | |
| | A Disclosure controls and procedures | 10.1.1. Disclosure controls and procedures | 115 |
| | B Management Annual Report on internal control over financial reporting | 10.1. Management's report on internal control | 115 |
| | C Attestation report of the registered public accounting firm | 10.3. Independent auditors' report on internal control over financial reporting | 117 |
| | D Changes in internal control over financial reporting | 10.1.2. Changes in internal control over financial reporting | 115 |
| **16A** | **Audit Committee Financial Expert** | 9.2. Supervisory Board - The Audit Committee | 101 |
| **16B** | **Code of Ethics** | 5.1. Our approach to risk management - Financial Code of Ethics | 73 |
| **16C** | **Principal Accountant Fees and Services** | 8.3. Report of the Audit Committee | 95 |
| | | 9.4. Meeting logistics and other information - Auditor policy | 107 |
| | | Note 6 Income from operations - Audit fees | 147 |
| **16D** | **Exemptions from the Listing Standards for Audit Committees** | *Not applicable* | |
| **16E** | **Purchases of Equity Securities by the Issuer and Affiliated Purchasers** | 9.3. General Meeting of Shareholders - Repurchase and issue of (rights to) own shares | 105 |
| | | 14.2. Share information - Share repurchase programs for capital reduction purposes | 240 |
| **16F** | **Change in Registrant's Certifying Accountant** | *Not applicable* | |
| **16G** | **Corporate Governance** | 9. Corporate governance - Corporate governance of the Philips Group - Introduction | 97 |
| | | 9.6. Additional information - General | 110 |
| | | 9.6. Additional information - Board structure | |
| | | 9.6. Additional information - Independence of members of our Supervisory Board | |
| | | 9.6. Additional information - Committees of our Supervisory Board | |
| | | 9.6. Additional information - Equity compensation plans | |
| | | 9.6. Additional information - Code of business conduct | |
| **16H** | **Mine Safety Disclosure** | *Not applicable* | |

**Table of Contents**

**Form 20-F cross reference table**

| Item | Form 20-F caption | Location in this document | Page |
|---|---|---|---|
| **Part 3** | | | |
| **17** | **Financial statements** | *Not applicable* | |
| **18** | **Financial statements** | 10. Group financial statements - from 10.4 to 10.9 | 114 |
| **19** | **Exhibits** | 16.1. Index of exhibits | 253 |

12 Annual Report 2016

**Form 20-F cross reference table**

| Item | Form 20-F caption | Location in this document | Page |
|---|---|---|---|
| **Part 3** | | | |
| **17** | **Financial statements** | *Not applicable* | |
| **18** | **Financial statements** | 10. Group financial statements - from 10.4 to 10.9 | 114 |
| **19** | **Exhibits** | 16.1. Index of exhibits | 253 |

**Table of Contents**

Group performance 2

2 Group performance

"Our strategic focus on health technology and the successful separation of Lighting has delivered two winning companies and a significant improvement in Group performance. Our net income more than doubled to EUR 1.5 billion while our income from operations increased to EUR 1.9 billion from EUR 1.0 billion in the previous year. Improved earnings and tight management of working capital generated EUR 1.9 billion of cash from our operating activities."

Abhijit Bhattacharya, CFO Royal Philips

**2.1 Financial performance**

Management summary

**The year 2016**

- Sales rose to EUR 17.4 billion, a nominal increase of 4%, in our HealthTech portfolio. On a comparable basis[1]) sales increased by 5% in our HealthTech portfolio, which combines our Personal Health businesses, Diagnosis & Treatment businesses, Connected Care & Health Informatics businesses, HealthTech Other and Legacy Items. Lighting posted a 5% decline on a nominal basis and a 2% decline on a comparable basis[1]). Overall, Group sales increased by 1% on a nominal basis and 3% on a comparable basis[1]), to EUR 24.5 billion.

- Our Personal Health businesses' sales increased to EUR 7,099 million, an increase of 5% on a nominal basis. The 7% growth on a comparable basis[1]) was driven by double-digit growth in Health & Wellness and mid-single-digit growth in Personal Care, Sleep & Respiratory Care and Domestic Appliances.

- Our Diagnosis & Treatment businesses' sales amounted to EUR 6,686 million, an increase of 3% on a nominal basis. The 4% growth on a comparable basis[1]) was driven by double-digit growth in Image-Guided Therapy and low-single-digit growth in Diagnostic Imaging, while Ultrasound was in line with 2015.

- Our Connected Care & Health Informatics businesses' sales rose to EUR 3,158 million, an increase of 5% on a nominal basis. The 4% growth on a comparable basis[1]) was driven by mid-single-digit growth in Patient Care & Monitoring Solutions and low-single-digit growth in Healthcare Informatics, Solutions & Services, partly offset by a low-single-digit decline in Population Health Management.

- Lighting's operational performance continued to improve year-on-year. Sales in 2016 were EUR 7,094 million. Comparable sales[1]) reflected double-digit growth in LED and Home, which was more than offset by a double-digit decline in Lamps and a low-single-digit decline in Professional.

- In line with our mission to improve people's lives, we have embedded sustainability at the heart of our business processes, and Green Revenues, including products and solutions sales, increased to 64% of total revenues in 2016. In recognition of our sustainability achievements, Philips was named industry group leader in the Capital Goods category in the 2016 Dow Jones Sustainability Index.

- Net income amounted to EUR 1.5 billion and increased by EUR 832 million compared to 2015, driven by improved performance in the HealthTech portfolio and in Lighting as well as the Funai arbitration award, partly offset by higher financial expenses and tax charges. Net income is not allocated to segments as certain income and expense line items are monitored on a centralized basis.

- Adjusted income from operations[1]) totaled EUR 2.2 billion, compared to EUR 1.4 billion a year earlier. Our three cost savings programs all delivered ahead of plan in 2016. We achieved EUR 269 million of gross savings in overhead costs, EUR 418 million of gross

16 Annual Report 2016

Table of Contents

savings in procurement, and our End2End process improvement program delivered productivity savings of EUR 204 million.

- Net cash provided by operating activities increased from EUR 1.2 billion in 2015 to EUR 1.9 billion, mainly due to higher earnings and lower outflows related to pension de-risking settlements, partly offset by a EUR 280 million outflow related to the Masimo agreements and a EUR 91 million premium payment related to the October 2016 bond redemption.

- As of October 20, 2016, Philips had completed the 3-year EUR 1.5 billion share buy-back program. During the year Philips returned EUR 868 million in dividends and shares repurchase.

Philips Group
**Key data** in millions of EUR unless otherwise stated
2014 - 2016

|  | 2014 | 2015 | 2016 |
|---|---|---|---|
| **Condensed statement of income** | | | |
| **Sales** | **21,391** | **24,244** | **24,516** |
| **Income from operations (EBIT)** | **486** | **992** | **1,882** |
| *as a % of sales* | *2.3%* | *4.1%* | *7.7%* |
| **Adjusted income from operations[1]** | **821** | **1,372** | **2,235** |
| *as a % of sales* | *3.8%* | *5.7%* | *9.1%* |
| Financial income and expenses | (301) | (369) | (493) |
| Income tax expense | (26) | (239) | (327) |
| Investments in associates | 62 | 30 | 13 |
| **Income from continuing operations** | **221** | **414** | **1,075** |
| Income from Discontinued operations - net of income tax | 190 | 245 | 416 |
| **Net income** | **411** | **659** | **1,491** |
| **Other indicators** | | | |
| Net income attributable to shareholders per common share in EUR: | | | |
| basic | 0.45 | 0.70 | 1 58 |
| diluted | 0.45 | 0.70 | 1 56 |
| Net cash provided by operating activities | 1,303 | 1,167 | 1,904 |
| Net capital expenditures | (806) | (842) | (831) |
| Employees (FTEs) | 113,678 | 112,959 | 114,731 |
| Continuing operations | 105,365 | 104,204 | 105,223 |
| Discontinued operations | 8,313 | 8,755 | 9,508 |

**The year 2015**

- Sales rose to EUR 16.8 billion, a nominal increase of 16% in our HealthTech portfolio. Lighting sales increased by 8% on a nominal basis. Overall, nominal sales for the Group increased by 13%. On a comparable basis[1], sales increased by 4.4% in our HealthTech portfolio, which combines our Personal Health businesses, Diagnosis & Treatment businesses and Connected Care & Health Informatics businesses, HealthTech Other and Legacy Items. Lighting comparable sales[1] decreased by 3%. Overall, comparable sales[1] for the Group increased by 2% to EUR 24.2 billion.

- Personal Health businesses' sales increased to EUR 6,751 million, an increase of 14% on a nominal basis. The 5% increase on a comparable basis[1] was driven by double-digit growth in Health & Wellness and high-single-digit growth in Personal Care.

- Diagnosis & Treatment businesses' sales rose to EUR 6,484 million, an increase of 23% on a nominal basis. The 6% increase on a comparable basis[1] was driven by double-digit growth in Diagnostic Imaging, low-single-digit growth in Ultrasound and flat year-on- year comparable sales[1] in Image-Guided Therapy.

- Connected Care & Health Informatics businesses' sales amounted to EUR 3,022 million, an increase of 13% on a nominal basis. On a comparable basis[1], flat year-on-year due to low-single-digit sales were growth in Healthcare Informatics, Solutions & Services, partly offset by a low-single-digit decline in Population Health Management.

- Lighting recorded another year of operational improvements, resulting in a substantial increase in profitability. Sales in 2015 totaled EUR 7,438 million. LED business performance improved strongly. On a full-year basis LED accounted for 43% of total Lighting sales. In the conventional lamps business Lighting continued to gain market share in a declining market and improved profitability combined with a solid cash flow. On a nominal basis, Lighting increased by 8%. On a comparable basis[1], the expected decline in conventional Lighting led to a 3% decrease for the Lighting business overall.

- In line with our mission to improve people's lives, we have embedded sustainability at the heart of our business processes, and Green Revenues, including products and solutions sales, increased to 61% of total revenues in 2015. In recognition of our sustainability achievements, Philips was named industry leader in the Industrial Conglomerates category in the 2015 Dow Jones Sustainability Index.

- Net income amounted to EUR 659 million, a 60% increase from EUR 411 million in 2014. Net income is not allocated to segments as certain income and expense line items are monitored on a centralized basis.

- Adjusted income from operations[1] totaled EUR 1.4 billion, compared to EUR 821 million a year earlier. Our three cost savings programs all delivered ahead of plan in 2015. We achieved EUR 290 million of gross savings in overhead costs, EUR 379 million of gross savings in procurement, and our End2End process improvement program delivered productivity savings of EUR 187 million.

[1]    Non-GAAP financial measure. For the definition and reconciliation to the most directly comparable GAAP measure, refer to chapter 4,

Reconciliation of non-GAAP information, of this report.

**Table of Contents**

Group performance 2.1.1

- Net cash provided by operating activities decreased from EUR 1.3 billion in 2014 to EUR 1.1 billion, mainly due to CRT litigation claims, higher outflows related to pension de-risking settlements, partly offset by higher earnings.
- By the end of the year we had also completed 74% of the EUR 1.5 billion- share buy-back program.

**Table of Contents**

**Table of Contents**

**Information on remuneration**

**Remuneration of the Executive Committee**

In 2016, the total remuneration costs relating to the members of the Executive Committee (consisting of 12 members, including the members of the Board of Management) amounted to EUR 22,433,827 (2015: EUR 15,098,023, 2014: EUR 16,878,909) consisting of the elements in the table below.

Annual Report 2016 181

Table of Contents

Group financial statements 10.10

Philips Group
**Remuneration costs of the Executive Committee[1] in EUR**
2014 - 2016

|  | 2014 | 2015 | 2016 |
|---|---|---|---|
| Base salary/Base compensation | 6,513,027 | 5,974,928 | 6,388,667 |
| Annual incentive[2] | 1,526,658 | 2,705,560 | 5,746,347 |
| Performance shares[3] | 3,357,142 | 2,740,004 | 5,943,782 |
| Stock options[3] | 583,755 | 88,775 | — |
| Restricted share rights[3] | 409,809 | 91,339 | 764,311 |
| Pension allowances[4] | — | 2,193,409 | 1,854,129 |
| Pension scheme costs | 2,458,759 | 209,462 | 180,077 |
| Other compensation[5] | 2,029,759 | 1,094,546 | 1,556,514 |

[1]   The Executive Committee consisted of 12 members as per December 31, 2016 (2015: 8 members; 2014: 9 members)

[2]   The annual incentives are related to the performance in the year reported which are paid out in the subsequent year

[3]   Costs of performance shares, stock options and restricted share rights are based on accounting standards (IFRS) and do not reflect the value of stock options at the end of the lock up period and the value of performance shares and restricted share rights at the vesting/release date

[4]   Pension allowances are gross taxable allowances paid to the Executive Committee members in the Netherlands. These allowances are part of the pension arrangement

[5]   The stated amounts mainly concern (share of) allowances to members of the Executive Committee that can be considered as remuneration. In a situation where such a share of an allowance can be considered as (indirect) remuneration (for example, private use of the company car), then the share is both valued and accounted for here. The method employed by the fiscal authorities is the starting point for the value stated.

At December 31, 2016, the members of the Executive Committee (including the members of the Board of Management) held 750,631 (2015: 843,461; 2014: 1,050,080) stock options at a weighted average exercise price of EUR 21.17 (2015: EUR 18.67; 2014: EUR 18.53).

**Remuneration of the Board of Management**

In 2016, the total remuneration costs relating to the members of the Board of Management amounted to EUR 8,904,859 (2015: EUR 6,612,092; 2014: EUR 6,635,334), see table below.

At December 31, 2016, the members of the Board of Management held 476,200 stock options (2015: 479,881; 2014: 586,500) at a weighted average exercise price of EUR 19.47 (2015: EUR 19 52; 2014: EUR 19.60).

Philips Group
**Remuneration costs of individual members of the Board of Management** in EUR
2014 - 2016

|  | base compensation/ salary | annual incentive[1] | performance shares[2] | stock options[2] | restricted share rights[2] | pension allowances[3] | pension scheme costs | other compensation[4] | total costs |
|---|---|---|---|---|---|---|---|---|---|
| **2016** | | | | | | | | | |
| F.A. van Houten | 1,197,500 | 1,354,227 | 1,423,538 | — | 12,041 | 536,195 | 24,838 | 126,703 | 4,675,042 |
| A. Bhattacharya | 650,000 | 540,072 | 362,758 | — | 3,341 | 201,524 | 24,838 | 73,642 | 1,856,175 |
| P.A.J. Nota | 702,500 | 619,745 | 683,101 | — | 9,251 | 277,649 | 24,838 | 56,558 | 2,373,642 |
|  | **2,550,000** | **2,514,044** | **2,469,397** | **—** | **24,633** | **1,015,368** | **74,514** | **256,903** | **8,904,859** |
| **2015** | | | | | | | | | |
| F.A. van Houten | 1,168,750 | 768,920 | 1,273,940 | 17,713 | 28,279 | 529,387 | 25,241 | 78,035 | 3,890,265 |
| A. Bhattacharya | 23,551 | 11,937 | 8,968 | — | 183 | 7,315 | 886 | 998 | 53,838 |
| R.H. Wirahadiraksa | 664,583 | 239,250 | (652,049) | 12,045 | (37,210) | 290,772 | 24,002 | 29,477 | 570,870 |
| P.A.J. Nota | 672,500 | 383,112 | 605,749 | 12,045 | 21,964 | 270,529 | 26,302 | 104,918 | 2,097,119 |
|  | **2,529,384** | **1,403,219** | **1,236,608** | **41,803** | **13,216** | **1,098,003** | **76,431** | **213,428** | **6,612,092** |
| **2014** | | | | | | | | | |
| F.A. van Houten | 1,137,500 | 349,600 | 860,564 | 101,344 | 76,951 | — | 485,655 | 86,554 | 3,098,168 |
| R.H. Wirahadiraksa | 712,500 | 156,600 | 446,337 | 68,914 | 52,965 | — | 298,995 | 35,909 | 1,772,220 |
| P.A.J. Nota | 643,750 | 258,180 | 406,358 | 68,914 | 57,200 | — | 267,037 | 63,507 | 1,764,946 |
|  | **2,493,750** | **764,380** | **1,713,259** | **239,172** | **187,116** | **—** | **1,051,687** | **185,970** | **6,635,334** |

[1]   The annual incentives are related to the performance in the year reported which are paid out in the subsequent year. For more details on the annual incentives, see sub-section 8.2.6, 2016 Annual Incentive, of this report

[2]   Costs of performance shares, stock options and restricted share rights are based on accounting standards (IFRS) and do not reflect the value of stock options at the end of the lock up period and the value of performance shares and restricted share rights at the vesting/release date

[3]   Pension allowances are gross taxable allowances paid to members of the Board of Management. These allowances are part of the pension arrangement as agreed upon in the services contracts.

[4]   The stated amounts mainly concern (share of) allowances to members of the Board of Management that can be considered as remuneration. In a situation where such a share of an allowance can be considered as (indirect) remuneration (for example, private use of the company car), then the share is both valued and accounted for here. The method employed by the fiscal authorities is the starting point for the value stated

For further information on remuneration costs, see sub-section 8.2.4, Remuneration costs, of this report.

182 Annual Report 2016

Table of Contents

Group financial statements 10.10

The tables below give an overview of the performance share plans and the stock option plans of the Company, held by the members of the Board of Management:

Philips Group
**Number of performance shares (holdings)** in number of shares
2016

| | January 1, 2016 | awarded 2016 | awarded dividend shares 2016 | realized 2016 | December 31, 2016 | vesting date |
|---|---|---|---|---|---|---|
| F.A. van Houten | 69,097 | — | — | 58,732 | — | 05.03.2016 |
| | 63,117 | — | 2,182 | — | 65,299 | 04 28.2017 |
| | 56,677 | — | 1,959 | — | 58,636 | 05.05.2018 |
| | — | 59,287 | 2,049 | — | 61,336 | 04 29.2019 |
| A. Bhattacharya | 13,086[1] | — | — | 11,123 | — | 05.03.2016 |
| | 11,434[1] | — | 396 | — | 11,830 | 04 28.2017 |
| | 12,059[1] | — | 417 | — | 12,476 | 05.05.2018 |
| | — | 26,650 | 921 | — | 27,571 | 04 29.2019 |
| P.A.J. Nota | 32,717 | — | — | 27,809 | — | 05.03.2016 |
| | 29,729 | — | 1,028 | — | 30,757 | 04 28.2017 |
| | 27,333 | — | 945 | — | 28,278 | 05.05.2018 |
| | — | 29,110 | 1,006 | — | 30,116 | 04 29.2019 |
| **Performance shares (holdings)** | **315,249** | **115,047** | **10,903** | **97,664** | **326,299** | |

[1]    Awarded before date of appointment as a member of the Board of Management

Philips Group
**Stock options (holdings)** in number of shares
2016

| | January 1, 2016 | granted | exercised | expired | December 31, 2016 | grant price (in euros) | share (closing) price on exercise date | expiry date |
|---|---|---|---|---|---|---|---|---|
| F.A. van Houten | 20,400[1] | — | — | — | 20,400 | 22.88 | — | 10 18.2020 |
| | 75,000 | — | — | — | 75,000 | 20 90 | — | 04 18.2021 |
| | 75,000 | — | — | — | 75,000 | 14.82 | — | 04 23.2022 |
| | 55,000 | — | — | — | 55,000 | 22.43 | — | 01 29.2023 |
| A. Bhattacharya | 3,681[1] | — | — | 3,681[1] | — | 26 28 | — | 04 18.2016 |
| | 16,500[1] | — | — | — | 16,500 | 22.88 | — | 10 18.2020 |
| | 16,500[1] | — | — | — | 16,500 | 20 90 | — | 04 18.2021 |
| | 20,000[1] | — | — | — | 20,000 | 15 24 | — | 01 30.2022 |
| | 16,500[1] | — | — | — | 16,500 | 14.82 | — | 04 23.2022 |
| P.A.J. Nota | 40,800[1] | — | — | — | 40,800 | 22.88 | — | 10 18.2020 |
| | 51,000 | — | — | — | 51,000 | 20 90 | — | 04 18.2021 |
| | 51,000 | — | — | — | 51,000 | 14.82 | — | 04 23.2022 |
| | 38,500 | — | — | — | 38,500 | 22.43 | — | 01 29.2023 |
| **Stock options (holdings)** | **479,881** | **—** | **—** | **3,681** | **476,200** | | | |

[1]    Awarded before date of appointment as a member of the Board of Management

Under the Long-Term Incentive Plan operative until 2013, members of the Board of Management were granted restricted share rights. During 2015 the last release of these restricted share rights took place. However, if the shares from the restricted share rights release were kept for another 3 years, members of the Board of Management received so-called 'premium shares'. As at December 31, 2016, awarded premium shares amounted to 4,002 for F.A. van Houten, 419 for A. Bhattacharya and 1,797 for P.A.J. Nota (all to be released in 2017 and 2018). The premium shares to A. Bhattacharya result from restricted share rights grants awarded before date of appointment as a member of the Board of Management.

See note 27, Share-based compensation for further information on performance shares, stock options and restricted share rights as well sub-section 8.2.7, 2016 Long-Term Incentive Plan, of this report.

**Table of Contents**

Group financial statements 10.10

The accumulated annual pension entitlements and the pension costs of individual members of the Board of Management are as follows (in EUR):

Philips Group
**Accumulated annual pension entitlements and pension-related costs** in EUR
2016

| | age at December 31, 2016 | accumulated annual pension as of December 31, 2016[1] | total pension related costs[2] |
|---|---|---|---|
| F.A. van Houten | 56 | 293,351 | 561,033 |
| A. Bhattacharya | 55 | 23,882 | 226,362 |
| P.A.J. Nota | 52 | 44,062 | 302,487 |
| **Pension costs** | | | **1,089,882** |

[1]  Total of entitlements under Philips pension scheme, including - if applicable - transferred pension entitlements under pension scheme(s) of previous employer(s)

[2]  Cost related to period of board membership and include paid pension allowances as well as pension premium paid by employer to Collective Defined Contribution plan

When pension rights are granted to members of the Board of Management, necessary payments (if insured) and all necessary provisions are made in accordance with the applicable accounting principles. In 2016, no (additional) pension benefits were granted to former members of the Board of Management.

**Remuneration of the Supervisory Board**

The remuneration of the members of the Supervisory Board amounted to EUR 1,037,209 (2015: EUR 1,083,667; 2014: EUR 816,668). Former members received no remuneration.

At December 31, 2016 the members of the Supervisory Board held no stock options.

The individual members of the Supervisory Board received, by virtue of the positions they held, the following remuneration (in EUR):

Philips Group
**Remuneration of the Supervisory Board** in EUR
2014 - 2016

| | membership | committees | other compensation[1] | total |
|---|---|---|---|---|
| **2016[2]** | | | | |
| J.A. van der Veer | 135,000 | 26,667 | 7,000 | 168,667 |
| C. Poon | 90,000 | 32,500 | 22,000 | 144,500 |
| C.J.A. van Lede (Jan.-May)[3] | 33,333 | 4,375 | 2,000 | 39,708 |
| E. Kist (Jan.-May) | 40,000 | 4,167 | 2,000 | 46,167 |
| H. von Prondzynski | 80,000 | 25,000 | 19,500 | 124,500 |
| J.P. Tai | 80,000 | 34,167 | 32,000 | 146,167 |
| N. Dhawan | 80,000 | 13,000 | 27,000 | 120,000 |
| O. Gadiesh | 80,000 | 13,000 | 19,500 | 112,500 |
| D.E.I. Pyott | 80,000 | 23,000 | 32,000 | 135,000 |
| | **698,333** | **175,876** | **163,000** | **1,037,209** |
| **2015[2]** | | | | |
| J.A. van der Veer | 135,000 | 31,667 | 7,000 | 173,667 |
| C. Poon | 90,000 | 17,500 | 15,000 | 122,500 |
| C.J.A. van Lede | 80,000 | 14,333 | 7,000 | 101,333 |
| E. Kist | 80,000 | 10,000 | 2,000 | 92,000 |
| H. von Prondzynski | 80,000 | 26,833 | 19,500 | 126,333 |
| J.P. Tai | 80,000 | 29,167 | 35,000 | 144,167 |
| N. Dhawan | 80,000 | 13,000 | 20,000 | 113,000 |
| O. Gadiesh | 80,000 | 13,000 | 17,000 | 110,000 |
| D.E.I. Pyott (May-Dec.) | 80,000 | 8,667 | 12,000 | 100,667 |
| | **785,000** | **164,167** | **134,500** | **1,083,667** |
| **2014[2]** | | | | |
| J.A. van der Veer | 110,000 | 20,500 | 2,000 | 132,500 |
| J.J. Schiro (Jan.-Aug.) | 65,000 | 12,334 | 2,000 | 79,334 |
| C. Poon | 65,000 | 14,000 | 17,000 | 96,000 |
| C.J.A. van Lede | 65,000 | 10,000 | 2,000 | 77,000 |
| E. Kist | 65,000 | 8,000 | 2,000 | 75,000 |
| H. von Prondzynski | 65,000 | 15,167 | 2,000 | 82,167 |

| | | | | |
|---|---|---|---|---|
| J.P. Tai | 65,000 | 15,000 | 23,000 | 103,000 |
| N. Dhawan | 65,000 | 10,000 | 23,000 | 98,000 |
| O. Gadiesh (May-Dec.) | 65,000 | 6,667 | 2,000 | 73,667 |
| | **630,000** | **111,668** | **75,000** | **816,668** |

[1]   The amounts mentioned under other compensation relate to the fee for intercontinental travel, inter-European travel (effective 2015) and the entitlement of EUR 2,000 under the Philips product arrangement

[2]   As of 2013, part of the remuneration of members of the Supervisory Board living in the Netherlands is subject to VAT. The amounts mentioned in this table are excluding VAT

[3]   After the separation of the Company, Mr van Lede joined the Supervisory Board of Philips Lighting.

184 Annual Report 2016

**Table of Contents**

Group financial statements 10.10

**Supervisory Board members' and Board of Management members' interests in Philips shares**

Members of the Supervisory Board and of the Board of Management are not allowed to hold any derivatives of Philips securities.

Philips Group
**Shares held by Board members[1] in number of shares**
2016

|  | December 31, 2015 | December 31, 2016 |
|---|---|---|
| J. van der Veer | 18,366 | 18,366 |
| H. von Prondzynski | 3,633 | 3,758 |
| J.P. Tai | 3,716 | 3,844 |
| F.A. van Houten | 121,762 | 189,824 |
| A. Bhattacharya | 29,415 | 42,913 |
| P.A.J. Nota | 66,133 | 89,798 |

[1]    Reference date for board membership is December 31, 2016