# Exhibit 4

As filed with the Securities and Exchange Commission on February 20, 2018

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

### Form 20-F

(Mark one)

☐    **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2017**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☐    **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number 001-05146-01**

**KONINKLIJKE PHILIPS NV**
**(Exact name of Registrant as specified in charter)**

**ROYAL PHILIPS**
**(Translation of Registrant's name into English)**

**The Netherlands**
**(Jurisdiction of incorporation or organization)**

**Philips Center, Amstelplein 2, 1096 BC Amsterdam, The Netherlands**
**(Address of principal executive office)**

**Marnix van Ginneken, Chief Legal Officer & Secretary to the Board of Management**
**31 20 59 77232, marnix.van.ginneken@philips.com, Philips Center, Amstelplein 2, 1096 BC Amsterdam, The Netherlands**
**(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)**

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
| --- | --- |
| Common Shares – par value | New York Stock Exchange |
| Euro (EUR) 0.20 per share | |

**Securities registered or to be registered pursuant to Section 12(g) of the Act:**
**None**

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:**
**None**
**(Title of class)**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:

| Class | Outstanding at December 31, 2017 |
| --- | --- |
| Koninklijke Philips N.V. | 926,191,723 shares |
| Common Shares par value EUR 0.20 per share | |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☒ Yes  No ☐

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to section 13 or 15(d) of the Securities Exchange Act of 1934. ☐ Yes  ☒ No

Note-Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 from their obligations under those Sections.

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). ☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large Accelerated Filer ☒     Accelerated filer ☐     Non-accelerated filer ☐

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

U.S. GAAP ☐     International Financial Reporting Standards as issued by by the International Accounting Standards Board ☒             Other ☐

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow. ☐ Item 17 ☐ Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐ Yes ☒ No

# Table of Contents

- Introduction
    - Forward-looking statements

- Form 20-F cross reference table
- 1 Message from the CEO
- 2 Our strategic focus
    - 2.1 Addressing health challenges through innovation
    - 2.2 How we create value

- 3 Group performance
    - 3.1 Financial performance
        - 3.1.1 Philips Lighting sell-down
        - 3.1.2 Results of operations
        - 3.1.3 Advertising and promotion
        - 3.1.4 Pensions
        - 3.1.5 Restructuring and acquisition-related charges and goodwill impairment charges
        - 3.1.6 Acquisitions and divestments
        - 3.1.7 Changes in cash and cash equivalents  including cash flows
        - 3.1.8 Financing
        - 3.1.9 Debt position
        - 3.1.10 Liquidity position
        - 3.1.11 Shareholders  equity
        - 3.1.12 Cash obligations
        - 3.1.13 Procurement
        - 3.1.14 Real estate

    - 3.2 Social performance
        - 3.2.1 Improving people s lives
        - 3.2.2 Workforce of the Future
        - 3.2.3 Inclusion & Diversity
        - 3.2.4 Culture of Performance
        - 3.2.5 Employee engagement
        - 3.2.6 Employment
        - 3.2.7 General Business Principles

- 3.2.8 Health and Safety
- 3.2.9 Working with stakeholders
- 3.2.10 Supplier sustainability

  - 3.3 Environmental performance
    - 3.3.1 Green Innovation
    - 3.3.2 Green Revenues
    - 3.3.3 Sustainable Operations

  - 3.4 Our commitment to Quality
  - 3.5 Proposed distribution to shareholders
  - 3.6 Critical accounting policies

- 4 Segment performance
  - 4.1 Personal Health businesses
    - 4.1.1 About Personal Health businesses
    - 4.1.2 2017 business highlights
    - 4.1.3 Financial performance
    - 4.1.4 Healthy people  sustainable planet

  - 4.2 Diagnosis & Treatment businesses
    - 4.2.1 About Diagnosis & Treatment businesses
    - 4.2.2 2017 business highlights
    - 4.2.3 Financial performance
    - 4.2.4 Healthy people  sustainable planet

  - 4.3 Connected Care & Health Informatics businesses
    - 4.3.1 About Connected Care & Health Informatics businesses
    - 4.3.2 2017 business highlights
    - 4.3.3 Financial performance
    - 4.3.4 Healthy people  sustainable planet

  - 4.4 HealthTech Other
    - 4.4.1 About HealthTech Other
    - 4.4.2 2017 business highlights
    - 4.4.3 Financial performance

  - 4.5 Legacy Items
    - 4.5.1 Financial performance

- 5 Reconciliation of non-IFRS information
- 6 Risk management
  - 6.1 Our approach to risk management
  - 6.2 Risk categories and factors
  - 6.3 Strategic risks
  - 6.4 Operational risks
  - 6.5 Compliance risks
  - 6.6 Financial risks

- 7 Management
- 8 Supervisory Board
- 9 Supervisory Board report
  - 9.1 Report of the Corporate Governance and Nomination & Selection Committee
  - 9.2 Report of the Remuneration Committee
    - 9.2.1 Remuneration policy
    - 9.2.2  Services agreements
    - 9.2.3  Scenario analysis
    - 9.2.4 2017 Internal pay ratios
    - 9.2.5 Remuneration costs
    - 9.2.6 Annual base compensation
    - 9.2.7 2017 Annual Incentive
    - 9.2.8 2017 Long-Term Incentive Plan
    - 9.2.9 Pensions
    - 9.2.10 Additional arrangements
    - 9.2.11 Remuneration of the Supervisory Board
    - 9.2.12 Year 2018

  - 9.3 Report of the Audit Committee
  - 9.4 Report of the Quality & Regulatory Committee

- 10 Corporate governance
  - 10.1 Board of Management and Executive Committee
  - 10.2 Supervisory Board
  - 10.3 General Meeting of Shareholders
  - 10.4 Meeting logistics and other information
  - 10.5 Investor Relations
  - 10.6 Additional information

- 11 Group financial statements
  - 11.1 Management s report on internal control
    - 11.1.1 Disclosure controls and procedures
    - 11.1.2 Changes in internal control over financial reporting

  - 11.2 Report of the independent auditors
  - 11.3 Independent auditor s report on internal control over financial reporting
  - 11.4 Independent auditor s reports on the consolidated financial statements
    - 11.4.1 Independent auditor s report on the consolidated financial statements
    - 11.4.2 Independent auditors  report on the consolidated financial statements

  - 11.5 Consolidated statements of income
  - 11.6 Consolidated statements of comprehensive income
  - 11.7 Consolidated balance sheets
  - 11.8 Consolidated statements of cash flows
  - 11.9 Consolidated statements of changes in equity
  - 11.10 Notes
    - 1 Significant accounting policies
    - 2 Information by segment and main country
    - 3 Discontinued operations and assets classified as held for sale
    - 4 Acquisitions and divestments
    - 5 Interests in entities
    - 6 Income from operations
    - 7 Financial income and expenses
    - 8 Income taxes
    - 9 Earnings per share
    - 10 Property  plant and equipment
    - 11 Goodwill
    - 12 Intangible assets excluding goodwill
    - 13 Other financial assets
    - 14 Other assets
    - 15 Inventories
    - 16 Receivables

- 17 Equity
- 18 Debt
- 19 Provisions
- 20 Post-employment benefits
- 21 Accrued liabilities
- 22 Other liabilities
- 23 Cash flow statement supplementary information
- 24 Contingent assets and liabilities
- 25 Related-party transactions
- 26 Share-based compensation
- 27 Information on remuneration
- 28 Fair value of financial assets and liabilities
- 29 Details of treasury / other financial risks
- 30 Subsequent events

- 12 Company financial statements
  - 12.1 Statements of income
  - 12.2 Balance sheets before appropriation of results
  - 12.3 Statement of changes in equity
  - 12.4 Notes
    - A Sales
    - B Other business income
    - C Sales and costs by nature
    - D Financial income and expense
    - E Income tax
    - F Employees
    - G Intangible assets
    - H Financial fixed assets
    - I Other financial assets
    - J Receivables
    - K Cash and cash equivalents
    - L Shareholders  equity
    - M Debt
    - N Other current liabilities
    - O Contractual obligations and contingent liabilities not appearing in the balance sheet
    - P Appropriation of profits and profit distributions
    - Q Subsequent events

  - 12.5  Independent auditor s report

- 13 Sustainability statements
  - 13.1 Approach to sustainability reporting
    - 13.1.1 Tracking trends
    - 13.1.2 Stakeholders
    - 13.1.3 Reporting standards
    - 13.1.4 Material topics and our focus
    - 13.1.5 Programs and targets
    - 13.1.6 Boundaries of sustainability reporting
    - 13.1.7 Comparability and completeness
    - 13.1.8 Data definitions and scope
    - 13.1.9 Sustainability governance
    - 13.1.10  External assurance

  - 13.2 Economic indicators
  - 13.3 Social statements
    - 13.3.1 People development
    - 13.3.2 Talent attraction
    - 13.3.3 Employee volunteering
    - 13.3.4 Building employability
    - 13.3.5 The Philips Foundation
    - 13.3.6 General Business Principles
    - 13.3.7 Health and Safety performance
    - 13.3.8 Stakeholder engagement
    - 13.3.9 Supplier indicators

  - 13.4 Environmental statements
    - 13.4.1 Circular Economy
    - 13.4.2 Biodiversity
    - 13.4.3  Sustainable Operations

  - 13.5 Assurance report of the independent auditor

- 14 Five-year overview
  - 14.1 Five-year overview (condensed)

- 15 Investor Relations
  - 15.1 Key financials and dividend
  - 15.2 Share information
  - 15.3 Philips  rating
  - 15.4 Performance in relation to market indices
  - 15.5 Financial calendar
  - 15.6 Investor contact
  - 15.7 Taxation
  - 15.8 New York Registry Shares

- 16 Definitions and abbreviations
- 17 Exhibits

## IFRS basis of presentation

The financial information included in this document is based on IFRS, as explained in Significant accounting policies, of this report, unless otherwise indicated.

## Dutch Financial Markets Supervision Act

This document comprises regulated information within the meaning of the Dutch Financial Markets Supervision Act *( Wet op het financieel toezicht).*

## Statutory financial statements and management report

The chapters Group financial statements and Company financial statements contain the statutory financial statements of the Company. The introduction to the chapter Group financial statements sets out which parts of this Annual Report form the Management report within the meaning of Section 2 391 of the Dutch Civil Code (and related Decrees).



In 2017, Philips reinforced its leadership in image-guided therapy solutions with the global launch of Philips Azurion, the next-generation image-guided therapy platform that enables clinicians to perform a wide range of routine and complex procedures, helping them to optimize interventional lab performance and provide superior care.

Table of Contents

**Introduction**

Case 1:21-cv-04606-ERK-MMH     Document 31-4     Filed 05/18/22     Page 5 of 10 PageID #: 532

Table of Contents

**Introduction**

Table of Contents

# 3 Group performance

**2017 was a year of solid progress, as we generated sales of EUR 17.8 billion underpinned by a 4% comparable sales growth, improved our operating profitability margin by 110 basis points, delivered a strong operating cash flow of EUR 1.9 billion, reduced our interest expenses by over EUR 100 million and increased net income from continuing operations to EUR 1,028 million.**

Abhijit Bhattacharya
CFO Royal Philips

Table of Contents

## 3.1 Financial performance

**Management summary**

- Sales rose to EUR 17.8 billion, a nominal increase of 2%, which reflected 3% nominal growth in the Personal Health businesses and Diagnosis & Treatment businesses and flat year-on-year sales in the Connected Care & Health Informatics businesses. On a comparable basis [1] the 4% growth was driven by 6% growth in the Personal Health businesses and 3% growth in the Connected Care & Health Informatics and Diagnosis & Treatment businesses.
- As of December 31, 2017, Philips' shareholding in Philips Lighting was decreased to 29.01% of Philips Lighting's issued share capital. As a result, Philips no longer has control over Philips Lighting and has ceased to consolidate Philips Lighting. With the completion of this transaction, Philips reached an important milestone in pivoting Philips into a focused health technology company. For further information, refer to Philips Lighting sell-down.
- Net income amounted to EUR 1.9 billion and increased by EUR 379 million compared to 2016, driven by improvements in operational performance, lower net financial expenses and higher discontinued operations results, partly offset by higher restructuring and acquisition-related charges and higher income taxes, which included a tax charge of EUR 171 million due to the US Tax Cuts and Jobs Act. Net income is not allocated to segments as certain income and expense line items are monitored on a centralized basis.
- Adjusted EBITA [1] totaled EUR 2.2 billion, or 12.1% of sales, an increase of EUR 232 million, or 110 basis points as a % of sales, compared to 2016. The productivity programs delivered annual savings of approximately EUR 483 million, ahead of the targeted savings of EUR 400 million, and included approximately EUR 260 million procurement savings, led by the Design for Excellence (DfX) program, and EUR 223 million savings from other productivity programs.
- Net cash provided by operating activities amounted to EUR 1.9 billion and increased by EUR 700 million compared to 2016. Free cash flow [1] amounted to EUR 1.2 billion and increased by EUR 756 million compared to 2016. The increase was mainly driven by higher earnings and the dividend related to the retained interest in the combined businesses of Lumileds and Automotive, lower outflows related to pension de-risking settlements, as well as the cash outflows in Q4 2016 of EUR 280 million related to the Masimo agreements. For further information on the Masimo agreements, refer to Provisions.
- On June 28, 2017, Royal Philips announced a EUR 1.5 billion share buyback program. Philips started the program in the third quarter of 2017 and continues to make progress. As the program was initiated for capital reduction purposes, Philips intends to cancel all of the shares acquired under the program.
- In line with our mission to improve people's lives, we have embedded sustainability at the heart of our business processes, and Philips was named industry leader in the Dow Jones Sustainability Index for the 3 [rd] year in a row. In the Carbon Disclosure Project, we achieved the highest score for the 5 [th] year in a row. Green Revenues, including products and solutions sales, increased to 60% of total revenues in 2017.

Philips Group
**Key data** in millions of EUR unless otherwise stated

2015-2017

| | 2015 | 2016 | 2017 |
|---|---|---|---|
| Sales | 16,806 | 17,422 | 17,780 |
| Nominal sales growth | 16% | 4% | 2% |
| Comparable sales growth [1] ) | 4% | 5% | 4% |
| Income from operations | 658 | 1,464 | 1,517 |
| *as a % of sales* | *3.9%* | *8.4%* | *8.5%* |
| Financial expenses, net | (359) | (442) | (137) |
| Investments in associates | 30 | 11 | (4) |
| Income taxes | (169) | (203) | (349) |
| Income from continuing operations | 160 | 831 | 1,028 |
| Discontinued operations | 479 | 660 | 843 |
| Net income | 638 | 1,491 | 1,870 |
| Adjusted EBITA [1] ) | 1,688 | 1,921 | 2,153 |
| *as a % of sales* | *10.0%* | *11.0%* | *12.1%* |
| Other indicators | | | |
| Net income attributable to shareholders per common share in EUR | | | |
| basic | 0.68 | 1.58 | 1.78 |
| diluted | 0.68 | 1.56 | 1.75 |
| *Net cash provided by operating activities* | *598* | *1 170* | *1 870* |
| *Net capital expenditures* | *(752)* | *(741)* | *(685)* |
| Free cash flow [1] ) | (154) | 429 | 1,185 |

[1] ) Non-IFRS financial measure. For the definition and reconciliation to the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

**The year 2016**

- Sales rose to EUR 17.4 billion, a nominal increase of 4%, which was driven by 5% nominal growth in the Personal Health businesses and Connected Care & Health Informatics businesses and 3% nominal growth in the Diagnosis & Treatment businesses. On a comparable basis [1] the 5% growth was driven by 7% growth in the Personal Health businesses and 4% growth in the Connected Care & Health Informatics and Diagnosis & Treatment businesses.

- Green Revenues, including products and solutions sales, increased to 58% of total revenues in 2016. In recognition of our sustainability achievements, Philips was named industry group leader in the Capital Goods category in the 2016 Dow Jones Sustainability Index

- Net income amounted to EUR 1.5 billion and increased by EUR 853 million compared to 2015, driven by improvements in operational performance, lower charges related to pension de-risking, higher discontinued operations results due to the Funai arbitration award, and lower restructuring and acquisition charges. For more details on the Funai arbitration award please refer to Discontinued operations and assets classified as held for sale.

- Adjusted EBITA [1] totaled EUR 1.9 billion, or 11% of sales, an increase of EUR 233 million, or 100 basis points as a % of sales, compared to 2015. The increase was attributable to higher volumes.

- Net cash provided by operating activities amounted to EUR 1,170 million, an increase of EUR 572 million compared to 2015. Free cash flow [1] amounted to EUR 429 million and increased by EUR 583 million compared to 2015. The increase was mainly due to higher earnings and lower outflows related to pension de-risking settlements and CRT litigation settlements, partly offset by a EUR 280 million outflow related to legal agreements and a EUR 91 million premium payment related to the October 2016 bond redemption.

- As of October 20, 2016, Philips had completed the 3-year EUR 1.5 billion share buy-back program. During the year Philips returned EUR 868 million in dividends and share repurchases.

[1] ) Non-IFRS financial measure. For the definition and reconciliation to the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

Table of Contents

## Note 27  Information on remuneration

Information on remuneration
**Remuneration of the Executive Committee**

In 2017, the total remuneration costs relating to the members of the Executive Committee (consisting of 12 members, including the members of the Board of Management) amounted to EUR 25,848,741 (2016 EUR 22,433,827; 2015 EUR 15,098,023) consisting of the elements in the following table.

Philips Group
**Remuneration costs of the Executive Committee** [1] in EUR
2015 - 2017

|  | 2015 | 2016 | 2017 |
|---|---|---|---|
| Base salary/Base compensation | 5,974,928 | 6,388,667 | 8,089,063 |
| Annual incentive [2] | 2,705,560 | 5,746,347 | 6,345,576 |
| Performance shares [3] | 2,740,004 | 5,943,782 | 6,371,297 |
| Stock options [3] | 88,775 | - | - |
| Restricted share rights [3] | 91,339 | 764,311 | 885,343 |
| Pension allowances [-] | 2,193,409 | 1,854,129 | 1,886,963 |
| Pension scheme costs | 209,462 | 180,077 | 408,695 |
| Other compensation [5] | 1,094,546 | 1,556,514 | 1,861,803 |

[1] The Executive Committee consisted of 12 members as per December 31, 2017 (2016: 12 members; 2015: 8 members)

[2] The annual incentives are related to the performance in the year reported which are paid out in the subsequent year

[3] Costs of performance shares, stock options and restricted share rights are based on accounting standards (IFRS) and do not reflect the value of stock options at the end of the lock up period and the value of performance shares and restricted share rights at the vesting/release date

[-] Pension allowances are gross taxable allowances paid to the Executive Committee members in the Netherlands. These allowances are part of the pension arrangement

[5] The stated amounts mainly concern (share of) allowances to members of the Executive Committee that can be considered as remuneration. In a situation where such a share of an allowance can be considered as (indirect) remuneration (for example, private use of the company car), then the share is both valued and accounted for here. The method employed by the fiscal authorities is the starting point for the value stated.

At December 31, 2017, the members of the Executive Committee (including the members of the Board of Management) held 541,400 (2016 750,631; 2015 843,461) stock options at a weighted average exercise price of EUR 19.82 (2016 EUR 21.17; 2015 EUR 18.67).

**Remuneration of the Board of Management**

In 2017, the total remuneration costs relating to the members of the Board of Management amounted to EUR 7,808,117 (2016 EUR 8,904,859; 2015 EUR 6,612,092), see table below. Note that Pieter Nota was succeeded as a member of the Board of Management by Marnix van Ginneken as per November 1, 2017.

Philips Group
**Remuneration costs of individual members of the Board of Management** in EUR
2015 - 2017

|  | base compensation/ salary | annual incentive [1] | performance shares [2] | stock options [2] | restricted share rights [2] | pension allowances [3] | pension scheme costs | other compensation [-] | total costs |
|---|---|---|---|---|---|---|---|---|---|
| **2017** | | | | | | | | | |
| F.A. van Houten | 1,205,000 | 1,270,166 | 1,975,277 | - | 4,034 | 537,621 | 25,278 | 84,053 | 5,101,429 |
| A. Bhattacharya | 687,500 | 553,392 | 669,396 | - | 888 | 210,450 | 25,278 | 100,918 | 2,247,822 |
| P.A.J. Nota [5] | 606,250 | 429,886 | ( 1,203,992) | - | ( 188) | 236,208 | 21,065 | 63,576 | 152,805 |
| M.J. van Ginneken | 91,667 | 69,168 | 100,022 | - | 75 | 27,796 | 4,213 | 13,120 | 306,061 |
|  | **2,590,417** | **2,322,612** | **1,540,703** | - | **4,809** | **1,012,075** | **75,834** | **261,667** | **7,808,117** |
| **2016** | | | | | | | | | |
| F.A. van Houten | 1,197,500 | 1,354,227 | 1,423,538 | - | 12,041 | 536,195 | 24,838 | 126,703 | 4,675,042 |
| A. Bhattacharya | 650,000 | 540,072 | 362,758 | - | 3,341 | 201,524 | 24,838 | 73,642 | 1,856,175 |
| P.A.J. Nota | 702,500 | 619,745 | 683,101 | - | 9,251 | 277,649 | 24,838 | 56,558 | 2,373,642 |
|  | **2,550,000** | **2,514,044** | **2,469,397** | - | **24,633** | **1,015,368** | **74,514** | **256,903** | **8,904,859** |
| **2015** | | | | | | | | | |
| F.A. van Houten | 1,168,750 | 768,920 | 1,273,940 | 17,713 | 28,279 | 529,387 | 25,241 | 78,035 | 3,890,265 |
| A. Bhattacharya | 23,551 | 11,937 | 8,968 | - | 183 | 7,315 | 886 | 998 | 53,838 |
| R.H. Wirahadiraksa | 664,583 | 239,250 | ( 652,049) | 12,045 | ( 37,210) | 290,772 | 24,002 | 29,477 | 570,870 |
| P.A.J. Nota | 672,500 | 383,112 | 605,749 | 12,045 | 21,964 | 270,529 | 26,302 | 104,918 | 2,097,119 |
|  | **2,529,384** | **1,403,219** | **1,236,608** | **41,803** | **13,216** | **1,098,003** | **76,431** | **213,428** | **6,612,092** |

[1] The annual incentives are related to the performance in the year reported which are paid out in the subsequent year. For more details on the annual incentives, see 2017 Annual Incentive

[2] Costs of performance shares, stock options and restricted share rights are based on accounting standards (IFRS) and do not reflect the value of stock options at the end of the lock up period and the value of performance shares and restricted share rights at the vesting/release date

[3] Pension allowances are gross taxable allowances paid to members of the Board of Management. These allowances are part of the pension arrangement as agreed upon in the services contracts.

[-] The stated amounts mainly concern (share of) allowances to members of the Board of Management that can be considered as remuneration. In a situation where such a share of an allowance can be considered as (indirect) remuneration (for example, private use of the company car), then the share is both valued and accounted for here. The method employed by the fiscal authorities is the starting point for the value stated

[5] The performance shares granted in 2015, 2016 and 2017 to Mr. P.A.J. Nota have lapsed per October 31, 2017. The same applies to the premium shares awarded as a result of restricted share right releases in the past.

For further information on remuneration costs, see Remuneration costs.

The tables below give an overview of the performance share plans and the stock option plans of the Company, held by the members of the Board of Management

Philips Group
**Number of performance shares (holdings)** in number of shares
2017

|  | January 1, 2017 | awarded 2017 | awarded dividend shares 2017 | realized 2017 | December 31, 2017 | vesting date |
|---|---|---|---|---|---|---|
| F.A. van Houten | 65,299 | - | - | | 69,544 | - | 04.28.2017 |
|  | 58,636 | - | 1,476 | - | 60,112 | 05.05.2018 |
|  | 61,336 | - | 1,544 | - | 62,880 | 04.29.2019 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | - | 73,039 | 1,839 - | | | 74,878 | 05.11.2020 |
| A. Bhattacharya | 11,830 [1] - | - | | 12,598 - | | | 04.28.2017 |
| | 12,476 [1] - | | 314 - | | | 12,790 | 05.05.2018 |
| | 27,571 - | | 694 - | | | 28,265 | 04.29.2019 |
| | - | 31,822 | 801 - | | | 32,623 | 05.11.2020 |
| M.J. van Ginneken | 16,267 [1] - | - | | 19,150 - | | | 04.28.2017 |
| | 18,714 [1] - | | 471 - | | | 19,185 | 05.05.2018 |
| | 21,697 [1] - | | 546 - | | | 22,243 | 04.29.2019 |
| | - | 18,563 [1] | 467 - | | | 19,030 | 05.11.2020 |
| **Performance shares (holdings)** | **293,826** | **123,424** | **8,152** | **101,292** | **332,006** | | |

[1] Awarded before date of appointment as a member of the Board of Management

At December 31, 2017, the members of the Board of Management held 333,670 stock options (2016  476,200; 2015  479,881) at a weighted average exercise price of EUR 18.99 (2016  EUR 19.47; 2015  EUR 19.52).

Philips Group
**Stock options (holdings)** in number of shares
2017

| | January 1, 2017 | granted | exercised | expired | December 31, 2017 | grant price (in euros) | share (closing) price on exercise date | expiry date |
|---|---|---|---|---|---|---|---|---|
| F.A. van Houten | 20,400 [1] - | - | - | 20,400 | 22.88 - | | 10.18.2020 | |
| | 75,000 - | - | - | 75,000 | 20.90 - | | 04.18.2021 | |
| | 75,000 - | - | - | 75,000 | 14.82 - | | 04.23.2022 | |
| | 55,000 - | - | - | 55,000 | 22.43 - | | 01.29.2023 | |
| A. Bhattacharya | 16,500 [1] - | - | - | 16,500 | 22.88 - | | 10.18.2020 | |
| | 16,500 [1] - | - | - | 16,500 | 20.90 - | | 04.18.2021 | |
| | 20,000 [1] - | - | - | 20,000 | 15.24 - | | 01.30.2022 | |
| | 16,500 [1] - | - | - | 16,500 | 14.82 - | | 04.23.2022 | |
| M.J. van Ginneken | 5,250 [1] - | - | - | 5,250 | 12.63 - | | 04.14.2019 | |
| | 6,720 [1] - | - | - | 6,720 | 24.90 - | | 04.19.2020 | |
| | 8,400 [1] - | - | - | 8,400 | 20.90 - | | 04.18.2021 | |
| | 10,000 [1] - | - | - | 10,000 | 15.24 - | | 01.30.2022 | |
| | 8,400 [1] - | - | - | 8,400 | 14.82 - | | 04.23.2022 | |
| **Stock options (holdings)** | **333,670** - | - | - | **333,670** | | | | |

[1] Awarded before date of appointment as a member of the Board of Management

Under the Long-Term Incentive Plan operative until 2013, members of the Board of Management were granted restricted share rights. During 2015 the last release of these restricted share rights took place. However, if the shares from the restricted share rights release were kept for another 3 years, members of the Board of Management received so-called 'premium shares . As at December 31, 2017, awarded premium shares amounted to 1,334 for F.A. van Houten, 140 for A. Bhattacharya and 150 for M.J. van Ginneken (all to be released in 2018). The premium shares to A. Bhattacharya and M.J. van Ginneken result from restricted share rights grants awarded before date of appointment as a member of the Board of Management.

See Share-based compensation for further information on performance shares, stock options and restricted share rights as well 2017 Long-Term Incentive Plan.

The accumulated annual pension entitlements and the pension costs of individual members of the Board of Management are as follows (in EUR)

Philips Group
**Accumulated annual pension entitlements and pension-related costs** in EUR
2017

| | age at December 31, 2017 | accumulated annual pension as of December 31, 2017 [1] | total pension related costs [2] |
|---|---|---|---|
| F.A. van Houten | 57 | 295,007 | 562,899 |
| A. Bhattacharya | 56 | 25,539 | 235,728 |
| P.A.J. Nota | 53 | 45,442 | 257,273 |
| M.J. van Ginneken | 44 | 37,359 | 32,009 |
| **Pension costs** | | | **1,087,909** |

[1] Total of entitlements under Philips pension scheme, including - if applicable - transferred pension entitlements under pension scheme(s) of previous employer(s)

[2] Cost related to period of board membership and include paid pension allowances as well as pension premium paid by employer to Collective Defined Contribution plan

When pension rights are granted to members of the Board of Management, necessary payments (if insured) and all necessary provisions are made in accordance with the applicable accounting principles. In 2017, no (additional) pension benefits were granted to former members of the Board of Management.

**Remuneration of the Supervisory Board**

The remuneration of the members of the Supervisory Board amounted to EUR 950,500 (2016  EUR 1,037,209; 2015  EUR 1,083,667). Former members received no remuneration.

At December 31, 2017 the members of the Supervisory Board held no stock options, performance shares or restricted shares.

The individual members of the Supervisory Board received, by virtue of the positions they held, the following remuneration (in EUR)

Philips Group
**Remuneration of the Supervisory Board** in EUR
2015 - 2017

| | membership | committees | other compensation [1] | total |
|---|---|---|---|---|
| | 2017 [2] | | | |
| J.A. van der Veer | 135,000 | 25,000 | 7,000 | 167,000 |
| C. Poon | 90,000 | 32,500 | 17,000 | 139,500 |
| H. von Prondzynski | 80,000 | 32,500 | 19,500 | 132,000 |
| J.P. Tai | 80,000 | 32,500 | 32,000 | 144,500 |
| N. Dhawan | 80,000 | 13,000 | 27,000 | 120,000 |
| O. Gadiesh | 80,000 | 13,000 | 19,500 | 112,500 |
| D.E.I. Pyott | 80,000 | 23,000 | 32,000 | 135,000 |

| | | | | |
|---|---|---|---|---|
| | **625,000** | **171,500** | **154,000** | **950,500** |
| 2016 [2] | | | | |
| J.A. van der Veer | 135,000 | 26,667 | 7,000 | 168,667 |
| C. Poon | 90,000 | 32,500 | 22,000 | 144,500 |
| C.J.A. van Lede (Jan.-May) [3] | 33,333 | 4,375 | 2,000 | 39,708 |
| E. Kist (Jan.-May) | 40,000 | 4,167 | 2,000 | 46,167 |
| H. von Prondzynski | 80,000 | 25,000 | 19,500 | 124,500 |
| J.P. Tai | 80,000 | 34,167 | 32,000 | 146,167 |
| N. Dhawan | 80,000 | 13,000 | 27,000 | 120,000 |
| O. Gadiesh | 80,000 | 13,000 | 19,500 | 112,500 |
| D.E.I. Pyott | 80,000 | 23,000 | 32,000 | 135,000 |
| | **698,333** | **175,876** | **163,000** | **1,037,209** |
| 2015 [2] | | | | |
| J.A. van der Veer | 135,000 | 31,667 | 7,000 | 173,667 |
| C. Poon | 90,000 | 17,500 | 15,000 | 122,500 |
| C.J.A. van Lede | 80,000 | 14,333 | 7,000 | 101,333 |
| E. Kist | 80,000 | 10,000 | 2,000 | 92,000 |
| H. von Prondzynski | 80,000 | 26,833 | 19,500 | 126,333 |
| J.P. Tai | 80,000 | 29,167 | 35,000 | 144,167 |
| N. Dhawan | 80,000 | 13,000 | 20,000 | 113,000 |
| O. Gadiesh | 80,000 | 13,000 | 17,000 | 110,000 |
| D.E.I. Pyott (May-Dec.) | 80,000 | 8,667 | 12,000 | 100,667 |
| | **785,000** | **164,167** | **134,500** | **1,083,667** |

[1] The amounts mentioned under other compensation relate to the fee for intercontinental travel, inter-European travel (effective 2015) and the entitlement of EUR 2,000 under the Philips product arrangement

[2] As of 2013, part of the remuneration of members of the Supervisory Board living in the Netherlands is subject to VAT. The amounts mentioned in this table are excluding VAT

[3] After the separation of the Company, Mr. van Lede joined the Supervisory Board of Philips Lighting.

**Supervisory Board members' and Board of Management members' interests in Philips shares**

Members of the Supervisory Board and of the Executive Committee are prohibited from writing call and put options or similar derivatives of Philips securities.

Philips Group
**Shares held by Board members** [1] in number of shares
2017

| | December 31, 2016 | December 31, 2017 |
|---|---|---|
| J. van der Veer | 18,366 | 18,366 |
| H. von Prondzynski | 3,758 | 3,851 |
| J.P. Tai | 3,844 | 3,844 |
| F.A. van Houten | 189,824 | 233,119 |
| A. Bhattacharya | 42,913 | 53,974 |
| M.J. van Ginneken | 19,792 | 30,246 |

[1] Reference date for board membership is December 31, 2017