# Exhibit 5

As filed with the Securities and Exchange Commission on February 26, 2019

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## Form 20-F

(Mark one)

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b)**

    **OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13**

    **OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2018**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13**

    **OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13**

    **OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number 001-05146-01**

# KONINKLIJKE PHILIPS NV
**(Exact name of Registrant as specified in charter)**

# ROYAL PHILIPS
**(Translation of Registrant's name into English)**

**The Netherlands**
**(Jurisdiction of incorporation or organization)**

**Philips Center, Amstelplein 2, 1096 BC Amsterdam, The Netherlands**
**(Address of principal executive office)**

**Marnix van Ginneken, Chief Legal Officer**
**+31 20 59 77232, marnix.van.ginneken@philips.com, Philips Center, Amstelplein 2, 1096 BC Amsterdam, The Netherlands**
**(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)**

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
| --- | --- |
| Common Shares - par value Euro (EUR) 0 20 per share | New York Stock Exchange |

**Securities registered or to be registered pursuant to Section 12(g) of the Act:**
**None**

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:**
**(Title of class)**
**None**

Indicate the number of outstanding shares of each of the issuer''s classes of capital or common stock as of the close of the period covered by the annual report:

| Class | Outstanding at December 31, 2018 |
| --- | --- |
| KONINKLIJKE PHILIPS NV Common Shares par value EUR 0 20 per share | 914,184,087 shares |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act ☒ Yes No ☐

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to section 13 or 15(d) of the Securities Exchange Act of 1934 ☐ Yes ☒ No

Note-Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 from their obligations under those Sections

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232 405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files) ☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer, or an emerging growth company  See definition of "large accelerated filer", "accelerated filer" and "emerging growth company" in Rule 12b-2 of the Exchange Act  (Check one):

Large Accelerated Filer ☒ Accelerated filer ☐ Non-accelerated filer ☐ Emerging growth company ☐

If an emerging growth company that prepares its financial statements in accordance with U S GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act ☐
† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:
U S GAAP ☐  International Financial Reporting Standards as issued by by the International Accounting Standards Board ☒  Other ☐

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow ☐ Item 17 ☐ Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act) ☐ Yes ☒ No

# Contents

1 Introduction
    1.1 Forward-looking statements
2 Form 20-F cross reference table
3 Message from the CEO
4 Board of Management and Executive Committee
5 Strategy and Businesses
    5.1 Transforming healthcare through innovation
    5.2 How we create value
    5.3 Our businesses
    5.4 Our commitment to Quality  Regulatory Compliance and Integrity
6 Financial performance
    6.1 Performance review
    6.2 Critical accounting policies
    6.3 Taxation
    6.4 Investor information
7 Societal impact
    7.1 Social performance
    7.2 Environmental performance
8 Risk management
    8.1 Our approach to risk management
    8.2 Risk categories and factors
    8.3 Strategic risks
    8.4 Operational risks
    8.5 Compliance risks
    8.6 Financial risks
9 Supervisory Board
10 Supervisory Board report
    10.1 Report of the Corporate Governance and Nomination & Selection Committee
    10.2 Report of the Remuneration Committee
    10.3 Report of the Audit Committee
    10.4 Report of the Quality & Regulatory Committee
11 Corporate governance
    11.1 Board of Management and Executive Committee
    11.2 Supervisory Board
    11.3 General Meeting of Shareholders
    11.4 Meeting logistics and other information
    11.5 Investor Relations
    11.6 Additional information
12 Other information
    12.1 Reconciliation of non-IFRS information
    12.2 Five-year overview (condensed)
    12.3 Definitions and abbreviations
13 Statements
    13.1 Group financial statements
    13.2 Company financial statements
    13.3 Sustainability statements

# 6 Financial performance

2018 was a year of solid progress, as we increased sales to EUR 18.1 billion, representing 5% comparable sales growth, improved our operating profitability margin by 100 basis points, delivered a strong operating cash flow of EUR 1.8 billion, and increased income from continuing operations to EUR 1.3 billion. **Abhijit Bhattacharya** CFO Royal Philips

## 6.1 Performance review

### Management summary

- Sales rose to EUR 18.1 billion, a nominal increase of 2%, which reflected 5% nominal growth in the Diagnosis & Treatment businesses, a 3% sales decline in the Connected Care & Health Informatics businesses and a 1% decline in the Personal Health businesses. On a comparable basis * the 5% growth reflected 7% growth in the Diagnosis & Treatment businesses, higher IP royalty income, 3% growth in the Personal Health businesses, and flat sales in the Connected Care & Health Informatics businesses.

- Net income amounted to EUR 1.1 billion, a decrease of EUR 773 million compared to 2017, mainly due to the deconsolidation of Signify (formerly Philips Lighting). Net income is not allocated to segments as certain income and expense line items are monitored on a centralized basis.

- Adjusted EBITA * totaled EUR 2.4 billion, or 13.1% of sales, an increase of EUR 213 million, or 100 basis points as a % of sales, compared to 2017. The productivity programs delivered annual savings of approximately EUR 466 million, ahead of the targeted savings of EUR 400 million, and included approximately EUR 269 million procurement savings, led by the Design for Excellence (DfX) program, and EUR 197 million savings from other productivity programs.

- Net cash provided by operating activities amounted to EUR 1.8 billion, a decrease of EUR 90 million compared to 2017, as higher earnings were offset by higher working capital outflows. Free cash flow * amounted to EUR 984 million, which includes a EUR 176 million outflow related to pension liability de-risking and an early bond redemption.

- On June 28, 2017, Philips announced a EUR 1.5 billion share buyback program for capital reduction purposes. Under that program, which was initiated in the third quarter of 2017, Philips repurchased shares in the open market and entered into a number of forward transactions, some of which are to be settled in Q2 2019. As the program was initiated for capital reduction purposes, Philips intends to cancel all of the shares acquired under the program.

- On January 29, 2019, Philips announced a new share buyback program for an amount of up to EUR 1.5 billion. Philips started the program in the first quarter of 2019 and expects to complete it within two years. As the program was initiated for capital reduction purposes, Philips intends to cancel all shares acquired under the program. The program will be executed by an intermediary to allow for purchases in the open market during both open and closed periods.

- As of December 31, 2018, Philips' shareholding in Signify (formerly Philips Lighting) was 16 5% of Signify's issued share capital. For further information, refer to Sell-down Signify shares (former Philips Lighting).

The year 2017

- Sales rose to EUR 17 8 billion, a nominal increase of 2%, which reflected 3% nominal growth in the Personal Health businesses and Diagnosis & Treatment businesses and flat year-on-year sales in the Connected Care & Health Informatics businesses. On a comparable basis [*] the 4% growth was driven by 6% growth in the Personal Health businesses and 3% growth in the Connected Care & Health Informatics and Diagnosis & Treatment businesses.

- In the course of 2017, Philips' shareholding in Philips Lighting was decreased to 29.01% of Philips Lighting's issued share capital through multiple accelerated bookbuild offerings to institutional investors. As a result, Philips no longer has control over Philips Lighting and has ceased to consolidate Philips Lighting as from the end of November 2017. With these sell-down transactions, Philips reached an important milestone in pivoting Philips into a focused health technology company. For further information, refer to Philips Lighting sell-down.

- Net income amounted to EUR 1 9 billion and increased by EUR 379 million compared to 2016, driven by improvements in operational performance, lower net financial expenses and higher discontinued operations results, partly offset by higher restructuring and acquisition-related charges and higher income taxes, which included a tax charge of EUR 171 million due to the US Tax Cuts and Jobs Act. Net income is not allocated to segments as certain income and expense line items are monitored on a centralized basis.

- Adjusted EBITA [*] totaled EUR 2 2 billion, or 12.1% of sales, an increase of EUR 232 million, or 110 basis points as a % of sales, compared to 2016. The productivity programs delivered annual savings of approximately EUR 483 million, ahead of the targeted savings of EUR 400 million, and included approximately EUR 260 million procurement savings, led by the Design for Excellence (DfX) program, and EUR 223 million savings from other productivity programs.

- Net cash provided by operating activities amounted to EUR 1.9 billion and increased by EUR 700 million compared to 2016. Free cash flow [*] amounted to EUR 1.2 billion and increased by EUR 756 million compared to 2016. The increase was mainly driven by higher earnings and the dividend related to the retained interest in the combined businesses of Lumileds and Automotive, lower outflows related to pension de-risking settlements, as well as the cash outflows in Q4 2016 of EUR 280 million related to the Masimo agreements. For further information on the Masimo agreements, refer to Provisions note.

Philips Group
**Key data** in millions of EUR unless otherwise stated
2016 - 2018

|  | 2016 | 2017 | 2018 |
|---|---|---|---|
| Sales | 17,422 | 17,780 | 18,121 |
| Nominal sales growth | 4% | 2% | 2% |
| Comparable sales growth [1] | 5% | 4% | 5% |
| Income from operations | 1,464 | 1,517 | 1,719 |
| *as a % of sales* | 8.4% | 8 5% | 9.5% |
| Financial expenses, net | (442) | (137) | (213) |
| Investments in associates, net of income taxes | 11 | (4) | (2) |
| Income tax expense | (203) | (349) | (193) |
| Income from continuing operations | 831 | 1,028 | 1,310 |
| Discontinued operations, net of income taxes | 660 | 843 | (213) |
| Net income | 1,491 | 1,870 | 1,097 |
| Adjusted EBITA [1] | 1,921 | 2,153 | 2,366 |
| *as a % of sales* | 11.0% | 12.1% | 13.1% |
| Income from continuing operations attributable to shareholders [2] per common share (in EUR) - diluted [3] | 0.89 | 1.08 | 1 39 |
| Adjusted income from continuing operations attributable to shareholders [2] per common share (in EUR) - diluted [1] | 1.24 | 1.54 | 1.76 |

[1] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

[2] Shareholders in this table refers to shareholders of Koninklijke Philips N.V.

[3] The presentation of 2017 information has been updated compared to the information previously published to adjust for elements of Net income that were attributable to discontinued operations.

[*] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

## Results of operations

### Sales
The composition of sales growth in percentage terms in 2018, compared to 2017 and 2016, is presented in the table below.

Philips Group
**Sales** in millions of EUR unless otherwise stated
2016 - 2018

|  | 2016 | 2017 | 2018 |
|---|---|---|---|
| Diagnosis & Treatment businesses | 6,686 | 6,891 | 7,245 |
| Nominal sales growth (%) | 3.1 | 3.1 | 5.1 |
| Comparable sales growth (%) [1] | 3.6 | 3.5 | 6.8 |
|  |  |  |  |
| Connected Care & Health Informatics businesses | 3,158 | 3,163 | 3,084 |
| Nominal sales growth (%) | 4.5 | 0.2 | (2.5) |
| Comparable sales growth (%) [1] | 4.5 | 3.2 | 0.3 |
|  |  |  |  |
| Personal Health businesses | 7,099 | 7,310 | 7,228 |
| Nominal sales growth (%) | 5.2 | 3.0 | (1.1) |
| Comparable sales growth (%) [1] | 7.2 | 5.6 | 3.3 |
|  |  |  |  |
| *Other* | *479* | *416* | *564* |
| Philips Group | 17,422 | 17,780 | 18,121 |
| Nominal sales growth (%) | 3.7 | 2.1 | 1.9 |
| Comparable sales growth (%) [1] | 4.9 | 3.9 | 4.7 |

[1] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

Group sales amounted to EUR 18,121 million in 2018, an increase of 2% on a nominal basis. Adjusted for a 2 8% negative currency effect and consolidation impact, comparable sales * were 5% above 2017.

Group sales amounted to EUR 17,780 million in 2017 and increased 2% on a nominal basis. Adjusted for a 1.8% negative currency effect and consolidation impact, comparable sales * were 4% above 2016.

**Diagnosis & Treatment businesses**
In 2018, sales amounted to EUR 7,245 million, 5% higher than in 2017 on a nominal basis. Excluding a 1.7% negative currency effect and consolidation impact, comparable sales * increased by 7%, reflecting double-digit growth in Image-Guided Therapy and Ultrasound and low-single-digit growth in Diagnostic Imaging.

In 2017, sales amounted to EUR 6,891 million, 3% higher than in 2016 on a nominal basis. Excluding a 1% negative currency effect and consolidation impact, comparable sales * increased by 3%, driven by mid-single-digit growth in Ultrasound and Image-Guided Therapy and low-single-digit growth in Diagnostic Imaging.

**Connected Care & Health Informatics businesses**
In 2018, sales amounted to EUR 3,084 million, a decrease of 2% on a nominal basis compared to 2017. Excluding a 3% negative currency effect and consolidation impact, comparable sales * remained flat, reflecting low-single-digit growth in Healthcare Informatics while Monitoring & Analytics and Therapeutic Care remained flat year-on-year. Therapeutic Care includes a negative impact from the consent decree of a 135 basis points.

In 2017, sales amounted to EUR 3,163 million and remained flat compared with 2016 on a nominal basis. The 3% increase on a comparable basis * was driven by mid-single-digit growth in Patient Care & Monitoring Solutions and low-single-digit growth in Healthcare Informatics.

**Personal Health businesses**
In 2018, sales amounted to EUR 7,228 million, a nominal decrease of 1% compared to 2017. Excluding a 4% negative currency effect and consolidation impact, comparable sales * were 3% higher year-on-year, reflecting high-single-digit growth in Sleep & Respiratory Care and low-single-digit growth in Personal Care and Domestic Appliances, while Health & Wellness remained flat year-on-year.

In 2017, sales amounted to EUR 7,310 million, a nominal increase of 3% compared to 2016. Excluding a 3% negative currency impact, comparable sales * were 6% higher year-on-year, driven by high-single-digit growth in Health & Wellness and mid-single-digit growth in Sleep & Respiratory Care, Domestic Appliances and Personal Care.

**Other**
In 2018, sales amounted to EUR 564 million, compared to EUR 416 million in 2017. The increase was mainly due to higher IP royalty income and revenue from innovation. Following deconsolidation at the end of November 2017, license income from Signify (formerly Philips Lighting) is reported as third-party sales.

In 2017, sales amounted to EUR 416 million compared to EUR 479 million in 2016, mainly due to lower royalty income.

### Performance per geographic cluster

Philips Group
**Sales by geographic area** in millions of EUR unless otherwise stated
2016 - 2018

|  | 2016 | 2017 | 2018 |
|---|---|---|---|
| Western Europe | 3,756 | 3,802 | 3,990 |
| North America | 6,279 | 6,409 | 6,338 |
| Other mature geographies | 1,792 | 1,707 | 1,892 |
| Total mature geographies | 11,826 | 11,918 | 12,221 |
| Nominal sales growth (%) | 3.9 | 0.8 | 2.5 |
| Comparable sales growth (%) [1] | 3.3 | 1.9 | 3.3 |
| Growth geographies | 5,596 | 5,862 | 5,901 |
| Nominal sales growth (%) | 3.2 | 4.8 | 0.7 |
| Comparable sales growth (%) [1] | 8.4 | 8.0 | 7.6 |
| Philips Group | 17,422 | 17,780 | 18,121 |

[1] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

Sales in mature geographies in 2018 were EUR 303 million higher than in 2017, or 3% higher on both a nominal and a comparable basis * . Sales in Western Europe were 5% higher year-on-year on a nominal basis and 3% higher on a comparable basis * . Comparable sales * in Western Europe reflected high-single-digit growth in the Connected Care & Health Informatics businesses, mid-single-digit growth in the Diagnosis & Treatment businesses, and a low-single digit decline in the Personal Health businesses. Sales in North America decreased by EUR 72 million, or 1% on a nominal basis, and increased 1% on a comparable basis*). Comparable sales*) in North America reflected mid-single-digit growth in the Diagnosis & Treatment businesses, flat sales in the Personal Health businesses, and a mid-single-digit decline in the Connected Care & Health Informatics businesses. Sales in other mature geographies increased by 11% on a nominal basis and by 14% on a comparable basis*). Comparable sales* in other mature geographies showed high-single-digit growth in the Personal Health businesses and mid-single-digit growth in the Diagnosis & Treatment businesses and Connected Care & Health Informatics businesses.

Sales in mature geographies were EUR 92 million higher in 2017 than in 2016, or 1% higher on a nominal basis and 2% higher on a comparable basis * . Sales in Western Europe were 1% higher than in 2016 on a nominal basis and 3% higher on a comparable basis * . Comparable sales * in Western Europe reflected mid-single-digit growth in the Connected Care & Health Informatics businesses and Personal Health businesses, and flat year-on-year sales in the Diagnosis & Treatment businesses. Sales in North America increased by EUR 130 million, or 2% on a nominal basis and 3% on a comparable basis * . Comparable sales * in North America reflected mid-single-digit growth in the Connected Care & Health Informatics businesses and low-single-digit growth in the Personal Health businesses and Diagnosis & Treatment businesses. Sales in other mature geographies decreased by 5% on a nominal basis and by 2% on a comparable basis * . Comparable sales * in other mature geographies showed low-single-digit growth in the Diagnosis & Treatment businesses, while the Connected Care & Health Informatics businesses and Personal Health businesses recorded a low-single-digit decline.

Sales in growth geographies in 2018 were EUR 39 million higher than in 2017, an increase of 1% on a nominal basis. The 8% increase on a comparable basis * reflected double-digit growth in the Diagnosis & Treatment businesses and high-single-digit growth in the Connected Care & Health Informatics businesses and Personal Health businesses. The increase was driven by double-digit growth in Latin America and mid-single-digit growth in China.

In growth geographies, sales were EUR 266 million higher in 2017 than in 2016 and increased 5% on a nominal basis. The 8% increase on a comparable basis * reflected double-digit growth in the Personal Health businesses, high-single-digit growth in the Diagnosis & Treatment businesses and low-single-digit growth in the Connected Care & Health Informatics businesses. The increase was driven by double-digit growth in Middle East & Turkey and high-single-digit growth in China, Latin America and Central & Eastern Europe.

**Diagnosis & Treatment businesses**

Philips Group
**Diagnosis & Treatment businesses sales** in millions of EUR unless otherwise stated
2016 - 2018

| | 2016 | 2017 | 2018 |
|---|---|---|---|
| Western Europe | 1,368 | 1,366 | 1,463 |
| North America | 2,340 | 2,449 | 2,592 |
| Other mature geographies | 763 | 751 | 775 |
| Total mature geographies | 4,471 | 4,566 | 4,829 |
| **Growth geographies** | **2,215** | **2,325** | **2,416** |
| Sales | 6,686 | 6,891 | 7,245 |
| Nominal sales growth (%) | 3% | 3% | 5% |
| Comparable sales growth (%) [1] | 4% | 3% | 7% |

[1] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

From a geographic perspective, nominal sales in growth geographies increased by 4% in 2018, while comparable sales * showed double-digit growth, driven by double-digit growth in China and Latin America. Sales in mature geographies increased by 6% on a nominal basis, while comparable sales * showed mid-single-digit growth, reflecting mid-single-digit growth in North America, Western Europe and other mature geographies.

From a geographic perspective, nominal sales increased by 5% in growth geographies in 2017 and on comparable sales * showed high-single-digit growth, mainly driven by double-digit growth in China and high-single-digit growth in Latin America. Sales in mature geographies showed a 2% increase on a nominal basis and on a comparable basis * recorded low-single-digit-growth, reflecting low-single-digit growth in North America and other mature geographies, while sales in Western Europe were flat year-on-year.

**Connected Care & Health Informatics businesses**

Philips Group
**Connected care & Health Informatics** in millions of EUR unless otherwise stated
2016 - 2018

| | 2016 | 2017 | 2018 |
|---|---|---|---|
| Western Europe | 472 | 485 | 554 |
| North America | 1,906 | 1,925 | 1,774 |
| Other mature geographies | 311 | 295 | 297 |
| Total mature geographies | 2,689 | 2,705 | 2,624 |
| **Growth geographies** | **469** | **458** | **460** |
| Sales | 3,158 | 3,163 | 3,084 |
| Nominal sales growth (%) | 5% | 0% | (2)% |
| Comparable sales growth (%) [1] | 4% | 3% | 0% |

[1] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

From a geographic perspective, sales on a nominal basis remained flat in growth geographies in 2018 and on a comparable basis * showed high-single-digit growth, reflecting double-digit growth in Latin America and low-single-digit growth in China. Sales in mature geographies decreased by 3% on a nominal basis and showed a low-single-digit decline on a comparable basis *, reflecting high-single-digit growth in Western Europe and mid-single-digit growth in other mature geographies, offset by a mid-single-digit decline in North America.

From a geographic perspective, sales on a nominal basis decreased by 2% in growth geographies in 2017 and on a comparable basis sales * showed low-single-digit growth, mainly driven by low-single-digit growth in China. Sales in mature geographies increased by 1% on a nominal basis and showed low-single-digit growth on a comparable basis *, driven by mid-single-digit growth in Western Europe and North America, partly offset by a low-single-digit decline in other mature geographies.

**Personal Health businesses**

Philips Group
**Personal Health** In millions of EUR unless otherwise stated
2016 - 2018

| | 2016 | 2017 | 2018 |
|---|---|---|---|
| Western Europe | 1,800 | 1,820 | 1,797 |
| North America | 1,901 | 1,936 | 1,894 |
| Other mature geographies | 643 | 615 | 636 |
| **Total mature geographies** | 4,344 | 4,371 | 4,327 |
| **Growth geographies** | **2,755** | **2,939** | **2,901** |
| Sales | 7,099 | 7,310 | 7,228 |
| Nominal sales growth (%) | 5% | 3% | (1)% |
| Comparable sales growth (%) [1] | 7% | 6% | 3% |

[1] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

Sales in growth geographies decreased 1% on a nominal basis in 2018 and on a comparable basis * showed high-single-digit growth, reflecting double-digit growth in Central & Eastern Europe, high-single-digit growth in Latin America, and low-single-digit growth in Middle East & Turkey. Sales in mature geographies decreased 1% on a nominal basis and on a comparable basis * showed low-single-digit growth, reflecting high-single-digit growth in other mature geographies, flat sales in North America, and a low-single-digit decline in Western Europe.

Sales in growth geographies increased 7% on a nominal basis in 2017 and on a comparable basis * growth geographies showed double-digit growth, reflecting double-digit growth in Latin America, Middle East & Turkey and India, and high-single-digit growth in China and Central & Eastern Europe. Mature geographies increased 1% on a nominal basis and on a comparable basis * recorded low-single-digit growth, driven by mid-single-digit growth in Western Europe and low-single-digit growth in North America, partly offset by a low-single-digit decline in other mature geographies.

### Gross margin
In 2018, Philips' gross margin increased to EUR 8,554 million, or 47.2% of sales, from EUR 8,181 million, or 46 0% of sales, in 2017. Gross margin in 2018 included EUR 79 million of restructuring and acquisition-related charges, whereas 2017 included EUR 98 million of restructuring and acquisition-related charges. 2018 also included EUR 28 million of charges related to the consent decree focused on defibrillator manufacturing in the US. Gross margin in 2017 also included EUR 40 million of charges related to quality and regulatory actions, EUR 14 million of charges related to the consent decree and a EUR 36 million net release of legal provisions. The year-on-year increase was mainly driven by improved operational performance in the Diagnosis & Treatment businesses, Personal Health businesses and higher IP royalty income.

In 2017, Philips' gross margin increased to EUR 8,181 million, or 46.0% of sales, from EUR 7,939 million, or 45.6% of sales, in 2016. Gross margin in 2017 included EUR 98 million of restructuring and acquisition-related charges, whereas 2016 included EUR 22 million of restructuring and acquisition-related charges. 2017 also included EUR 40 million of charges related to quality and regulatory actions, EUR 14 million of charges related to the consent decree and a EUR 36 million net release of provisions. Gross margin in 2016 also included a EUR 12 million net release of provisions and EUR 4 million of charges related to the separation of the Lighting business. The year-on-year increase was mainly driven by improved operational performance in the Personal Health, Diagnosis & Treatment and Connected Care & Health Informatics businesses, partly offset by higher restructuring and acquisition-related charges.

### Selling expenses
Selling expenses amounted to EUR 4,500 million in 2018, or 24.8% of sales, compared to EUR 4,398 million, or 24.7% of sales, in 2017. Selling expenses in 2018 included EUR 86 million of restructuring and acquisition-related charges, compared to EUR 127 million in 2017. Selling expenses in 2018 also included a EUR 18 million charge related to the conclusion of the European Commission investigation into retail pricing and EUR 16 million related to the consent decree. Selling expenses in 2017 also included EUR 9 million related to the separation of Philips Lighting and EUR 4 million of charges related to the consent decree.

Selling expenses amounted to EUR 4,398 million in 2017, or 24.7% of sales, compared to EUR 4,142 million, or 23.8% of sales, in 2016. Selling expenses in 2017 included EUR 127 million of restructuring and acquisition-related charges, compared to EUR 47 million in 2016. Selling expenses in 2017 also included EUR 9 million related to the separation of Philips Lighting and EUR 4 million of charges related to the consent decree. Selling expenses in 2016 also included EUR 38 million related to the separation of Philips Lighting.

### General and administrative expenses
General and administrative expenses increased to EUR 631 million, or 3.5% of sales, in 2018, compared to EUR 577 million, or 3.2% of sales, in 2017. 2018 included EUR 29 million of restructuring and acquisition related-charges, compared to EUR 19 million in 2017. 2017 also included charges of EUR 21 million related to the separation of Philips Lighting.

General and administrative expenses decreased to EUR 577 million, or 3.2% of sales, in 2017, compared to EUR 658 million, or 3.8% of sales, in 2016. 2017 included EUR 19 million of restructuring and acquisition related-charges, compared to EUR 5 million in 2016. General and administrative expenses in 2017 also included charges of EUR 21 million related to the separation of Philips Lighting. 2016 also included charges of EUR 109 million related to the separation of Philips Lighting, a EUR 26 million impairment of real estate assets, as well as a EUR 46 million gain from the settlement of a pension-related claim.

### Research and development expenses
Research and development costs decreased from EUR 1,764 million, or 9.9% of sales, in 2017 to EUR 1,759 million, or 9.7% of sales, in 2018. Research and development costs in 2018 included EUR 64 million of restructuring and acquisition-related charges, compared to EUR 72 million in 2017. 2018 also included EUR 12 million of charges related to the consent decree.

Research and development costs increased from EUR 1,669 million, or 9.6% of sales, in 2016 to EUR 1,764 million, or 9.9% of sales, in 2017. Research and development costs in 2017 included EUR 72 million of restructuring and acquisition-related charges, compared to EUR 21 million in 2016. 2017 also included charges of EUR 22 million related to portfolio rationalization measures, EUR 7 million of charges related to quality and regulatory actions, and EUR 2 million of charges related to the consent decree. The year-on-year increase was mainly due to higher restructuring and acquisition-related charges. Excluding these charges, research and development costs amount to 9.3% of sales.

Philips Group
**Research and development expenses** in millions of EUR unless otherwise stated
2016 - 2018

| | 2016 | 2017 | 2018 |
|---|---|---|---|
| Diagnosis & Treatment | 629 | 715 | 756 |
| Connected Care & Health Informatics | 388 | 399 | 371 |
| Personal Health | 412 | 415 | 425 |
| *Other* | *240* | *235* | *207* |
| Philips Group | 1,669 | 1,764 | 1,759 |
| *As a % of sales* | *9.6%* | *9.9%* | *9.7%* |

### Net income, Income from operations (EBIT) and Adjusted EBITA *
Net income is not allocated to segments as certain income and expense line items are monitored on a centralized basis, resulting in them being shown on a Philips Group level only.

The overview below shows Income from operations and Adjusted EBITA * according to the 2018 segment classifications.

Philips Group
**Income from operations and Adjusted EBITA [1]** in millions of EUR unless otherwise stated
2016 - 2018

| | Income from operations | as a % of sales | Adjusted EBITA[1] | as a % of sales |
|---|---|---|---|---|
| **2018** | | | | |
| Diagnosis & Treatment | 600 | 8.3% | 838 | 11.6% |
| Connected Care & Health Informatics | 179 | 5.8% | 341 | 11.1% |
| Personal Health | 1,045 | 14.5% | 1,215 | 16.8% |
| *Other* | *(105)* | | *(28)* | |
| Philips Group | 1,719 | 9.5% | 2,366 | 13.1% |
| **2017** | | | | |
| Diagnosis & Treatment | 488 | 7.1% | 716 | 10.4% |
| Connected Care & Health Informatics | 206 | 6.5% | 372 | 11.8% |
| Personal Health | 1,075 | 14.7% | 1,221 | 16.7% |
| *Other* | *(252)* | | *(157)* | |
| Philips Group | 1,517 | 8.5% | 2,153 | 12.1% |
| **2016** [1] | | | | |
| Diagnosis & Treatment | 546 | 8.2% | 631 | 9.4% |
| Connected Care & Health Informatics | 275 | 8.7% | 324 | 10.3% |
| Personal Health | 953 | 13.4% | 1,108 | 15.6% |
| *Other* | *(310)* | | *(142)* | |
| Philips Group | 1,464 | 8.4% | 1,921 | 11.0% |

[1] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

In 2018, net income decreased by EUR 773 million compared to 2017, mainly due to the deconsolidation of Signify.

In 2018, Income from operations increased by EUR 202 million year-on-year to EUR 1,719 million, or 9 5% of sales. Restructuring and acquisition-related charges amounted to EUR 258 million, compared to EUR 316 million in 2017. Income from operations in 2018 also included: EUR 56 million of charges related to the consent decree; EUR 18 million of the total EUR 30 million provision related to the conclusion of the European Commission investigation into retail pricing, of which the other EUR 12 million was recognized in Discontinued operations. 2017 also included: EUR 47 million of charges related to quality and regulatory actions; EUR 31 million of charges related to the separation of the Lighting business; EUR 26 million of provisions related to the CRT (Cathode Ray Tube) litigation in the US; EUR 22 million of charges related to portfolio rationalization measures; EUR 20 million of charges related to the consent decree; a EUR 59 million net gain from the sale of real estate assets; a EUR 36 million net release of legal provisions.

Adjusted EBITA [*] amounted to EUR 2,366 million, or 13.1% of sales, and improved by EUR 213 million, or 100 basis points as a % of sales, compared to 2017. The improvement was mainly due to growth, operational improvements and higher IP royalty income.

The 2018 performance resulted in an increase of Income from continuing operations per share of 29% from 1.08 in 2017 to EUR 1 39 in 2018. Adjusted income from continuing operations attributable to shareholders per common share [*] increased by 14% from 1.54 in 2017 to EUR 1.76 in 2018.

In 2017 net income increased by EUR 379 million compared to 2016, driven by improvements in operational performance, lower net financial expenses and higher discontinued operations results, partly offset by higher restructuring and acquisition-related charges and higher income taxes, which included a total non-cash tax charge of EUR 171 million due to the US Tax Cuts and Jobs Act.

In 2017, Income from operations increased by EUR 53 million year-on-year to EUR 1,517 million, or 8.5% of sales. Restructuring and acquisition-related charges amounted to EUR 316 million, including the charges related to Spectranetics, compared to EUR 94 million in 2016. Income from operations in 2017 also included EUR 47 million of charges related to quality and regulatory actions, EUR 31 million of charges related to the separation of Philips Lighting, EUR 26 million of provisions related to the CRT (Cathode Ray Tube) litigation in the US, EUR 22 million of charges related to portfolio rationalization measures, EUR 20 million of charges related to the consent decree focused on the defibrillator manufacturing in the US, a EUR 59 million net gain from the sale of real estate assets, and a EUR 36 million net release of provisions. 2016 also included EUR 152 million of charges related to the separation of Philips Lighting, a EUR 26 million impairment of real estate assets, a EUR 12 million net release of provisions, and a EUR 46 million gain from the settlement of a pension-related claim.

Adjusted EBITA [*] amounted to EUR 2,153 million, or 12.1% of sales, and improved by EUR 232 million or 110 basis points as a % of sales compared to 2016. The improvement was mainly attributable to higher volumes, procurement savings and other cost productivity.

The 2017 performance resulted in an increase of Income from continuing operations per share of 21% from 0.89 in 2016 to EUR 1 08 in 2017. Adjusted income from continuing operations attributable to shareholders per common share [*] increased by 24% from 1.24 in 2016 to EUR 1.54 in 2017.

### Diagnosis & Treatment businesses

Income from operations increased to EUR 600 million, or 8 3% of sales, compared to EUR 488 million, or 7.1% of sales, in 2017. The year 2018 included EUR 97 million of amortization charges, compared to EUR 55 million in 2017. These charges mainly relate to intangible assets in Image-Guided Therapy. Restructuring and acquisition-related charges to improve productivity were EUR 142 million, compared to EUR 151 million in 2017, which also included the charges related to the acquisition of Spectranetics, as well as charges of EUR 22 million related to portfolio rationalization measures.

Adjusted EBITA [*] increased by EUR 122 million and the margin improved to 11.6%, mainly due to growth and operational improvements.

Income from operations decreased to EUR 488 million, or 7.1% of sales, compared to EUR 546 million, or 8.2% of sales, in 2016. The year 2017 included EUR 55 million of amortization charges, compared to EUR 48 million in 2016. These charges mainly related to intangible assets in Image-Guided Therapy. Restructuring and acquisition-related charges were EUR 151 million, compared to EUR 37 million in 2016. The year 2017 also included charges of EUR 22 million related to portfolio rationalization measures.

Adjusted EBITA [*] increased by EUR 85 million or 100 basis points as a % of sales year-on-year. The increase was mainly attributable to higher volumes.

### Connected Care & Health Informatics businesses

Income from operations in 2018 decreased to EUR 179 million, compared to EUR 206 million in 2017. The year 2018 included EUR 46 million of amortization charges, compared to EUR 44 million in 2017. These charges mainly related to acquired intangible assets in Population Health Management. Restructuring and acquisition-related charges amounted to EUR 59 million, compared to EUR 91 million in 2017. The year 2018 also included EUR 56 million of charges related to the consent decree. 2017 also included EUR 47 million of charges related to quality and regulatory actions, EUR 20 million of charges related to the consent decree and a EUR 36 million net release of provisions.

Adjusted EBITA [*] decreased by EUR 31 million and the margin decreased to 11.1% of sales, mainly due to lower growth and adverse currency impacts.

Income from operations in 2017 decreased to EUR 206 million compared to EUR 275 million in 2016. The year 2017 included EUR 44 million of amortization charges, compared to EUR 46 million in 2017. These charges mainly related to acquired intangible assets in Population Health Management. Restructuring and acquisition- related charges amounted to EUR 91 million compared to EUR 14 million in 2016. The year 2017 also included EUR 47 million of charges related to quality and regulatory actions, EUR 20 million of charges related to the consent decree focused on the defibrillator manufacturing in the US and a EUR 36 million net release of provisions.

Adjusted EBITA [*] improved by EUR 48 million or 150 basis points as a % of sales year-on-year, mainly due to higher volumes, procurement savings and other cost productivity.

### Personal Health businesses

Income from operations in 2018 decreased to EUR 1,045 million, or 14.5% of sales, compared to EUR 1,075 million, or 14.7% of sales, in 2017, mainly due to a EUR 18 million charge related to the conclusion of the European Commission investigation into retail pricing and higher restructuring and acquisition-related charges. The year 2018 included EUR 126 million of amortization charges, compared to EUR 135 million in 2017. These charges mainly relate to intangible assets in Sleep & Respiratory Care. Restructuring and acquisition-related charges were EUR 26 million, compared with EUR 11 million in 2017.

Adjusted EBITA [*] decreased by EUR 6 million, while the margin improved to 16.8%, mainly due to operational improvements offset by adverse currency impacts.

Income from operations in 2017 increased to EUR 1,075 million, or 14.7% of sales compared to EUR 953 million, or 13.4% of sales in 2016. The year 2017 included EUR 135 million of amortization charges, compared to EUR 139 million. These charges mainly relate to intangible assets in Sleep & Respiratory Care. Restructuring and acquisition-related charges were EUR 11 million, compared to EUR 16 million in 2016.

Adjusted EBITA [*] increased by EUR 113 million or 110 basis points as a % of sales compared to 2016. The increase was attributable to higher volumes and procurement savings, partly offset by investments in advertising & promotion.

### Other

In Other we report on the items Innovation, IP Royalties, Central costs and Other.

In 2018, Income from operations totaled EUR (105) million, compared to EUR (252) million in 2017. The year 2018 included: restructuring and acquisition-related charges of EUR 31 million; a gain related to divestments; a release related to a legal provision; a gain related to movements in environmental provisions. The year 2017 included: restructuring and acquisition-related charges of EUR 64 million; a EUR 59 million gain on the sale of real estate assets; EUR 31 million of charges related to the separation of Philips Lighting; EUR 26 million of provisions related to the CRT litigation in the US; EUR 15 million of costs related to environmental provisions; EUR 14 million of stranded costs related to the combined Lumileds and Automotive businesses.

Adjusted EBITA [*] increased by EUR 129 million compared to 2017, mainly due to higher IP royalty income and revenue from innovation.

In 2016, Income from operations totaled EUR (310) million. The year 2016 included restructuring and acquisition-related charges of EUR 28 million and a EUR 26 million impairment of real estate assets. The year-on-year decrease was mainly due to lower royalty income, higher restructuring and acquisition-related charges and higher provision-related charges, partly offset by lower Central costs.

Adjusted EBITA [*] in 2017 decreased by EUR 15 million compared to 2016, mainly due to lower royalty income and higher provision-related charges in Other, partly offset by lower Central costs.

#### Financial income and expenses

A breakdown of Financial income and expenses is presented in the following table.

Philips Group
**Financial income and expenses** in millions of EUR
2016 - 2018

|  | 2016 | 2017 | 2018 |
|---|---|---|---|
| Interest expense (net) | (299) | (182) | (157) |
| Sale of securities | 3 | 1 | 6 |
| Impairments | (24) | (2) | - |
| Other | (122) | 46 | (62) |
| Financial income and expenses | (442) | (137) | (213) |

Net interest expense in 2018 was EUR 25 million lower than in 2017, mainly due to lower interest expenses on pensions and lower interest expenses on net debt [*] . Other financial expenses amounted to EUR 62 million in 2018, and mainly included financial charges related to the early redemption of USD bonds of EUR 46 million. Other financial income of EUR 46 million in 2017 included dividends from the combined businesses of Lumileds and Automotive. For further information, refer to Financial income and expenses.

Net interest expense in 2017 was EUR 117 million lower than in 2016, mainly driven by lower interest expenses on net debt [*] , as high cost debt was replaced with lower cost debt. Other financial income amounted to EUR 46 million in 2017, mainly due to dividend income related to the retained interest in the combined businesses of Lumileds and Automotive. For further information, refer to Financial income and expense.

#### Income taxes

Income taxes amounted to EUR 193 million, compared to EUR 349 million in 2017. The effective income tax rate in 2018 was 12 8%, compared to 25.3% in 2017. The decrease was mainly due to one-time non-cash benefits from tax audit resolutions and business integrations in 2018. Net impact of the US Tax Cuts and Jobs Act was not material in 2018.

Income taxes amounted to EUR 349 million, compared to EUR 203 million in 2016. The effective income tax rate in 2017 was 25.3%, compared to 19.9% in 2016. This increase was largely due to a tax charge of EUR 72 million for a valuation adjustment of Philips' US deferred tax assets following the enactment of the US Tax Cuts and Jobs Act in December 2017.

#### Investment in associates

Results related to investments in associates improved from a loss of EUR 4 million in 2017 to a loss of EUR 2 million in 2018, mainly due to a EUR 4 million impairment in 2017.

Results related to investments in associates decreased from a gain of EUR 11 million in 2016 to a loss of EUR 4 million in 2017, mainly due to an impairment of EUR 4 million and lower share of income of associates in 2017 compared to 2016.

#### Discontinued operations

Philips Group
**Discontinued operations, net of income taxes** in millions of EUR
2016 - 2018

|  | 2016 | 2017 | 2018 |
|---|---|---|---|
| Signify, formerly Philips Lighting | 244 | 896 | (198) |
| The combined Lumileds and Automotive businesses | 282 | (29) | 12 |
| Other | 134 | (24) | (27) |
| Net income of Discontinued operations | 660 | 843 | (213) |

Discontinued operations mainly reflects dividends received of EUR 32 million and a EUR 218 million loss related to a value adjustment of the remaining interest in Signify. In 2017, Discontinued operations included the operating results of Signify and the combined Lumileds and Automotive businesses of EUR 393 million and EUR 149 million respectively prior to their deconsolidation during the course of 2017. On June 30, 2017, Philips completed the sale of an 80.1% interest in the combined Lumileds and Automotive businesses, which resulted in a loss of EUR 72 million after tax in 2017, while 2018 included a EUR 8 million gain related to a final settlement on the sale. The year 2017 also included a EUR 599 million net gain following the deconsolidation of Signify, a EUR 104 million charge related to the market value of the retained interest in Signify, and a one-time non-cash tax charge of EUR 99 million due to the US Tax Cuts and Jobs Act.

Discontinued operations in 2017 results increased by EUR 183 million, mainly due to a EUR 599 million net gain from the deconsolidation of Philips Lighting, partly offset by a EUR 104 million charge related to the change in value of the retained interest in Philips Lighting, a tax charge of EUR 99 million due to the US Tax Cuts and Jobs Act, and the exclusion of the operational results of the combined businesses of Lumileds and Automotive from Discontinued operations following the divestment in Q2 2017. The year 2016 included the Funai arbitration award.

For further information, refer to Discontinued operations and assets classified as held for sale

#### Non-controlling interests

Net income attributable to non-controlling interests decreased from EUR 214 million in 2017 to EUR 7 million in 2018, mainly due to the deconsolidation of Philips Lighting as from the end of November 2017.

Net income attributable to non-controlling interests increased from EUR 43 million in 2016 to EUR 214 million in 2017, mainly as a result of three sales transactions in Philips Lighting shares, which reduced the interest in this company from 71.23% as of December 31, 2016 to 29.01% as of December 31, 2017.

[*] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

#### Pensions

In 2018, the total costs of post-employment benefits amounted to EUR 46 million for defined-benefit plans and EUR 327 million for defined-contribution plans. These costs are reported in Income from operations, except for the net interest cost component, which is reported in Financial expense. The net interest cost for defined-benefit plans was EUR 23 million in 2018.

The overall funded status and balance sheet improved in 2018 from EUR 972 million to EUR 834 million, mainly due to an additional contribution of EUR 130 million (USD 150 million) in the US.

In 2017, the total costs of post-employment benefits amounted to EUR 69 million for defined-benefit plans and EUR 315 million for defined-contribution plans. The net interest cost for defined-benefit plans was EUR 37 million in 2017.

2017 included a settlement of the Brazil pension plans, decreasing the defined-benefit obligation by EUR 345 million and recognizing a settlement loss of EUR 1 million.

The balance sheet improved in 2017 from EUR 1,997 million to EUR 972 million, mainly due to the transfer of Lighting to Discontinued operations and an additional contribution of EUR 219 million in the US.

In 2016, the total costs of post-employment benefits amounted to EUR 29 million for defined benefit plans and EUR 299 million for defined contribution plans. The net interest cost for defined benefit plans was EUR 48 million in 2016.

2016 included a legal claim settlement gain of EUR 46 million related to the UK pension plan.

For further information, refer to Post-employment benefits .

## Restructuring and acquisition-related charges and goodwill impairment charges

Philips Group
**Restructuring and related charges** in millions of EUR
2016 - 2018

|  | 2016 | 2017 | 2018 |
|---|---|---|---|
| **Restructuring and related charges per segment:** | | | |
| Diagnosis & Treatment | 6 | 63 | 78 |
| Connected Care & Health Informatics | 9 | 81 | 34 |
| Personal Health | 16 | 8 | 21 |
| *Other* | *27* | *59* | *26* |
| **Philips Group** | **58** | **211** | **159** |
| | | | |
| **Cost breakdown of restructuring and related charges:** | | | |
| Personnel lay-off costs | 63 | 150 | 136 |
| Release of provision | (34) | (37) | (37) |
| Transfer to Assets held for sale | | (5) | |
| Restructuring-related asset impairment | 14 | 77 | 21 |
| Other restructuring-related costs | 14 | 27 | 39 |
| Philips Group | 58 | 211 | 159 |

In 2018, the most significant restructuring projects impacted Diagnosis & Treatment, Connected Care & Health Informatics and Other businesses and mainly took place in the Netherlands, Germany and the US. The restructuring mainly comprised product portfolio rationalization and the reorganization of global support functions.

In 2017, Income from operations included net restructuring charges totaling EUR 211 million. The most significant restructuring projects impacted the Connected Care & Health Informatics businesses, Diagnosis & Treatment businesses and Other, and mainly took place in the Netherlands and the US. The restructuring mainly comprised product portfolio rationalization and the reorganization of global support functions.

In 2016, Income from operations included net charges totaling EUR 58 million for restructuring. The most significant restructuring projects were mainly related to overhead cost reduction programs in Other and took place in the Netherlands.

For further information on restructuring, refer to Provisions.

Philips Group
**Acquisition-related charges** in millions of EUR
2016 - 2018

|  | 2016 | 2017 | 2018 |
|---|---|---|---|
| Diagnosis & Treatment | 31 | 88 | 64 |
| Connected Care & Health Informatics | 4 | 10 | 25 |
| Personal Health | | 3 | 5 |
| *Other* | *1* | *5* | *5* |
| Philips Group | 37 | 106 | 99 |

In 2018, acquisition-related charges amounted to EUR 99 million. The Diagnosis & Treatment businesses recorded EUR 64 million of acquisition-related charges, mainly related to the acquisition of Spectranetics, a US-based global leader in vascular intervention and lead management solutions.

In 2017, acquisition-related charges amounted to EUR 106 million. The Diagnosis & Treatment businesses recorded EUR 88 million of acquisition-related charges, mainly related to the acquisition of Spectranetics. Acquisition-related charges relating to Volcano were also included as part of the Diagnosis & Treatment businesses' acquisition-related charges.

The 2016 acquisition-related charges amounted to EUR 37 million. The Diagnosis & Treatment businesses recorded EUR 31 million of acquisition-related charges, mainly related to Volcano.

In addition to the annual goodwill-impairment tests for Philips, trigger-based impairment tests were performed during the years 2018, 2017 and 2016, resulting in no goodwill impairment, an impairment of EUR 9 million and an impairment of EUR 1 million for the respective years.

For further information on the goodwill sensitivity analysis, please refer to Goodwill.

## Acquisitions and divestments
### Acquisitions
In 2018, Philips completed nine acquisitions, with EPD Solutions Ltd. (EPD) being the most notable. Acquisitions in 2018 and prior years led to acquisition and post-merger integration charges of EUR 64 million in the Diagnosis & Treatment businesses and EUR 25 million in the Connected Care & Health Informatics businesses.

In 2017, Philips completed several acquisitions, with The Spectranetics Corporation (Spectranetics) being the largest. Spectranetics is a US-based global leader in vascular intervention and lead management solutions and is present in 11 countries. Acquisitions in 2017 and prior years led to acquisition and post-merger integration charges of EUR 88 million in the Diagnosis & Treatment businesses and EUR 10 million in the Connected Care & Health Informatics businesses.

In 2016, Philips completed two acquisitions, the largest being Wellcentive, a leading US-based provider of population health management software solutions. Acquisitions in 2016 and prior years led to acquisition and post-merger integration charges of EUR 31 million in the Diagnosis & Treatment businesses and EUR 4 million in the Connected Care & Health Informatics businesses.

### Divestments
Philips completed one divestment in 2018. The divestment involved an aggregated consideration of EUR 58 million and resulted in a gain of EUR 44 million.

Apart from the sale of the Combined Lumileds and Automotive businesses and the deconsolidation of Signify, Philips completed two divestments during 2017 at an aggregate cash consideration of EUR 54 million.

For details, please refer to Acquisitions and divestments.

## Changes in cash and cash equivalents, including cash flows
The movements in cash and cash equivalents for the years ended December 31, 2016, 2017 and 2018 are presented and explained below:

Philips Group
**Condensed consolidated cash flows statements** in mullions of EUR
2016 - 2018

| | 2016 | 2017 | 2018 |
|---|---|---|---|
| **Beginning cash balance** | 1,766 | 2,334 | 1,939 |
| *Net cash flows from operating activities* | *1,170* | *1,870* | *1,780* |
| *Net capital expenditures* | *(741)* | *(685)* | *(796)* |
| Free cash flow [1] | 429 | 1,185 | 984 |
| Other cash flows from investing activities | (352) | (2,514) | (690) |
| Treasury shares transactions | (526) | (414) | (948) |
| Changes in debt | (1,611) | (205) | 160 |
| Dividend paid to shareholders of the Company | (330) | (384) | (401) |
| Sale of shares of Signify (former Philips Lighting), net | 825 | 1,060 | |
| Other cash flow items | (18) | (186) | (3) |
| Net cash flows discontinued operations | 2,151 | 1,063 | 647 |
| **Ending cash balance** | 2,334 | 1,939 | 1,688 |

[1] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

### Net cash provided by (used for) operating activities

Net cash flows provided by operating activities amounted to EUR 1,780 million in 2018, compared to EUR 1,870 million in 2017. Free cash flow [*] amounted to EUR 984 million, which included a EUR 176 million outflow related to pension liability de-risking in the US and premium payments related to an early bond redemption, compared to EUR 1,185 million in 2017.

Net cash flows provided by operating activities amounted to EUR 1,870 million in 2017, which was EUR 700 million higher than in 2016, mainly due to EUR 379 million higher earnings in 2017 and the higher outflows recorded in 2016 related to the Masimo agreements.

### Net cash provided by (used for) investing activities

In 2018, other cash flows from investing activities amounted to a cash outflow of EUR 690 million, mainly due to acquisitions of businesses (including acquisition of investments in associates) amounting to EUR 628 million. EPD was the biggest acquisition in 2018, resulting in a cash outflow of EUR 273 million, including the subsequent payments. Net cash proceeds from divestment of businesses amounted to EUR 70 million and were received mainly from divested businesses held for sale. Other investing activities mainly included EUR 177 million net cash used for foreign exchange derivative contracts related to activities for funding and liquidity management.

In 2017, other cash flows from investing activities amounted to a cash outflow of EUR 2,514 million, mainly due to acquisitions of businesses (including acquisition of investments in associates) amounting to EUR 2,344 million, which included the acquisition of Spectranetics for EUR 1,908 million. Net cash proceeds from divestment of businesses amounted to EUR 64 million and were received mainly from divested businesses held for sale. Other investing activities mainly included EUR 295 million net cash used for foreign exchange derivative contracts related to activities for funding and liquidity management, partly offset by EUR 90 million received related to TPV Technology Limited loans.

In 2016, acquisitions of businesses (including acquisition of investments in associates) amounted to a cash outflow of EUR 197 million, which included the acquisition of Wellcentive. Other investing activities mainly included EUR 128 million net cash used for foreign exchange derivative contracts related to activities for funding and liquidity management.

### Net cash provided by (used for) financing activities

Treasury shares transactions mainly include the share buy-back activities, which resulted in EUR 948 million net cash outflow. Philips' shareholders were given EUR 738 million in the form of a dividend, of which the cash portion of the dividend amounted to EUR 401 million. Changes in debt mainly reflected EUR 866 million cash outflow related to the bond redemption and EUR 990 million cash inflow from bonds issued.

In 2017, Philips' shareholders were given EUR 742 million in the form of a dividend, of which the cash portion of the dividend amounted to EUR 384 million. Net cash proceeds from the sale of Signify shares amounted to EUR 1,060 million. Change in debt mainly reflected EUR 1 2 billion cash outflow related to the bond redemption and EUR 1 billion cash inflow from bonds issued. Additionally, net cash outflows for share buy-back and share delivery totaled EUR 414 million.

In 2016, Philips' shareholders were given EUR 732 million in the form of a dividend, of which the cash portion of the dividend amounted to EUR 330 million. Net cash proceeds of EUR 825 million related to the sales of shares in Philips Lighting. Change in debt mainly reflected the repayment of a loan related to the Volcano acquisition of EUR 1,186 million. Additionally, net cash outflows for share buy-back and share delivery totaled EUR 526 million.

### Net cash provided by (used for) discontinued operations

Philips Group
**Net cash provided by (used for) discontinued operations** in millions of EUR
2016 - 2018

| | 2016 | 2017 | 2018 |
|---|---|---|---|
| Net cash provided by (used for) operating activities | 1,037 | 350 | (15) |
| Net cash provided by (used for) investing activities | (112) | 856 | 662 |
| Net cash provided by (used for) financing activities | 1,226 | (144) | |
| Net cash provided by (used for) discontinued operations | 2,151 | 1,063 | **647** |

In 2018, net cash provided by (used for) discontinued operations amounted to EUR 647 million and mainly included a total of EUR 642 million in relation to the sale of Signify shares and the dividend received from Signify reported in investing activities.

In 2017, net cash provided by (used for) operating activities amounted to EUR 350 million and reflected the period prior to the divestment of the combined Lumileds and Automotive businesses (six months of cash flows) and prior to the deconsolidation of Philips Lighting (11 months of cash flows). In 2017, net cash provided by (used for) investing activities amounted to EUR 856 million and included the net cash outflow related to the deconsolidation of Philips Lighting of EUR 175 million, (consisting of EUR 545 million proceeds from the sale of shares on November 28, 2017, offset by the deconsolidation of EUR 720 million of cash and cash equivalents), and proceeds of EUR 1.1 billion received from the sale of the combined Lumileds and Automotive businesses.

In 2016, net cash provided by (used for) investing activities included EUR 144 million cash inflow related to the Funai arbitration and net cash provided by (used for) financing activities included new funding of EUR 1 2 billion attracted by Philips Lighting.

[*] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

### Financing

Condensed consolidated balance sheets for the years 2016, 2017 and 2018 are presented below:

Philips Group
**Condensed consolidated balance sheets** in millions of EUR
2016 - 2018

| | 2016 | 2017 | 2018 |
|---|---|---|---|
| Intangible assets | 12,450 | 11,054 | 12,093 |
| Property, plant and equipment | 2,155 | 1,591 | 1,712 |
| Inventories | 3,392 | 2,353 | 2,674 |
| Receivables | 5,636 | 4,148 | 4,344 |
| Assets classified as held for sale | 2,180 | 1,356 | 87 |
| Other assets | 4,123 | 2,874 | 3,421 |
| Payables | (6,028) | (4,492) | (3,957) |
| Provisions | (3,606) | (2,059) | (2,151) |
| Liabilities directly associated with assets held for sale | (525) | (8) | (12) |
| Other liabilities | (3,052) | (2,017) | (2,962) |
| Net asset employed | 16,725 | 14,799 | 15,249 |
| | | | |
| Cash and cash equivalents | 2,334 | 1,939 | 1,688 |
| Debt | (5,606) | (4,715) | (4,821) |
| Net debt [1] | (3,272) | (2,776) | (3,132) |
| Non-controlling interests | (907) | (24) | (29) |
| Shareholders' equity | (12,546) | (11,999) | (12,088) |
| Financing | (16,725) | (14,799) | (15,249) |

[1] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

## Debt position
Total debt outstanding at the end of 2018 was EUR 4,821 million, compared with EUR 4,715 million at the end of 2017.

Philips Group
**Balance sheet changes in debt** in millions of EUR
2016 - 2018

| | 2016 | 2017 | 2018 |
|---|---|---|---|
| Repayments (new borrowings) short-term debt | 1,319 | 4 | (34) |
| New borrowings long-term debt | (1,304) | (1,115) | (1,287) |
| Repayment long-term debt | 362 | 1,332 | 1,161 |
| Forward contracts | | (1,018) | 124 |
| Currency effects, consolidation changes and other | (223) | 347 | (70) |
| Transfer to liabilities directly associated with assets held for sale | | 1,342 | |
| Decrease (increase) in debt | 154 | 891 | (105) |

In 2018, total debt increased by EUR 105 million compared to 2017. New borrowings of long-term debt of EUR 1,287 million were mainly due to the issuance of fixed-rate bonds, EUR 500 million due 2024 and EUR 500 million due 2028, and a new long-term loan of EUR 200 million. Repayments of long-term debt amounted to EUR 1,161 million, mainly due to the early redemption of all the 3.750% USD bonds due 2022 with an aggregate principal amount of USD 1.0 billion, the redemption of 6.875% USD bonds due 2038 with an aggregate principal amount of USD 72 million, and the repayment of a loan of EUR 178 million. Changes in payment obligations from forward contracts are mainly related to maturing forward contracts for the 2017 share buyback program and new forward contracts entered into for the extended share repurchase program for LTI and stock purchase plans announced in November 2018. These payment obligations are recorded as financial liabilities under long-term and short-term debt. Other changes, mainly resulting from new leases recognized and currency effects, led to an increase of EUR 70 million.

In 2017, total debt decreased by EUR 891 million compared to 2016. New borrowings of long-term debt of EUR 1,115 million were mainly due to the issuance of EUR 500 million floating-rate bonds due 2019 and EUR 500 million fixed-rate bonds due 2023. Repayments of long-term debt amounted to EUR 1,332 million, mainly due to the early redemption of the 5.750% bonds due 2018 in the aggregate principal amount of USD 1,250 million. Payment obligations from forward contracts are mainly related to the EUR 1.5 billion share buyback program announced in June 2017. Other changes, mainly resulting from consolidation changes and currency effects, led to a decrease of EUR 347 million. EUR 1,342 million was transferred to Liabilities directly associated with assets held for sale, mainly Lighting debt.

At the end of 2018, long-term debt as a proportion of the total debt stood at 71% with an average remaining term (including current portion) of 7.9 years, compared to 86% and 7.6 years respectively at the end of 2017.

Total debt outstanding at the end of 2017 was EUR 4,715 million, compared with EUR 5,606 million at the end of 2016, a decrease of EUR 891 million.

In 2016, total debt decreased by EUR 154 million compared to 2015. New borrowings of EUR 1,304 million were mainly due to new loan facilities for Philips Lighting of EUR 740 million and USD 500 million to replace intragroup financing from Royal Philips. Repayments amounted to EUR 1,681 million, mainly due to the repayment of a USD 1,300 million bridge loan used for the Volcano acquisition, as well as the early redemption of USD 285 million in the aggregate principal amount of USD bonds. Other changes, mainly resulting from consolidation and currency effects, led to an increase of EUR 223 million.

At the end of 2017, long-term debt as a proportion of the total debt stood at 86% with an average remaining term (including current portion) of 7.6 years, compared to 72% and 7.8 years, respectively, at the end of 2016.

For further information, please refer to Debt.

## Liquidity position
As of December 31, 2018, including the cash position (cash and cash equivalents), as well as its EUR 1 billion committed revolving credit facility, the Philips Group had access to available liquidity of EUR 2,688 million, versus gross debt (including short and long-term) of EUR 4,821 million.

As of December 31, 2017, including the cash position (cash and cash equivalents), as well as its EUR 1 billion committed revolving credit facility, the Philips Group had access to available liquidity of EUR 2,939 million, versus gross debt (including short and long-term) of EUR 4,715 million.

Philips Group
**Liquidity position** in millions of EUR
2016 - 2018

|  | 2016 | 2017 | 2018 |
|---|---|---|---|
| Cash and cash equivalents | 2,334 | 1,939 | 1,688 |
| Committed revolving credit facilities/CP program | 2,300 | 1,000 | 1,000 |
| Liquidity | 4,634 | 2,939 | 2,688 |
| Listed equity investments at fair value | 36 | 49 | 476 |
| Short-term debt | (1,585) | (672) | (1,394) |
| Long-term debt | (4,021) | (4,044) | (3,427) |
| Net available liquidity resources | (936) | (1,728) | (1,656) |

Royal Philips has a EUR 1 billion committed revolving credit facility which was signed in April 2017 and will expire in April 2023. The facility can be used for general group purposes, such as a backstop of its Commercial Paper Program.

The Commercial Paper Program amounts to USD 2.5 billion, under which Philips can issue commercial paper up to 364 days in tenor, both in the US and in Europe, in any major freely convertible currency. As of December 31, 2018, Royal Philips did not have any loans outstanding under these facilities.

Additionally, at December 31, 2018 Philips held EUR 476 million of listed (level 1) equity investments at fair value, mainly the remaining interest in Signify. Refer to Other financial assets and Fair value of financial assets and liabilities.

Royal Philips' existing long-term debt is rated A- (with stable outlook) by Fitch, Baa1 (with stable outlook) by Moody's, and BBB+ (with stable outlook) by Standard & Poor's. As part of our capital allocation policy, our net debt [*] position is managed with the intention of retaining a strong investment grade credit rating. Ratings are subject to change at any time and there is no assurance that Philips will be able to achieve this goal. The Group's aim when managing the net debt [*] position is dividend stability and a pay-out ratio of 40% to 50% of adjusted income from continuing operations attributable to shareholders [*]. Royal Philips' outstanding long-term debt and credit facilities do not contain financial covenants. Adverse changes in the Company's ratings will not trigger automatic withdrawal of committed credit facilities nor any acceleration in the outstanding long-term debt (provided that the USD-denominated bonds issued by the Company in March 2008 and 2012 contain a 'Change of Control Triggering Event' and the EUR-denominated bonds contain a 'Change of Control Put Event'). A description of Philips' credit facilities can be found in Debt.

Philips Group
**Credit rating summary**
2018

|  | long-term | short-term | outlook |
|---|---|---|---|
| Fitch | A- |  | Stable |
| Moody's | Baa1 | P-2 | Stable |
| Standard & Poor's | BBB+ | A-2 | Stable |

Philips pools cash from subsidiaries to the extent legally and economically feasible. Cash not pooled remains available for local operational needs or general purposes. The company faces cross-border foreign exchange controls and/or other legal restrictions in a few countries which could limit its ability to make these balances available on short notice for general use by the group.

Philips believes its current liquidity and direct access to capital markets is sufficient to meet its present financing needs.

[*] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

## Shareholders' equity
Shareholders' equity increased by EUR 89 million in 2018 to EUR 12,088 million at December 31, 2018. The increase was mainly due to net results of EUR 1,097 million and the positive impact of currency translation differences of EUR 347 million. This was mainly offset by share repurchases made in the open market of EUR 514 million, dividend payments to shareholders of Koninklijke Philips N.V. of EUR 400 million (including tax and service charges), a fair value decline of financial assets of EUR 147 million, and the impact of the accounting for share-based compensation plans, including the effect of related hedging transactions through forward contracts and share call options (in aggregate EUR 191 million).

Shareholders' equity decreased by EUR 547 million in 2017 to EUR 11,999 million at December 31, 2017. The decrease was mainly due to the negative impact of currency translation differences of EUR 984 million, share repurchases made in the open market over the course of the year, the purchase of forward contracts of EUR 1,079 million (for capital reduction purposes and hedging of commitments under share-based compensation plans), and dividend payments to shareholders of Koninklijke Philips N.V. of EUR 384 million (including tax and service charges). This was mainly offset by net results of EUR 1,870 million and the sale of Signify shares of EUR 327 million.

Shareholders' equity increased by EUR 939 million in 2016 to EUR 12,546 million at December 31, 2016. The increase was mainly a result of EUR 1,491 million net income, partially offset by EUR 589 million related to the purchase of shares for the share buy-back program. The dividend payment to shareholders of Koninklijke Philips N.V. in 2016 reduced equity by EUR 330 million including tax and service charges, while the delivery of treasury shares increased equity by EUR 74 million.

### Share capital structure
The number of outstanding common shares of Royal Philips at December 31, 2018 was 914 million. At the end of 2018, the Company held 12 0 million shares in treasury. Of these shares, 7.9 million shares were held in treasury to cover obligations under its long-term incentive plans. After the cancellation of 24 2 million shares in November 2018, a remainder of 4.1 million shares were held to reduce share capital. In 2016, Philips purchased call options on Philips shares to hedge options granted to employees up to 2013. As of December 31, 2018, Philips held 3.8 million such options. In order to further cover obligations under its long-term incentive plans, as well as to reduce its share capital, Philips also entered into several forward contracts in 2017 and 2018. As of December 31, 2018, the outstanding forward contracts related to 28.6 million shares.

The number of outstanding common shares of Royal Philips at December 31, 2017 was 926 million. At the end of 2017, the Company held 14.7 million shares in treasury. Of these shares, 10.1 million shares were held in treasury to cover obligations under its long-term incentive plans. The remaining 4.6 million shares were held to reduce share capital. As of December 31, 2017, Philips held 6 2 million call options as a hedge of options granted to employees. As of December 31, 2017, the outstanding forward contracts related to 31.8. million shares.

The number of outstanding common shares of Royal Philips at December 31, 2016 was 922 million. At the end of 2016, the Company held 7.2 million shares in treasury to cover obligations under its long-term incentive plans. The Company did not hold shares for capital reduction purposes. Philips purchased call options on Philips shares to hedge options granted to employees up to 2013.

### Share repurchase methods for long-term incentive plans and capital reduction purposes
During 2018, Royal Philips acquired shares for long-term incentive plans and capital reduction purposes via three different methods: (i) share buy-back repurchases in the open market via an intermediary, (ii) repurchase of shares via forward contracts for future delivery of shares, (iii) the unwinding of call options on own shares. In 2018, Royal Philips also used methods (i) and (ii) to acquire shares for capital reduction purposes.

The open market transactions via an intermediary allow for buybacks during both open and closed periods.

Philips Group
**Impact of share repurchase on share count** in thousands of shares as of December 31
2014-2018

| | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| Shares issued | 934,820 | 931,131 | 929,645 | 940,909 | 926,196 |
| Shares in treasury | 20,431 | 14,027 | 7,208 | 14,717 | 12,011 |
| Shares outstanding | 914,389 | 917,104 | 922,437 | 926,192 | 914,184 |
| Shares repurchased | 28,538 | 20,296 | 25,193 | 19,842 | 31,994 |
| Shares cancelled | 21,838 | 21,361 | 18,830 | | 24,247 |

Philips Group
**Total number of shares repurchased** in thousands of shares unless otherwise stated
2018

| | share repurchases related to shares acquired for capital reduction | average price paid per share in EUR | shares acquired for LTI's | average price paid per share in EUR |
|---|---|---|---|---|
| January 2018 | 62 | 32.64 | | 24.18 |
| February 2018 | 7,183 | 30 83 | 373 | 30 31 |
| March 2018 | 4,103 | 31 27 | 750 | 27 03 |
| April 2018 | | | 512 | 31 54 |
| May 2018 | | | 516 | 35 23 |
| June 2018 | | | 395 | 36.18 |
| July 2018 | | | 201 | 37 38 |
| August 2018 | | | 198 | 38 29 |
| September 2018 | | | 131 | 37 99 |
| October 2018 | 4,140 | 34 02 | 3,172 | 31 89 |
| November 2018 | 4,140 | 34 02 | 1,978 | 33.70 |
| December 2018 | 4,140 | 34 02 | | |
| Total | 23,768 | 32.58 | 8,226 | 32.59 |
| of which | | | | |
| *purchased in the open market* | 11,348 | | 5,008 | |
| *acquired through exercise of call options/settlement of forward contracts* | 12,420 | | 3,218 | |

## Cash obligations

### Contractual cash obligations
The table below presents a summary of the Group's fixed contractual cash obligations and commitments at December 31, 2018. These amounts are an estimate of future payments, which could change as a result of various factors such as a change in interest rates, contractual provisions, as well as changes in our business strategy and needs. Therefore, the actual payments made in future periods may differ from those presented in the table below:

Philips Group
**Contractual cash obligations** [1] [2] in millions of EUR
2018

| | | | | Payments due by period | |
|---|---|---|---|---|---|
| | total | less than 1 year | 1-3 years | 3-5 years | after 5 years |
| Long-term debt [3] | 4,358 | 1,136 | 194 | 501 | 2,527 |
| Finance lease obligations | 357 | 100 | 152 | 53 | 52 |
| Short-term debt | 164 | 164 | | | |
| Operating leases | 756 | 176 | 227 | 148 | 204 |
| Derivative liabilities | 296 | 179 | 2 | 114 | |
| Interest on debt | 1,632 | 108 | 207 | 200 | 1,117 |
| Purchase obligations [4] | 666 | 233 | 352 | 52 | 30 |
| Trade and other payables | 2,303 | 2,303 | | | |
| Contractual cash obligations | 10,532 | 4,399 | 1,134 | 1,069 | 3,929 |

[1] Amounts in this table are undiscounted

[2] This table excludes post-employment benefit plan contribution commitments and income tax liabilities in respect of tax risks because it is not possible to make a reasonably reliable estimate of the actual period of cash settlement

[3] Long-term debt includes short-term portion of long-term debt and excludes finance lease obligations

[4] Purchase obligations are agreements to purchase goods or services that are enforceable and legally binding for the Group. They specify all significant terms, including fixed or minimum quantities to be purchased, fixed, minimum or variable price provisions and the approximate timing of the transaction. They do not include open purchase orders or other commitments which do not specify all significant terms.

IFRS 16, Leases, is effective for the financial year commencing January 1, 2019. Upon adoption, the company expects to recognize a lease liability at the present value of its remaining operating lease commitments (excluding low-value leases). Refer to Significant accounting policies.

In January 2018, it was announced that the North American headquarters will move from Andover to Cambridge. Philips has entered into a new lease commitment commencing in 2020 with a term of 15 years and resulting in an off-balance sheet commitment of EUR 218 million.

Certain Philips suppliers factor their trade receivables from Philips with third parties through supplier finance arrangements. At December 31, 2018 approximately EUR 275 million of the Philips accounts payable were known to have been sold onward under such arrangements whereby Philips confirms invoices. Philips continues to recognize these liabilities as trade payables and will settle the liabilities in line with the original payment terms of the related invoices.

### Other cash commitments
The Company and its subsidiaries sponsor post-employment benefit plans in many countries in accordance with legal requirements, customs and the local situation in the countries involved. For a discussion of the plans and expected cash outflows, please refer to Post-employment benefits.

The company had EUR 114 million restructuring-related provisions by the end of 2018, of which EUR 68 million is expected to result in cash outflows in 2019. Refer to Provisions for details of restructuring provisions.

## ).2 Report of the Remuneration Committee

### Introduction

The Remuneration Committee is chaired by Heino von Prondzynski. Its other members are Jeroen van der Veer and Christine Poon. The Committee is responsible for preparing decisions of the Supervisory Board on the remuneration of individual members of the Board of Management and the Executive Committee. In performing its duties and responsibilities the Remuneration Committee is assisted by an external consultant and in-house remuneration expert acting on the basis of a protocol which ensures that they act on the instructions of the Remuneration Committee. Currently, no member of the Remuneration Committee is a member of the management board of another listed company. In line with applicable statutory and other regulations, this report focuses on the terms of engagement and remuneration of the members of the Board of Management. The Committee met seven times in 2018. All Committee members were present during these meetings.

### Remuneration policy

The objectives of the remuneration policy for members of the Board of Management, as adopted by the General Meeting of Shareholders in 2017, are in line with that for executives throughout the Philips Group. That is, to focus them on improving the performance of the company and enhancing the long-term value of the Philips Group, to motivate and retain them, and to be able to attract other highly qualified executives to enter into Philips' services, when required.

In order to compete for talent in the health technology market, the Supervisory Board identified a new peer group [*] for remuneration benchmarking purposes in 2017 to align the Board of Management's remuneration levels closer to equivalent positions in this market. These peer companies are either business competitors, with an emphasis on companies in the healthcare, technology related or consumer products area, or companies we compete with for executive talent. These consist of predominantly Dutch and other European companies, plus a minority number (up to 25%) of US based global companies, of comparable size, complexity and international scope. Annual changes to the peer group can be made by the Supervisory Board, for example for reasons of changes in business or competitive nature of the companies involved. Such change will be disclosed if it has a substantial impact on peer group composition. No changes were made to the peer group during 2018.

To support the policy's objectives, the remuneration package includes a significant variable part in the form of an annual cash bonus incentive and long-term incentive in the form of performance shares. The policy does not encourage inappropriate risk-taking.

The performance targets for the members of the Board of Management are determined annually at the beginning of the year. The Supervisory Board determines whether performance conditions have been met and can adjust the payout of the annual cash bonus incentive and the long-term incentive grant upward or downward if the predetermined performance criteria were to produce an inappropriate result in extraordinary circumstances. The authority for such adjustments exists on the basis of contractual ultimum-remedium and claw-back clauses. In addition, pursuant to Dutch legislation effective January 1, 2014, incentives may, under certain circumstances, be amended or clawed back pursuant to statutory powers. For more information please refer to Corporate governance. Further information on the performance targets is given in the chapters on the Annual Incentive (see 2018 Annual Incentive) and the Long-Term Incentive Plan (see 2018 Long-Term Incentive Plan) respectively.

### Key features of our Board of Management Compensation Program
The list below highlights Philips' approach to remuneration, in particular taking into account Corporate Governance practices in the Netherlands.

What we do

- We pay for performance
- We conduct scenario analyses
- We have robust stock ownership guidelines
- We have claw-back policies incorporated into our incentive plans
- We have a simple and transparent remuneration structure in place

What we do not do

- We do not pay dividend equivalents on stock options, or restricted share units and performance share units that do not vest
- We do not offer executive contracts with longer than 12 months' separation payments
- We do not have a remuneration policy in place that encourages our Board of Management to take any inappropriate risks or to act in their own interests
- We do not reward failing members of the Board of Management upon termination of contract
- We do not grant loans or give guarantees to members of the Board of Management

[*] The remuneration benchmarking peer group currently consists of 25 companies, being: Ahold Delhaize, AkzoNobel, ASML, Atos, BAE Systems, Becton Dickinson, Boston Scientific, Capgemini, Danaher, Electrolux, Ericsson, Essilor International, Essity (formerly SCA, company split), Fresenius Medical Care, Heineken, Henkel & Co, Medtronic, Nokia, Reckitt Benckiser, Roche, Rolls-Royce, Safran, Siemens Healthineers, Smith & Nephew, and Thales. (Alcatel Lucent was excluded as it was acquired by Nokia). This peer group differs from the TSR peer group, see 2018 Long-Term Incentive Plan.

### Services agreements
Below, the main elements of the services agreements (*overeenkomst van opdracht*) of the members of the Board of Management are included.

### Term of appointment
The members of the Board of Management are engaged for a period of 4 years, it being understood that this period expires no later than at the end of the following AGM held in the fourth year after the year of appointment.

Philips Group
**Contract terms for current members**

|  | end of term |
| --- | --- |
| F A. van Houten | AGM 2019 |
| A. Bhattacharya | AGM 2019 |
| M.J. van Ginneken | AGM 2021 |

### Notice period
Termination of the contract for the provision of services is subject to six months' notice for both parties.

### Severance payment
The severance payment is set at a maximum of one year's annual base compensation.

### Share ownership
Simultaneously with the approval of the revised Long-Term Incentive (LTI) Plan in 2017, the guideline for members of the Board of Management to hold a certain number of shares in the Company was increased to the level of at least 300% of annual base compensation (400% for the CEO). Until this level has been reached the members of the Board of Management are required to retain all after-tax shares derived from any long-term incentive plan. Frans van Houten and Abhijit Bhattacharya have reached the required share ownership level. Marnix van Ginneken is at 92.9% of his target (i e., 279% of annual base compensation).

**Proposed re-appointments at 2019 AGM**
As mentioned in the Supervisory Board report, the agenda for the upcoming 2019 Annual General Meeting of Shareholders will include proposals to re-appoint Frans van Houten and Abhijit Bhattacharya. The main elements of their new services agreements will be made public no later than at the time of issuance of the notice convening such meeting.

### Scenario analysis
The Remuneration Committee conducts a scenario analysis annually. This includes the calculation of remuneration under different scenarios, whereby different Philips performance assumptions and corporate actions are examined. The Supervisory Board concluded that the current policy has proven to function well in terms of a relationship between the strategic objectives and the chosen performance criteria and believes that the Annual and Long-Term Incentive Plans support this relationship.

### 2018 Internal pay ratios
In line with the Dutch Corporate Governance Code, internal pay ratios are an important input for determining the Remuneration Policy for the Board of Management.

The ratio between the annual total compensation for the CEO [*] and the average annual total compensation for an employee [**] was 63:1 for the 2018 financial year. Both annual total compensation figures include pension benefits. The ratio increased from 56:1 in 2017.

[*] Based on total CEO compensation costs (EUR 5,391,265) as reported in the Information on remuneration.
[**] Based on Employee benefit expenses (EUR 5,827 million) divided by the average number of employees (67,649 FTE) as reported in the Income from operations. These results in an average annual total compensation cost of EUR 86,136.

### Remuneration costs
The following table gives an overview of the costs incurred by the Company in the financial year in relation to the remuneration of the Board of Management. Costs related to performance shares and restricted share right grants are taken by the Company over a number of years. As a consequence, the costs mentioned below in the performance shares and restricted share rights columns are the accounting cost of multi-year Long-Term Incentive grants to members of the Board of Management.

Philips Group
**Remuneration Board of Management [1]** in EUR
2018

| | annual base compensation [2] | base compen-sation | realized annual incentive | perfor-mance shares | restricted share rights | pension allowances | pension scheme costs | other compen-sation |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Costs in the year |
| F A. van Houten | 1,205,000 | 1,205,000 | 1,264,286 | 2,319,460 | 588 | 537,181 | 25,708 | 39,042 |
| A. Bhattacharya | 725,000 | 718,750 | 637,536 | 942,220 | 129 | 217,823 | 25,708 | 53,522 |
| M.J. van Ginneken | 560,000 | 557,500 | 362,611 | 711,806 | 66 | 168,210 | 25,708 | 35,299 |
| | | 2,481,250 | 2,264,433 | 3,973,486 | 783 | 923,214 | 77,124 | 127,863 |

[1] Reference date for board membership is December 31, 2018.
[2] Annual base compensation as of April 1, 2018

For further details on the pension allowances and pension scheme costs see Pensions.

### Annual base compensation
The annual compensation of the members of the Board of Management has been reviewed in April 2018 as part of the regular remuneration review. The annual compensation of Abhijit Bhattacharya and Marnix van Ginneken has been increased per April 1, 2018, from EUR 700,000 to EUR 725,000 and from EUR 550,000 to EUR 560,000 respectively. The increases were made to move the total compensation levels closer to market levels, as well as to reflect internal relativities. The annual compensation of Frans van Houten remained unchanged at EUR 1,205,000.

### 2018 Annual Incentive
Each year, a variable Annual Incentive can be earned based on the achievement of specific targets as determined by the Supervisory Board at the beginning of the year. These targets are set at challenging levels and are partly linked to the results of the company (80% weighting) and partly to the contribution of the individual member (20% weighting). The latter includes, among others, targets as part of our sustainability program.

The on-target Annual Incentive percentage in 2018 is set at 100% of the annual base compensation for the CEO, at 80% of the annual base compensation for the CFO and at 60% of the annual base compensation for the other member of the Board of Management. The maximum Annual Incentive achievable is 200% of the annual base compensation for the CEO, 160% of the annual base compensation for the CFO and 120% of the annual base compensation for the other member of the Board of Management.

To support the performance culture, the financial targets we set are at Group level for all members of the Board of Management. The 2018 payouts, shown in the following table, reflect the above target performance on two out of three metrics (i.e., the comparable sales growth [*] and EBITA [*] metric) at Group level that apply to Board of Management. The performance on the comparable cash flow based metric was below target.

Philips Group
**Annual Incentive realization** in EUR
2018 (payout in 2019)

| | realized annual incentive | as a % of base compensation (2018) |
|---|---|---|
| F A. van Houten | 1,264,286 | 104.9% |
| A. Bhattacharya | 637,536 | 88.7% |
| M.J. van Ginneken | 362,611 | 65.0% |

[*] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

### 2018 Long-Term Incentive Plan
Since 2013, the LTI Plan applicable to the members of the Board of Management consists of performance shares only. The current long-term incentive plan was approved by the General Meeting of Shareholders in 2017.

#### Grant size
The annual grant size is set by reference to a multiple of base compensation. For the CEO the annual grant size in 2018 is set at 200% of base compensation and for the other members of the Board of Management at 150% of base compensation. The actual number of performance shares to be awarded is determined by reference to the average of the closing price of the Royal Philips share on the day of publication of the first quarterly results and the four subsequent trading days.

#### Vesting schedule
Dependent upon the achievement of the performance conditions, cliff-vesting applies three years after the date of grant. During the vesting period, the value of dividends will be added to the performance shares in the form of shares. These dividend-equivalent shares will only be delivered to the extent that the award actually vests.

#### Performance conditions
Vesting of the performance shares is based on two equally weighted performance conditions:

- 50% Adjusted Earnings per Share growth (''EPS'') and
- 50% Relative Total Shareholder Return ("TSR")

#### EPS
EPS growth is calculated by applying the simple point-to-point method at year end. Earnings are the income from continued operations attributable to shareholders, as reported in the Annual Report. To eliminate the impact of any share buyback, stock dividend etcetera, the number of shares to be used for the purpose of the LTI Plan EPS realization will be the number of common shares outstanding (after deduction of treasury shares) on the day prior to the beginning of the performance period.

Earnings are adjusted for changes in accounting principles during the performance period. The Supervisory Board has discretion to include other adjustments, for example, to account for events that were not planned when targets were set or were outside management's control (e g., impairments, restructuring activities, pension items, M&A transactions and costs and currency fluctuations).

The following performance-incentive zone applies for the LTI Plan EPS:

Philips Group
**Performance-incentive zone for LTI Plan EPS** in %

| | Below threshold | Threshold | Target | Maximum |
|---|---|---|---|---|
| Payout | 0 | 40 | 100 | 200 |

The LTI Plan EPS targets are set annually by the Supervisory Board. Given that these targets are considered to be company sensitive, LTI Plan EPS targets and the achieved performance are published in the Annual Report after the relevant performance period. For realization of the 2016 grant, see the table on vesting 2016 awards at the end of this section.

#### TSR
A ranking approach to TSR applies with Philips itself included in the peer group. The TSR peer group - as of 2017 - consists of 20 companies, including Philips.

Philips Group
**TSR peer group**

| | | |
|---|---|---|
| Becton Dickinson | General Electric | Resmed |
| Boston Scientific | Getinge | Siemens Healthineers |
| Cerner | Groupe SEB | Smith & Nephew |
| Danaher | Hitachi | Stryker |
| De Longhi | Hologic | Terumo |
| Elekta | Johnson & Johnson | |
| Fresenius Medical Care | Medtronic | |

The peer companies together reflect the business portfolio of Philips. TSR scores are calculated by taking an averaging period prior to the start and end of the 3-year performance period. The performance incentive pay-out zone is outlined in the following table, which results in zero vesting for performance below the 40th percentile and 200% vesting for performance levels above the 75th percentile. The incentive zone range has been constructed such that the average pay-out over time is expected to be approximately 100%.

Philips Group
**Performance-incentive zone for TSR** in %

| Position | 20-14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5-1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Payout | 0 | 60 | 80 | 100 | 120 | 140 | 160 | 180 | 190 | 200 |

Under the LTI Plan the current members of the Board of Management were granted 124,195 performance shares in 2018.

The following table provides an overview at end December 2018 of performance share grants. The reference date for board membership is December 31, 2018.

Philips Group

**Performance shares** [1]

| | grant date | number of performance shares originally granted | value at grant date | end of vesting period | number of performance shares vested in 2018 | value at vesting date in 2018 |
|---|---|---|---|---|---|---|
| F A. van Houten | 2015 | 54,877 | 1,410,000 | 2018 | 91,480 | 3,227,414 |
| | 2016 | 59,287 | 1,446,000 | 2019 | n a. | n.a. |
| | 2017 | 73,039 | 2,410,000 | 2020 | n a. | n.a. |
| | 2018 | 69,005 | 2,410,000 | 2021 | n a. | n.a. |
| A. Bhattacharya | 2015 | 11,676 | 300,000 | 2018 | 19,464 | 686,690 |
| | 2016 | 26,650 | 650,000 | 2019 | n a. | n.a. |
| | 2017 | 31,822 | 1,050,000 | 2020 | n a. | n.a. |
| | 2018 | 31,138 | 1,087,500 | 2021 | n a. | n.a. |
| M.J. van Ginneken | 2015 | 17,514 | 450,000 | 2018 | 29,196 | 1,030,035 |
| | 2016 | 20,972 | 511,500 | 2019 | n a. | n.a. |
| | 2017 | 18,563 | 612,500 | 2020 | n a. | n.a. |
| | 2018 | 24,052 | 840,000 | 2021 | n a. | n.a. |

[1] Dividend performance shares not included

For more details of the LTI Plan see Share-based compensation.

**Realization of 2016 performance share grant**
The 3-year performance period of the 2016 performance share grant ended on December 31, 2018. The payout results are governed by the former 2013 LTI Plan and are explained below.

**TSR (50% weighting)**
Following Johnson Controls merger with Tyco International (completed September 2016), the Supervisory Board adopted the approach of recognizing Johnson Controls performance through the merger date. As a proxy for future performance, reinvestment in an index of the remaining 19 peer companies was assumed (effectively retaining a peer group of 20 companies).

The TSR achieved by Philips during the performance period was 51.61%. This positioned Philips between the 4th and 5th ranked company in the peer group shown in the following table, resulting in an achievement of 200%.

**TSR results LTI Plan 2016 grant: 51.61%**
Total Shareholder Return ranking per December 31, 2018
Start date: December 2015
End date: December 2018

| Company | total return | rank number |
|---|---|---|
| Honeywell International | 61.86% | 1 |
| Emerson Electric | 56.06% | 2 |
| Smiths Group | 53.97% | 3 |
| Eaton | 53.14% | 4 |
| Johnson & Johnson | 50.27% | 5 |
| Danaher | 47.88% | 6 |
| 3M | 39.23% | 7 |
| LG Electronics | 33.35% | 8 |
| Medtronic | 32.38% | 9 |
| Procter & Gamble | 29.10% | 10 |
| Schneider Electric | 26.59% | 11 |
| Siemens | 24.49% | 12 |
| ABB | 23.70% | 13 |
| Johnson Controls | 20.45% | 14 |
| Legrand | 13.16% | 15 |
| Toshiba | 12.45% | 16 |
| Hitachi | 2.25% | 17 |
| Panasonic | (7.10)% | 18 |
| Electrolux | (10.05)% | 19 |
| General Electric | (64.99)% | 20 |

Adjusted EPS growth (50% weighting)
The LTI Plan EPS payouts and targets set at the beginning of the performance period were as follows:

| | Below threshold | Threshold | Target | Maximum |
|---|---|---|---|---|
| EPS (euro) | <1.30 | 1.30 | 1.60 | 1 90 |
| Payout | 0% | 40% | 100% | 200% |

LTI Plan EPS is based on the underlying income from continuing operations attributable to shareholders, as included in the Annual Report, adjusted for changes in accounting principles. Furthermore, the Supervisory Board has also deemed it appropriate to make adjustments relating to certain other items that were not contemplated when the targets were set in 2016. These relate to the profit and loss impact of acquisitions, restructuring costs, impact of foreign exchange variations versus plan and non-recurring tax impacts. The sum of these adjustments had a negative impact of 16 cents*.

The resulting LTI Plan EPS achievement was determined by the Supervisory Board as 88%.

In view of the above, the following performance achievement and vesting levels have been determined by the Supervisory Board in respect of the 2016 grant of performance shares:

| | achievement | weighting | vesting level |
|---|---|---|---|
| TSR | 200% | 50% | 100% |
| EPS | 88% | 50% | 44% |
| **total** | | | **144%** |

### Pensions
Effective January 1, 2015 pension plans which allow pension accrual based on a pensionable salary exceeding an amount in 2018 of EUR 105,075 are, for fiscal purposes, considered to be non-qualifying schemes. For this reason the Executive Pension Plan in the Netherlands was terminated.

The following pension arrangement is in place for the current members of the Board of Management working under a Dutch contract:

- Flex Pension Plan in the Netherlands, which is a Collective Defined Contribution plan with a fixed contribution of (currently) 26 2% up to the maximum pensionable salary of EUR 105,075 (effective January 1, 2018). The Flex Plan has a target retirement age of 67 and a target accrual rate of 1.85%;
- A gross Pension Allowance equal to 25% of the base compensation exceeding EUR 105,075;
- A temporary gross Transition Allowance, for a maximum period of 8 years (first 5 years in full; year 6: 75%; year 7: 50%, year 8: 25%) for members of the Board who were participants of the former Executive Pension Plan. The level of the allowance is based on the age and salary of the Board member on December 31, 2014.

The total pension cost of the Company related to this pension arrangement (including the temporary gross Transition Allowance) is at a comparable level over a period of time to the pension cost under the former Executive Pension Plan.

### Additional arrangements
In addition to the main conditions as stipulated in the services agreements, a number of additional arrangements apply to members of the Board of Management. These additional arrangements, such as expense and relocation allowances, medical insurance, accident insurance and company car arrangements, are in line with those for Philips executives in the Netherlands. In the event of disablement, members of the Board of Management are entitled to benefits in line with those for other Philips executives in the Netherlands.

Unless the law provides otherwise, the members of the Board of Management and of the Supervisory Board shall be reimbursed by the Company for various costs and expenses, like reasonable costs of defending claims, as formalized in the Articles of Association. Under certain circumstances, described in the Articles of Association, such as an action or failure to act by a member of the Board of Management or a member of the Supervisory Board that can be characterized as intentional ("opzettelijk"), intentionally reckless ("bewust roekeloos") or seriously culpable ("ernstig verwijtbaar"), there will be no entitlement to this reimbursement. The Company has also taken out liability insurance (D&O - Directors & Officers) for the persons concerned.

### Remuneration of the Supervisory Board
The current remuneration structure for Supervisory Board members was approved at the 2018 Extraordinary General Meeting of Shareholders. The table below provides an overview of the current remuneration structure. Prior to the 2017 Annual General Meeting of Shareholders, the Supervisory Board withdrew a proposal on the remuneration of the Supervisory Board based on consultations with shareholders that made it clear that further discussions were needed to attain a broader consensus on this topic. After this withdrawal, we continued our discussions with shareholders in multiple countries, including the Netherlands, the United Kingdom, France and North America (which constitute the largest part of our ownership base). In addition, we met with institutional advisory organizations. The positive feedback from these meetings resulted in the Supervisory Board submitting an updated proposal to the 2018 Extraordinary General Meeting of Shareholders, which approved the proposal.

The table below provides an overview of the current remuneration structure:

Philips Group

**Remuneration Supervisory Board** [1] in EUR

2018

|  | Chairman | Vice Chair | Member |
|---|---|---|---|
| Supervisory Board | 155,000 | 115,000 | 100,000 |
| Audit Committee | 27,000 | n.a. | 18,000 |
| Remuneration Committee | 21,000 | n.a. | 14,000 |
| Corporate Governance and Nomination & Selection Committee | 21,000 | n.a. | 14,000 |
| Quality & Regulatory Committee | 21,000 | n.a. | 14,000 |
| Attendance fee per inter-European trip | 2,500 | 2,500 | 2,500 |
| Attendance fee per intercontinental trip | 5,000 | 5,000 | 5,000 |
| Entitlement to Philips product arrangement | 2,000 | 2,000 | 2,000 |

[1] For more details, see note 27, Information on remuneration

## Year 2019

### Annual Incentive Board of Management

In line with the new remuneration policy, metrics will be disclosed ex-ante. For 2019, these are comparable sales growth [*], EBITA [*], and cash flow based metrics measured at Group level (i.e., unchanged from 2018). The targets associated with these metrics will not be disclosed as these are company sensitive.

In line with the remuneration policy as adopted by the General Meeting of Shareholders in 2017, the 2019 on-target Annual Incentive percentage for Mr. van Ginneken is increased to 70% of annual base compensation (currently 60%). The maximum Annual Incentive achievable will remain to be 2 times the on-target levels.

[*] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

Philips Group
**Accelerate! options**
2018

## Information on remuneration

### Remuneration of the Executive Committee

In 2018, the total remuneration costs relating to the members of the Executive Committee (consisting of 13 members, including the members of the Board of Management) amounted to EUR 26,755,003 (2017: EUR 25,848,741; 2016: EUR 22,433,827) consisting of the elements in the following table.

Philips Group

**Remuneration costs of the Executive Committee [1]** in EUR
2016-2018

| | 2016 | 2017 | 2018 |
|---|---|---|---|
| Base salary/Base compensation | 6,388,667 | 8,089,063 | 8,370,406 |
| Annual incentive [2] | 5,746,347 | 6,345,576 | 5,651,996 |
| Performance shares [3][4] | 5,943,782 | 6,371,297 | 8,896,369 |
| Stock options [3] | - | - | - |
| Restricted share rights [3] | 764,311 | 885,343 | 492,237 |
| Pension allowances [5] | 1,854,129 | 1,886,963 | 1,919,839 |
| Pension scheme costs | 180,077 | 408,695 | 411,028 |
| Other compensation [6] | 1,556,514 | 1,861,803 | 1,013,128 |

[1] The Executive Committee consisted of 13 members as per December 31, 2018 (2017: 12 members; 2016: 12 members)

[2] The annual incentives are related to the performance in the year reported which are paid out in the subsequent year.

[3] Costs of performance shares, stock options and restricted share rights are based on accounting standards (IFRS) and do not reflect the value of stock options at the end of the lock up period and the value of performance shares and restricted share rights at the vesting/release date

[4] For 2018, a release of EUR 1,740,520 (2017: EUR 2,469,670; 2016: EUR 0) is included due to non-vesting of performance shares

[5] Pension allowances are gross taxable allowances paid to the Executive Committee members in the Netherlands. These allowances are part of the pension arrangement

[6] The stated amounts mainly concern (share of) allowances to members of the Board of Management that can be considered as remuneration. In a situation where such a share of an allowance can be considered as (indirect) remuneration (for example, private use of the company car), then the share is both valued and accounted for here. The method employed by the fiscal authorities is the starting point for the value stated

At December 31, 2018, the members of the Executive Committee (including the members of the Board of Management) held 333,670 (2017: 541,400; 2016: 750,631) stock options at a weighted average exercise price of EUR 18 99 (2017: EUR 19.82; 2016: EUR 21.17).

### Remuneration of the Board of Management

In 2018, the total remuneration costs relating to the members of the Board of Management amounted to EUR 9,848,153 (2017: EUR 7,808,117; 2016: EUR 8,904,859), see table below.

Philips Group
**Remuneration costs of individual members of the Board of Management** in EUR
2016-2018

| | base compen- sation/salary | annual incentive [1] | perfor- mance shares [2] | stock options [2] | restricted share rights [2] | pension allowances [3] | pension schemecosts | other compen- sation | total costs |
|---|---|---|---|---|---|---|---|---|---|
| **2018** | | | | | | | | | |
| F A. van Houten | 1,205,000 | 1,264,286 | 2,319,460 | - | 588 | 537,181 | 25,708 | 39,042 | 5,391,265 |
| A. Bhattacharya | 718,750 | 637,536 | 942,220 | - | 129 | 217,823 | 25,708 | 53,522 | 2,595,688 |
| M.J. van Ginneken | 557,500 | 362,611 | 711,806 | - | 66 | 168,210 | 25,708 | 35,299 | 1,861,200 |
| | **2,481,250** | **2,264,433** | **3,973,486** | **-** | **783** | **923,214** | **77,124** | **127,863** | **9,848,153** |
| | | | | | | | | | |
| **2017** | | | | | | | | | |
| F A. van Houten | 1,205,000 | 1,270,166 | 1,975,277 | - | 4,034 | 537,621 | 25,278 | 84,053 | 5,101,429 |
| A. Bhattacharya | 687,500 | 553,392 | 669,396 | - | 888 | 210,450 | 25,278 | 100,918 | 2,247,822 |
| P.A.J. Nota | 606,250 | 429,886 | (1,203,992) | - | (188) | 236,208 | 21,065 | 63,576 | 152,805 |
| M.J. van Ginneken | 91,667 | 69,168 | 100,022 | - | 75 | 27,796 | 4,213 | 13,120 | 306,061 |
| | **2,590,417** | **2,322,612** | **1,540,703** | **-** | **4,809** | **1,012,075** | **75,834** | **261,667** | **7,808,117** |
| | | | | | | | | | |
| **2016** | | | | | | | | | |
| F A. van Houten | 1,197,500 | 1,354,227 | 1,423,538 | - | 12,041 | 536,195 | 24,838 | 126,703 | 4,675,042 |
| A. Bhattacharya | 650,000 | 540,072 | 362,758 | - | 3,341 | 201,524 | 24,838 | 73,642 | 1,856,175 |
| P.A.J. Nota | 702,500 | 619,745 | 683,101 | - | 9,251 | 277,649 | 24,838 | 56,558 | 2,373,642 |
| | 2,550,000 | 2,514,044 | 2,469,397 | - | 24,633 | 1,015,368 | 74,514 | 256,903 | 8,904,859 |

[1] The annual incentives are related to the performance in the year reported which are paid out in the subsequent year. For more details on the annual incentives refer to 2018 Annual Incentive

[2] Costs of performance shares, stock options and restricted share rights are based on accounting standards (IFRS) and do not reflect the value of stock options at the end of the lock up period and the value of performance shares and restricted share rights at the vesting/release date

[3] The stated amounts mainly concern (share of) allowances to members of the Executive Committee that can be considered as remuneration. In a situation where such a share of an allowance can be considered as (indirect) remuneration (for example, private use of the company car), then the share is both valued and accounted for here. The method employed by the fiscal authorities is the starting point for the value stated.

For further information on remuneration costs, see Remuneration costs.

The tables below give an overview of the performance share plans and the stock option plans of the Company, held by the members of the Board of Management:

Philips Group
**Number of performance shares (holdings)** in number of shares
2018

| | January 1, 2018 | awarded 2018 | awarded dividend shares 2018 | realized 2018 | December 31, 2018 | vesting date |
|---|---|---|---|---|---|---|
| F A. van Houten | 60,112 | - | - | 100,207 | - | 05.05.2018 |
| | 62,880 | - | 1,423 | - | 64,303 | 04.29.2019 |
| | 74,878 | - | 1,693 | - | 76,571 | 05.11.2020 |
| | - | 69,005 | 1,561 | - | 70,566 | 04.27.2021 |
| A. Bhattacharya | 12,790 [1] | - | - | 21,312 | - | 05.05.2018 |
| | 28,265 [1] | - | 640 | - | 28,905 | 04.29.2019 |
| | 32,623 | - | 738 | - | 33,361 | 05.11.2020 |
| | - | 31,138 | 704 | - | 31,842 | 04.27.2021 |
| M.J. van Ginneken | 19,185 [1] | - | - | 31,981 | - | 05.05.2018 |
| | 22,243 [1] | - | 503 | - | 22,746 | 04.29.2019 |
| | 19,030 [1] | - | 431 | - | 19,461 | 05.11.2020 |
| | - | 24,052 | 544 | - | 24,596 | 04.27.2021 |
| **Performance shares (holdings)** | **332,006** | **124,195** | **8,237** | **153,500** | **372,351** | |

[1] Awarded before date of appointment as a member of the Board of Management

At December 31, 2018, the members of the Board of Management held 333,670 stock options (2017: 333,670; 2016: 476,200) at a weighted average exercise price of EUR 18 99 (2017: EUR 18.99; 2016: EUR 19.47).

Philips Group
**Stock options (holdings)** number of shares
2018

| | January, 1 2018 | granted | exercised | expired | December 31, 2018 | grant price (in euros) | share (closing) price on exercise date | expiry date |
|---|---|---|---|---|---|---|---|---|
| F A. van Houten | 20,400 | – | – | – | 20,400 | 22.88 | – | 10.18.2020 |
| | 75,000 | – | – | – | 75,000 | 20.9 | – | 04.18.2021 |
| | 75,000 | – | – | – | 75,000 | 14.82 | – | 04.23.2022 |
| | 55,000 | – | – | – | 55,000 | 22.43 | – | 01.29.2023 |
| A. Bhattacharya | 16,500 | – | – | – | 16,500 | 22.88 | – | 10.18.2020 |
| | 16,500 | – | – | – | 16,500 | 20.9 | – | 04.18.2021 |
| | 20,000 | – | – | – | 20,000 | 15.24 | – | 01.30.2022 |
| | 16,500 | – | – | – | 16,500 | 14.82 | – | 04.23.2022 |
| M.J. van Ginneken | 5,250 | – | – | – | 5,250 | 12.63 | – | 04.14.2019 |
| | 6,720 | – | – | – | 6,720 | 24.9 | – | 04.19.2020 |
| | 8,400 | – | – | – | 8,400 | 20.9 | – | 04.18.2021 |
| | 10,000 | – | – | – | 10,000 | 15.24 | – | 01.30.2022 |
| | 8,400 | – | – | – | 8,400 | 14.82 | – | 04.23.2022 |
| Stock options (holdings) | 333,670 | – | – | – | 333,670 | | – | |

See Notes for further information on performance shares and stock options as well 2018 Long-Term Incentive Plan.

The accumulated annual pension entitlements and the pension costs of individual members of the Board of Management are as follows (in EUR):

Philips Group
**Accumulated annual pension entitlements and pension-related costs** in EUR
2018

| | age at December 31, 2018 | accumulated annual pension as of December 31, 2018 | total pension related costs |
|---|---|---|---|
| F A. van Houten | 58 | 298,470 | 562,889 |
| A. Bhattacharya | 57 | 27,383 | 243,531 |
| M.J. van Ginneken | 45 | 39,552 | 193,918 |
| Pension costs | | | 1,000,338 |

When pension rights are granted to members of the Board of Management, necessary payments (if insured) and all necessary provisions are made in accordance with the applicable accounting principles. In 2018, no (additional) pension benefits were granted to former members of the Board of Management.

Remuneration of the Supervisory Board
The remuneration of the members of the Supervisory Board amounted to EUR 1,088,375 (2017: EUR 950,500; 2016: EUR 1,037,209). Former members received no remuneration.

At December 31, 2018 the members of the Supervisory Board held no stock options, performance shares or restricted shares.

The individual members of the Supervisory Board received, by virtue of the positions they held, the following remuneration (in EUR):

Philips Group
**Remuneration of the Supervisory Board** in EUR
2016-2018

| | membership | committees | other compensation [1] | total |
|---|---|---|---|---|
| **2018** [2] | | | | |
| J A. van der Veer | 140,000 | 27,500 | 12,000 | 179,500 |
| C. Poon | 96,250 | 36,625 | 22,000 | 154,875 |
| H. von Prondzynski | 85,000 | 36,625 | 14,500 | 136,125 |
| J.P. Tai | 85,000 | 34,625 | 22,000 | 141,625 |
| N. Dhawan | 85,000 | 14,250 | 24,500 | 123,750 |
| O. Gadiesh | 85,000 | 14,250 | 22,000 | 121,250 |
| D.E.I. Pyott | 85,000 | 25,250 | 32,000 | 142,250 |
| P.A. Stoffels | 38,333 | - | 8,333 | 46,667 |
| A.M. Harrison | 31,667 | - | 10,667 | 42,333 |
| | 731,250 | 189,125 | 168,000 | 1,088,375 |
| **2017** [2] | | | | |
| J A. van der Veer | 135,000 | 25,000 | 7,000 | 167,000 |
| C. Poon | 90,000 | 32,500 | 17,000 | 139,500 |
| H. von Prondzynski | 80,000 | 32,500 | 19,500 | 132,000 |
| J.P. Tai | 80,000 | 32,500 | 32,000 | 144,500 |
| N. Dhawan | 80,000 | 13,000 | 27,000 | 120,000 |
| O. Gadiesh | 80,000 | 13,000 | 19,500 | 112,500 |
| D.E.I. Pyott | 80,000 | 23,000 | 32,000 | 135,000 |
| | 625,000 | 171,500 | 154,000 | 950,500 |
| **2016** [2] | | | | |
| J A. van der Veer | 135,000 | 26,667 | 7,000 | 168,667 |
| C. Poon | 90,000 | 32,500 | 22,000 | 144,500 |
| C.J.A. van Lede (Jan.-May) | 33,333 | 4,375 | 2,000 | 39,708 |
| E. Kist (Jan.-May) | 40,000 | 4,167 | 2,000 | 46,167 |
| H. von Prondzynski | 80,000 | 25,000 | 19,500 | 124,500 |
| J.P. Tai | 80,000 | 34,167 | 32,000 | 146,167 |
| N. Dhawan | 80,000 | 13,000 | 27,000 | 120,000 |
| O. Gadiesh | 80,000 | 13,000 | 19,500 | 112,500 |
| D.E.I. Pyott | 80,000 | 23,000 | 32,000 | 135,000 |
| | 698,333 | 175,876 | 163,000 | 1,037,209 |

[1] The amounts mentioned under other compensation relate to the fee for intercontinental travel, inter-European travel (effective 2015) and the entitlement of EUR 2,000 under the Philips product arrangement

[2] As of 2013, part of the remuneration of members of the Supervisory Board living in the Netherlands is subject to VAT. The amounts mentioned in this table are excluding VAT

Supervisory Board members' and Board of Management members' interests in Philips shares
Members of the Supervisory Board and of the Executive Committee are prohibited from writing call and put options or similar derivatives of Philips securities.

Philips Group

**Shares held by Board members** [1] in number of shares
2018

| | December 31, 2017 | December 31, 2018 |
|---|---|---|
| J. van der Veer | 18,366 | 18,366 |
| H. von Prondzynski | 3,851 | 3,937 |
| J.P. Tai | 3,844 | 3,844 |
| F A. van Houten | 233,119 | 292,302 |
| A. Bhattacharya | 53,974 | 66,794 |
| M.J. van Ginneken | 30,246 | 47,856 |

[1] Reference date for board membership is December 31, 2018.