# Exhibit 6

As filed with the Securities and Exchange Commission on February 25, 2020

UNITED STATES

SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## Form 20-F

(Mark one)

☐ REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OFTHE SECURITIES EXCHANGE ACT OF 1934

OR

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OFTHE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2019

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

OR

☐ SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Date of event requiring this shell company report ...................

**For the transition period from _____ to _____**

Commission file number 001-05146-01

## KONINKLIJKE PHILIPS NV
(Exact name of Registrant as specified in its charter)

## ROYAL PHILIPS
(Translation of Registrant s name into English)

The Netherlands
(Jurisdiction of incorporation or organization)

Philips Center, Amstelplein 2, 1096 BCAmsterdam, The Netherlands
(Address of principal executive offices)

Marnix van Ginneken, Chief Legal Officer

+31 2059 77232, marnix.van.ginneken@philips.com, Philips Center, Amstelplein 2, 1096 BCAmsterdam, The Netherlands
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Shares - par value Euro (EUR) 0.20 per share | PHG | New York Stock Exchange |

Securities registered or to be registered pursuant to Section 12(g) of the Act.

**None**

(Title of class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.

**None**

(Title of class)

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.

| Class | Outstanding at December 31, 2019 |
|---|---|
| KONINKLIJKE PHILIPS NV Common Shares par value EUR 0.20 per share | 890,973,790 shares |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☒Yes ☐ No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. ☐ Yes ☒ No

Note - Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the

Securities Exchange Act of 1934 from their obligations under those Sections.

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See definition of "large accelerated filer,"accelerated filer," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large Accelerated Filer ☒ Accelerated filer ☐ Non-accelerated filer ☐ Emerging growth company ☐

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act. ☐

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

U.S. GAAP ☐          International Financial Reporting Standards as issued by the International Accounting Standards Board ☒          Other ☐

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow. ☐ Item 17 ☐ Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐ Yes ☒ No

## IFRS basis of presentation

The financial information included in this document is based on IFRS, as explained in Significant accounting policies, unless otherwise indicated.

## References to Philips

References to the Company or company, to Philips or the (Philips) Group or group, relate to Koninklijke Philips N.V. and its subsidiaries, as the context requires. Royal Philips refers to Koninklijke Philips N.V.

## Philips Lighting/Signify

References to 'Signify' in this Annual Report relate to Philips' former Lighting segment (prior to deconsolidation as from the end of November 2017 and when reported as discontinued operations), Philips Lighting N.V. (before or after such deconsolidation) or Signify N.V. (after its renaming in May 2018), as the context requires.

## Dutch Financial Markets Supervision Act

This document comprises regulated information within the meaning of the Dutch Financial Markets Supervision Act *(Wet op het financieel toezicht).*

# Contents

1 Introduction

2 Forward-looking statements

3 Form 20-F cross reference table

4 Message from the CEO

5 Board of Management and Executive Committee

6 Strategy and Businesses

6.1 Innovating with purpose

6.2 How we create value

6.3 Our businesses

6.4 Our geographies

6.5 Supply chain and procurement

6.6 Quality, Regulatory Compliance and Integrity

7 Financial performance

7.1 Performance review

7.2 Critical accounting policies

7.3 Taxation

8 Societal impact

8.1 Social performance

8.2 Environmental performance

9 Risk management

9.1 Our approach to risk management

9.2 Risk factors

9.3 Strategic risks

9.4 Operational risks

9.5 Compliance risks

9.6 Financial risks

10 Supervisory Board

11 Supervisory Board report

11.1 Report of the Corporate Governance and Nomination & Selection Committee

11 2 Report of the Remuneration Committee

11 3 Report of the Audit Committee

11.4 Report of the Quality & Regulatory Committee

12 Corporate governance

12.1 Introduction

12 2 Board of Management and Executive Committee

12 3 Supervisory Board

12.4 Other Board-related matters

12 5 General Meeting of Shareholders

12.6 Risk management approach

12.7 Annual financial statements and external audit

12 8 Stichting Preferente Aandelen Philips

12 9 Investor Relations

12.10 Major shareholders

12.11 Corporate information

12.12 Additional information

13 Group financial statements

13.1 Management's report on internal control

13 2 Report of the independent auditor

13 3 Independent auditor's report on internal control over financial reporting

13.4 Independent auditor's report on the consolidated financial statements

13 5 Consolidated statements of income

13.6 Consolidated statements of comprehensive income

13.7 Consolidated balance sheets

13 8 Consolidated statements of cash flows

13 9 Consolidated statements of changes in equity

13.10 Notes

14 Other information

14.1 Reconciliation of non-IFRS information

14 2 Five-year overview (condensed)

14 3 Investor information

14.4 Definitions and abbreviations

15 Exhibits

# 7 Financial performance

"In 2019 we increased sales to EUR 19.5 billion, with 4.5% comparable sales growth, and delivered a strong operating cash flow of EUR 2 billion, and a free cash flow of more than EUR 1 billion. Income from continuing operations amounted to EUR 1.2 billion. Adjusted EPS increased by 15% to EUR 2.02 per share. The Adjusted EBITA increased by EUR 197 million, however it was short of our plan, partly due to significant headwinds."

**Abhijit Bhattacharya** CFO Royal Philips

## 7.1 Performance review

### The year 2019

- Sales rose to EUR 19 5 billion, a nominal increase of 8%, with 10% growth in the Diagnosis & Treatment businesses, 8% growth in the Connected Care businesses and 6% growth in the Personal Health businesses. On a comparable basis[*] sales growth was 4.5%, with 5% growth in the Diagnosis & Treatment businesses, 5% growth in the Personal Health businesses, and 3% growth in the Connected Care businesses.

- Net income amounted to EUR 1.2 billion, an increase of EUR 76 million compared to 2018, mainly due to improvements in operational performance, lower net financial expenses and lower charges related to discontinued operations, partly offset by higher income tax expense and charges of EUR 97 million related to impairment of goodwill. Net income is not allocated to segments as certain income and expense line items are recorded on a centralized basis.

- Adjusted EBITA[*] increased to EUR 2.6 billion, or 13.2% of sales, an increase of EUR 197 million, or 10 basis points as a % of sales, compared to 2018. The productivity programs delivered annual savings of approximately EUR 480 million, and included approximately EUR 166 million procurement savings, led by the Design for Excellence (DfX) program, and EUR 314 million savings from other productivity programs. While the Diagnosis & Treatment and Personal Health businesses delivered good profit expansion, the Connected Care business showed a decline of 200 basis points, primarily due to tariffs, an adverse currency impact, mix and higher material costs.

- Net cash provided by operating activities amounted to EUR 2.0 billion, an increase of EUR 251 million, mainly due to higher earnings that were partly offset by higher working capital outflows and higher tax paid, while 2018 included an outflow of EUR 130 million related to pension liability de-risking. Free cash flow[*] amounted to EUR 1.1 billion compared to EUR 984 million in 2018.

- In the second quarter of 2019, Philips completed its EUR 1.5 billion share buyback program that was announced on June 28, 2017. All of the shares acquired under the program were cancelled.

- On January 29, 2019, Philips announced a new EUR 1.5 billion share buyback program for capital reduction purposes. As of the end of 2019, Philips completed 41.5% of this program.

- During 2019 Philips sold all of its remaining shares (16 5%) in Signify (formerly Philips Lighting). For further information, refer to Sell-down Signify shares (former Philips Lighting).

## Coronavirus disease 2019 (COVID-19) outbreak

The impact of the coronavirus outbreak on public life and the industry in China is also affecting the demand for Philips' consumer portfolio in the country and Philips' global supply chain. While this is expected to have a negative impact on the financial performance of Philips in the first quarter of 2020, the company cannot quantify the magnitude and duration of such impact at this time given the fluidity of the situation.

## The year 2018

- Sales rose to EUR 18.1 billion, a nominal increase of 2%, with 5% nominal growth in the Diagnosis & Treatment businesses, flat year-on-year sales in the Connected Care businesses and a 3% decline in the Personal Health businesses. On a comparable basis*) the 5% growth was driven by 7% growth in the Diagnosis & Treatment businesses, higher IP royalty income, 3% growth in the Connected Care businesses and 2% in the Personal Health businesses.

- Net income amounted to EUR 1.1 billion, a decrease of EUR 773 million compared to 2017, mainly due to the deconsolidation of Signify (formerly Philips Lighting). Net income is not allocated to segments as certain income and expense line items are monitored on a centralized basis..

- Adjusted EBITA*) totaled EUR 2.4 billion, or 13.1% of sales, an increase of EUR 213 million, or 100 basis points as a % of sales, compared to 2017. The productivity programs delivered annual savings of approximately EUR 466 million, ahead of the targeted savings of EUR 400 million, and included approximately EUR 269 million procurement savings, led by the Design for Excellence (DfX) program, and EUR 197 million savings from other productivity programs.

- Net cash provided by operating activities amounted to EUR 1.8 billion, a decrease of EUR 90 million compared to 2017, as higher earnings were offset by higher working capital outflows. Free cash flow*) amounted to EUR 984 million, which includes a EUR 176 million outflow related to pension liability de-risking and an early bond redemption.

Philips Group
**Key data** in millions of EUR unless otherwise stated
2017 - 2019

|  | 2017 | 2018 | 2019 |
|---|---|---|---|
| Sales | 17,780 | 18,121 | 19,482 |
| Nominal sales growth | 2.1% | 1 9% | 7.5% |
| Comparable sales growth [1] | 3.9% | 4.7% | 4.5% |
| Income from operations | 1,517 | 1,719 | 1,644 |
| *as a % of sales* | *8.5%* | *9.5%* | *8.4%* |
| Financial expenses, net | (137) | (213) | (117) |
| Investments in associates, net of income taxes | (4) | (2) | 1 |
| Income tax expense | (349) | (193) | (337) |
| Income from continuing operations | 1,028 | 1,310 | 1,192 |
| Discontinued operations, net of income taxes | 843 | (213) | (19) |
| Net income | 1,870 | 1,097 | 1,173 |
| Adjusted EBITA [1] | 2,153 | 2,366 | 2,563 |
| *as a % of sales* | *12.1%* | *13.1%* | *13.2%* |
| Income from continuing operations attributable to shareholders [2] per common share (in EUR) - diluted | 1.08 | 1.39 | 1 30 |
| Adjusted income from continuing operations attributable to shareholders [2] per common share (in EUR) - diluted [1] | 1.54 | 1.76 | 2 02 |

[1] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.
[2] Shareholders in this table refers to shareholders of Koninklijke Philips N.V.

*) Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

## 2.2 Remuneration report 2019

### Introduction

In this Remuneration Report, the Supervisory Board provides a comprehensive overview, in accordance with article 2:135b of the Dutch Civil Code, of the remuneration paid and owed to the individual members of the Board of Management and the Supervisory Board respectively in the financial year 2019. The report will also be published as a stand-alone document on the company's website after the 2020 Annual General Meeting of Shareholders, the agenda of which will include an advisory vote on this Remuneration Report.

### Board of Management

The Supervisory Board has determined the 2019 pay-outs and awards to the members of the Board of Management, upon the proposal of the Remuneration Committee, in accordance with the Remuneration Policy and the Long-Term Incentive Plan as separately adopted and approved, respectively, by our shareholders during the 2017 Annual General Meeting of Shareholders.

### 2017 Remuneration Policy and Long-Term Incentive Plan

The objectives of the Remuneration Policy for members of the Board of Management are in line with that for Philips Executives throughout the Philips group: to focus them on improving the performance of the company and enhancing the value of the Philips group, to motivate and retain them, and to be able to attract other highly qualified executives when required.

In determining the Remuneration Policy, the Supervisory Board ensures that a competitive remuneration package for Board-level executive talent is maintained and benchmarked. Total direct remuneration and each main component, such as base salary, Annual Incentive target and Long-Term Incentive target is aimed at or close to, the median of our Quantum Peer Group (see below). To establish this benchmark, data research is carried out each year on the peer companies' remuneration practices.

The Remuneration Committee conducts a scenario analysis annually. This includes the calculation of remuneration under different scenarios, whereby different Philips performance assumptions and corporate actions are examined. The Supervisory Board concluded that the relationship between the strategic objectives and the chosen performance criteria for the 2019 Annual Incentive, as well as 2017 Long-Term Incentive performance criteria were adequate.

Quantum Peer Group versus TSR Performance Peer Group
We use a Quantum Peer Group for remuneration benchmarking purposes, and therefore we aim to ensure that it includes either business competitors, with an emphasis on companies in the healthcare, technology related or consumer products area and other companies we compete with for executive talent. The Quantum Peer Group consists of predominantly Dutch and other European companies, plus a minority number (up to 25%) of US based global companies, of comparable size, complexity and international scope.

Philips Group
**Quantum Peer Group** [1]
2019

| European companies | |
| --- | --- |
| Atos | Reckitt Benckiser |
| BAE Systems | Roche |
| Capgemini | Rolls-Royce |
| Electrolux | Safran |
| Ericsson | Siemens Healthineers |
| Essity | Smith & Nephew |
| Fresenius Medical Care | Thales |
| Henkel & Co | |
| Nokia | |
| **Dutch companies** | **US companies** |
| Ahold Delhaize | Becton Dickinson |
| AkzoNobel | Boston Scientific |
| ASML | Danaher |
| Heineken | |

[1] Alcatel Lucent was excluded as it was acquired by Nokia. Essilor International was excluded following their merger. This peer group differs from the TSR Performance Peer Group.

In addition, we use a TSR Performance Peer Group to benchmark our relative Total Shareholder Return performance for Long-Term Incentive purposes and against our business peers in the health technology market and other markets in which we compete. The companies we have selected for this peer group include predominantly US based healthcare companies.

Philips Group
**TSR Performance Peer Group**
2019

| US companies | European companies | Japanese companies |
| --- | --- | --- |
| Becton Dickinson | De Longhi | Hitachi |
| Boston Scientific | Elekta | Terumo |
| Cerner | Fresenius Medical Care | |
| Danaher | Getinge | |
| General Electric | Groupe SEV | |
| Hologic | Siemens Healthineers | |
| Johnson & Johnson | Smith & Nephew | |
| Medtronic | | |
| Resmed | | |
| Stryker | | |

The Remuneration Policy allows certain changes to these peer groups to be made by the Supervisory Board, for example for reasons of changes in business or competitive nature of the companies involved. Such change will be disclosed if it has a substantial impact on peer group composition. No changes were made to the peer groups during 2019.

Remuneration structure
In line with market practice, the remuneration structure for the members of the board of management includes the following remuneration elements: Annual Base Compensation, Annual Incentive, Long-Term Incentive and certain customary benefits and arrangements.

Total direct remuneration and each main component, being Annual Base Compensation, the on-target Annual Incentive and the on-target Long-Term Incentive is aimed at or close to, the median of the Quantum Peer Group. The positioning of total direct remuneration and its main components is reviewed against benchmark data on an annual basis and is recalibrated if and when required. To establish this benchmark, data research is carried out each year on the peer companies' remuneration practices.

| | **Definition** | **Policy level** | |
|---|---|---|---|
| **Annual Base Compensation ("ABC")** | Fixed cash payments intended to attract and retain executive of the highest caliber and to reflect their experience and scope of responsibilities | Annual Base Compensation levels and any adjustments made by the Supervisory Board are based on factors including the median of Quantum Peer Group data and performance and experience of the individual member. The annual review date for the base salary is typically April 1. | |
| **Annual Incentive ("AI")** | Variable cash bonus incentive of which achievement is tied to specific financial and non-financial targets derived from the company's annual strategic plan | **President & CEO**<br>On-target: 100%<br>Maximum: 200%<br>of Annual Base Compensation | **Other BoM members**<br>On-target: 80%<br>Maximum: 160%<br>of Annual Base Compensation |
| **Long-Term Incentive ("LTI")** | Variable equity incentive of achievement is tied to targets reflecting long-term stakeholder value creation and delivered in the form of performance shares | **President & CEO**<br>Annual grant size: 200%<br>of Annual Base Compensation | **Other BoM members**<br>Annual grant size: 150%<br>of Annual Base Compensation |
| **Pensions** | Participation in the Philips Flex ES pension plan in the Netherlands (applicable for all executives) combined with a fixed pension contribution intended to result into an appropriate level at retirement | 1. CDC plan with fixed contribution (applicable to all executives in the Netherlands – capped at EUR 107,593)<br>2. Gross allowance of 25% of annual base compensation exceeding EUR 107,593<br>3. Temporary gross transition allowance offsetting historical plan changes | |
| **Additional benefits** | Cash value (grossed up) of the benefits received, which are in line with other Philips executives in the Netherlands | Additional arrangements include expense and relocation allowances, medical insurance, accident insurance and company car arrangements. | |

### *Mix of remuneration elements*

To support the Remuneration Policy's objectives, the Policy includes a significant variable part in the form of an Annual Incentive (cash bonus) and Long-Term Incentive in the form of performance shares. As a result, a significant proportion of pay is 'at risk' through incentives. The chart below shows the relative on-target value of fixed versus variable compensation with 70-75% of compensation being variable.

**Remuneration elements**

in %



### Base salary

Base salary levels and any adjustments made by the Supervisory Board are based on factors including the median Quantum Peer Group data, performance and experience of the individual member and internal relativities. The annual review date for the base salary is typically April 1, and the individual salary levels are shown in the annual report of the company.

### Annual Incentive

Each year, a variable Annual Incentive (cash bonus) can be earned based on the achievement of specific targets against criteria as determined at the beginning of the year by the Remuneration Committee on behalf of the Supervisory Board. These targets are set at challenging levels and are partly linked to the results of the company (80% weighting) and partly to the contribution of the individual member (20% weighting).

The Annual Incentive criteria and targets consists of:

1. two to four key financial indicators of the company, selected from the following list: profit/margin, revenue/growth, cash flow, shareholder/capital return measures, such as ROA, ROE, ROIC and economic/market value added measures; and

2. individual targets based on area of responsibility. As part of this element, the Remuneration Committee will also consider including non-financial targets, as appropriate, that are linked to strategic objectives, such as sustainability, quality and compliance.

The Annual Incentive pay-out in any year relates to the achievements of the preceding financial year versus agreed targets. Metrics will be disclosed ex-ante in the annual report and there will be no retroactive changes to the selection of metrics used in any given year once approved by the Supervisory Board and disclosed.

### Long-Term Incentive

Members of the Board of Management are eligible for grants under the company's 2017 Long-Term Incentive (LTI) Plan. The 2017 LTI Plan consists of performance shares only.

### *Grant size*

The annual award size is set by reference to a multiple of base salary. For the President/CEO the annual award size is set at 200% of base salary. For the other members of the Board of Management the annual award size is set at 150% of base salary. The actual number of performance shares to be awarded is determined by reference to the average of the closing price of the Royal Philips share on the day of publication of the first quarterly results and the four subsequent trading days.

### *Vesting schedule*

Dependent upon the achievement of the performance conditions, cliff-vesting applies three years after the date of grant. During the vesting period, the value of dividends will be added to the performance shares in the form of shares. These dividend-equivalent shares will only be delivered to the extent that the award actually vests.

### *Performance conditions*

Vesting of the performance shares is based on two equally weighted performance conditions:

- 50% Adjusted Earnings per Share (EPS) growth; and
- 50% Relative Total Shareholder Return (TSR)

### EPS

EPS growth is calculated by applying a simple point-to-point method at year end. Earnings are the income from continued operations attributable to shareholders, as reported in the Annual Report. To eliminate the impact of any share buyback, stock dividend etcetera, the number of shares to be used for the purpose of the LTI Plan EPS realization will be the number of common shares outstanding (after deduction of treasury shares) on the day prior to the beginning of the performance period.

Earnings are adjusted for changes in accounting principles during the performance period. The Supervisory Board has discretion to include other adjustments, for example, to account for events that were not planned when targets were set or were outside management's control (e.g., impairments, restructuring activities, pension items, M&A transactions and costs and currency fluctuations).

The following performance-incentive zone applies for the LTI Plan EPS:

Philips Group
**Performance-incentive zone for LTI Plan EPS** in %
2019

|  | Below threshold | Threshold | Target | Maximum |
|---|---|---|---|---|
| Payout | 0 | 40 | 100 | 200 |

The LTI Plan EPS targets are set annually by the Supervisory Board upon the proposal of the Remuneration Committee. Given that these targets are considered to be company sensitive, LTI Plan EPS targets and the achieved performance are published in the Annual Report after the relevant performance period.

TSR
A ranking approach to TSR applies with Philips itself included in the TSR Performance Peer Group. TSR scores are calculated based on a local currency approach and by taking an averaging period prior to the start and end of the 3-year performance period. The performance incentive pay-out zone is outlined in the following table, which results in zero vesting for performance below the 40th percentile and 200% vesting for performance levels above the 75th percentile. The incentive zone range has been constructed such that the average pay-out over time is expected to be approximately 100%.

Philips Group
**Performance-incentive zone for TSR** in %
2019

| Position | 20-14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5-1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Payout | 0 | 60 | 80 | 100 | 120 | 140 | 160 | 180 | 190 | 200 |

***Mandatory share ownership and holding requirement***
Simultaneously with the approval of the revised LTI Plan in 2017, the guideline for members of the Board of Management to hold a certain number of shares in the Company was increased to the level of at least 300% of annual base compensation (400% for the CEO). Until this level has been reached the members of the Board of Management are required to retain all after-tax shares derived from any long-term incentive plan. The guideline does not require own purchases. All Board of Management members have reached the required share ownership level.

The shares granted under the Long-Term Incentive Plan shall be retained for a period of at least 5 years or until at least the end of their contract period if this period is shorter.

Pensions
Effective January 1, 2015 pension plans which allow pension accrual based on a pensionable salary exceeding an amount in 2019 of EUR 107,593 are, for fiscal purposes, considered to be non-qualifying schemes. For this reason the Executive Pension Plan in the Netherlands was terminated.

The following pension arrangement is in place for the current members of the Board of Management working under a Dutch contract:

- Flex ES Pension Plan in the Netherlands, which is a Collective Defined Contribution plan with a fixed contribution of (currently) 30 3% (including an own contribution of 2%) of the maximum pensionable salary of EUR 107,593 (effective January 1, 2019) minus the offset. The Flex ES Plan has a target retirement age of 67 and a target accrual rate of 1.85%;
- A gross Pension Allowance equal to 25% of the base compensation exceeding EUR 107,593;
- A temporary gross Transition Allowance, for a maximum period of 8 years (first 5 years in full; year 6: 75%; year 7: 50%, year 8: 25%) for members of the Board who were participants of the former Executive Pension Plan. The level of the allowance is based on the age and salary of the Board member on December 31, 2014.

Services agreements
The members of the Board of Management are engaged by means of a services agreement (*overeenkomst van opdracht*). Termination of the contract by either party is subject to six months' notice period. The severance payment is set at a maximum of one year's annual base compensation. No severance payment is due in case the agreement is terminated early on behalf of the Board of Management member or in case of urgent cause (dringende reden) as defined in article 7:678 DCC and further. The term of the services agreement is aligned with the term for which the relevant member has been appointed by the General Meeting of Shareholders (which is maximum period of four years, it being understood that this period expires no later than at the end of the AGM held in the fourth year after the year of appointment).

Philips Group
**Contract terms for current members**
2019

|  | end of term |
|---|---|
| F A. van Houten | AGM 2023 |
| A. Bhattacharya | AGM 2023 |
| M.J. van Ginneken | AGM 2021 |

Additional arrangements
In addition to the main conditions as stipulated in the services agreements, a number of additional arrangements apply to members of the Board of Management.

Unless the law provides otherwise, the members of the Board of Management shall be reimbursed by the company for various costs and expenses, like reasonable costs of defending claims, as formalized in the Articles of Association. Under certain circumstances, described in the Articles of Association, such as an action or failure to act by a member of the Board of Management that can be characterized as intentional ("opzettelijk"), intentionally reckless ("bewust roekeloos") or seriously culpable ("ernstig verwijtbaar"), there will be no entitlement to this reimbursement. The Company has also taken out liability insurance (D&O - Directors & Officers) for the persons concerned.

**27** Information on remuneration

### Remuneration of the Executive Committee

In 2019, the total remuneration costs relating to the members of the Executive Committee (consisting of 14 members, including the members of the Board of Management) amounted to EUR 30.0 million (2018: EUR 26 8 million; 2017: EUR 25.8 million) consisting of the elements in the following table.

Philips Group
**Remuneration costs of the Executive Committee[1])** in EUR
2017 - 2019

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| Base salary/Base compensation | 8,089,063 | 8,370,406 | 9,241,364 |
| Annual incentive[2]) | 6,345,576 | 5,651,996 | 5,566,763 |
| Performance shares[3][4]) | 6,371,297 | 8,896,369 | 11,143,320 |
| Restricted share rights[3]) | 885,343 | 492,237 | 168,404 |
| Pension allowances[5]) | 1,886,963 | 1,919,839 | 2,076,834 |
| Pension scheme costs | 408,695 | 411,028 | 440,003 |
| Other compensation[6]) | 1,861,803 | 1,013,128 | 1,331,990 |
| Total | 25,848,740 | 26,755,003 | 29,968,678 |

[1]) The Executive Committee consisted of 14 members as per December 31, 2019 (2018 13 members; 2017 12 members)
[2]) The annual incentives are related to the performance in the year reported which are paid out in the subsequent year.
[3]) Costs of performance shares and restricted share rights are based on accounting standards (IFRS) and do not reflect the value of performance shares and restricted share rights at the vesting/release date
[4]) For 2019, a release of EUR 0 (2018 EUR 1,740,520; 2017 EUR 2,469,670) is included due to non-vesting of performance shares
[5]) Pension allowances are gross taxable allowances paid to the Executive Committee members in the Netherlands. These allowances are part of the pension arrangement
[6]) The stated amounts mainly concern (share of) allowances to members of the Executive Committee that can be considered as remuneration. In a situation where such a share of an allowance can be considered as (indirect) remuneration (for example, private use of the company car), then the share is both valued and accounted for here. The method employed by the fiscal authorities is the starting point for the value stated

At December 31, 2019, the members of the Executive Committee (including the members of the Board of Management) held 291,520 (2018: 333,670; 2017: 541,400) stock options at a weighted average exercise price of EUR 18.61 (2018: EUR 18.99; 2017: EUR 19.82).

### Remuneration of the Board of Management

In 2019, the total remuneration costs relating to the members of the Board of Management amounted to EUR 9.7 million (2018: EUR 9.8 million; 2017: EUR 7.8 million), see table below.

Philips Group
**Remuneration costs of individual members of the Board of Management** in EUR
2017 - 2019

| | base compensation/salary | annual incentive[1]) | performance shares[2]) | restricted share rights[2]) | pension allowances[3]) | pension schemecosts | other compensation | total costs |
|---|---|---|---|---|---|---|---|---|
| **2019** | | | | | | | | |
| F A. van Houten | 1,295,000 | 1,091,800 | 2,235,166 | - | 559,052 | 26,380 | 52,713 | 5,260,111 |
| A. Bhattacharya | 770,000 | 517,472 | 995,483 | - | 230,006 | 26,380 | 63,265 | 2,602,606 |
| M.J. van Ginneken | 571,250 | 335,685 | 713,815 | - | 171,018 | 26,380 | 38,278 | 1,856,426 |
| | **2,636,250** | 1,944,957 | **3,944,464** | - | **960,076** | **79,140** | **154,256** | 9,719,143 |
| | | | | | | | | |
| **2018** | | | | | | | | |
| F A. van Houten | 1,205,000 | 1,264,286 | 2,319,460 | 588 | 537,181 | 25,708 | 39,042 | 5,391,265 |
| A. Bhattacharya | 718,750 | 637,536 | 942,220 | 129 | 217,823 | 25,708 | 53,522 | 2,595,688 |
| M.J. van Ginneken | 557,500 | 362,611 | 711,806 | 66 | 168,210 | 25,708 | 35,299 | 1,861,200 |
| | 2,481,250 | 2,264,433 | 3,973,486 | 783 | 923,214 | 77,124 | 127,863 | 9,848,153 |
| **2017** | | | | | | | | |
| F A. van Houten | 1,205,000 | 1,270,166 | 1,975,277 | 4,034 | 537,621 | 25,278 | 84,053 | 5,101,429 |
| A. Bhattacharya | 687,500 | 553,392 | 669,396 | 888 | 210,450 | 25,278 | 100,918 | 2,247,822 |
| M.J. van Ginneken | 91,667 | 69,168 | 100,022 | 75 | 27,796 | 4,213 | 13,120 | 306,061 |
| P.A.J. Nota | 606,250 | 429,886 | (1,203,992) | (188) | 236,208 | 21,065 | 63,576 | 152,805 |
| | 2,590,417 | 2,322,612 | 1,540,703 | 4,809 | 1,012,075 | 75,834 | 261,667 | 7,808,117 |

[1]) The annual incentives are related to the performance in the year reported which are paid out in the subsequent year. For more details on the annual incentives refer to 2019 Annual Incentive
[2]) Costs of performance shares and restricted share rights are based on accounting standards (IFRS) and do not reflect the value of performance shares and restricted share rights at the vesting/release date
[3]) The stated amounts mainly concern (share of) allowances to members of the Executive Committee that can be considered as remuneration. In a situation where such a share of an allowance can be considered as (indirect) remuneration (for example, private use of the company car), then the share is both valued and accounted for here. The method employed by the fiscal authorities is the starting point for the value stated.

For further information on remuneration costs, see Total remuneration costs in 2019.

The accumulated annual pension entitlements and the pension costs of individual members of the Board of Management are as follows:

Philips Group
**Accumulated annual pension entitlements and pension-related costs** in EUR unless otherwise stated
2019

| | age at December 31, 2019 | accumulated annual pension as of December 31, 2019 | total pension related costs |
|---|---|---|---|
| F A. van Houten | 59 | 325,561 | 585,432 |
| A. Bhattacharya | 58 | 31,338 | 256,386 |
| M.J. van Ginneken | 46 | 44,169 | 197,398 |
| Pension costs | | | 1,039,216 |

When pension rights are granted to members of the Board of Management, necessary payments (if insured) and all necessary provisions are made in accordance with the applicable accounting principles. In 2019, no (additional) pension benefits were granted to former members of the Board of Management.

### Remuneration of the Supervisory Board

The remuneration of the members of the Supervisory Board amounted to EUR 1.2 million (2018: EUR 1.1 million; 2017: EUR 951 thousand. Former members received no remuneration.

The members of the Supervisory Board do not receive any share-based remuneration. Therefore, at December 31, 2019 the members of the Supervisory Board held no stock options, performance shares or restricted shares.

The individual members of the Supervisory Board received, by virtue of the positions they held, the following remuneration:

Philips Group
**Remuneration of the Supervisory Board** in EUR
2017 - 2019

| | membership | committees | other compensation[1] | total |
|---|---|---|---|---|
| **2019[2]** | | | | |
| J. van der Veer | 155,000 | 35,000 | 7,000 | 197,000 |
| C.A. Poon | 115,000 | 50,167 | 22,000 | 187,167 |
| H.N.F.M. von Prondzynski | 33,333 | 16,333 | 5,667 | 55,333 |
| J.P. Tai | 25,000 | 10,250 | 5,500 | 40,750 |
| N. Dhawan | 100,000 | 18,000 | 27,000 | 145,000 |
| O. Gadiesh | 100,000 | 19,833 | 12,000 | 131,833 |
| D.E.I. Pyott | 100,000 | 41,500 | 17,000 | 158,500 |
| P.A.M. Stoffels | 100,000 | - | 14,500 | 114,500 |
| A.M. Harrison | 100,000 | 9,333 | 12,000 | 121,333 |
| M.E. Doherty | 41,667 | 1,500 | 8,333 | 51,500 |
| | 870,000 | 201,917 | 131,000 | 1,202,917 |
| **2018[2]** | | | | |
| J. van der Veer | 140,000 | 27,500 | 12,000 | 179,500 |
| C.A. Poon | 96,250 | 36,625 | 22,000 | 154,875 |
| H.N.F.M. von Prondzynski | 85,000 | 36,625 | 14,500 | 136,125 |
| J.P. Tai | 85,000 | 34,625 | 22,000 | 141,625 |
| N. Dhawan | 85,000 | 14,250 | 24,500 | 123,750 |
| O. Gadiesh | 85,000 | 14,250 | 22,000 | 121,250 |
| D.E.I. Pyott | 85,000 | 25,250 | 32,000 | 142,250 |
| P.A.M. Stoffels | 38,333 | - | 8,333 | 46,667 |
| A.M. Harrison | 31,667 | - | 10,667 | 42,333 |
| | 731,250 | 189,125 | 168,000 | 1,088,375 |
| **2017[2]** | | | | |
| J. van der Veer | 135,000 | 25,000 | 7,000 | 167,000 |
| C.A. Poon | 90,000 | 32,500 | 17,000 | 139,500 |
| H.N.F.M. von Prondzynski | 80,000 | 32,500 | 19,500 | 132,000 |
| J.P. Tai | 80,000 | 32,500 | 32,000 | 144,500 |
| N. Dhawan | 80,000 | 13,000 | 27,000 | 120,000 |
| O. Gadiesh | 80,000 | 13,000 | 19,500 | 112,500 |
| D.E.I. Pyott | 80,000 | 23,000 | 32,000 | 135,000 |
| | 625,000 | 171,500 | 154,000 | 950,500 |

[1] The amounts mentioned under other compensation relate to the fee for intercontinental travel, inter-European travel (effective 2015) and the entitlement of EUR 2,000 under the Philips product arrangement
[2] As of 2013, part of the remuneration of members of the Supervisory Board living in the Netherlands is subject to VAT. The amounts mentioned in this table are excluding VAT

### Supervisory Board members' and Board of Management members' interests in Philips shares

Members of the Supervisory Board and of the Executive Committee are prohibited from writing call and put options or similar derivatives of Philips securities.

Philips Group
**Shares held by Board members[1]** in number of shares
2019

| | December 31, 2018 | December 31, 2019 |
|---|---|---|
| J. van der Veer | 18,366 | 18,366 |
| F A. van Houten | 292,302 | 347,565 |
| A. Bhattacharya | 66,794 | 90,083 |
| M.J. van Ginneken | 47,856 | 67,600 |

[1] Reference date for board membership is December 31, 2019.