# Exhibit 7

As filed with the Securities and Exchange Commission on February 23, 2021

## UNITED STATES

## SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## Form 20-F

(Mark one)

☐ REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934

OR

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2020

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

OR

☐ SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Date of event requiring this shell company report . . . . . . . . . . . . . . . . . . .

**For the transition period from _____ to _____**

Commission file number 001-05146-01

## KONINKLIJKE PHILIPS NV

(Exact name of Registrant as specified in its charter)

## ROYAL PHILIPS

(Translation of Registrant's name into English)

The Netherlands

(Jurisdiction of incorporation or organization)

Philips Center, Amstelplein 2, 1096 BCAmsterdam, The Netherlands

(Address of principal executive offices)

Marnix van Ginneken, Chief Legal Officer

+31 2059 77232, marnix.van.ginneken@philips.com, Philips Center, Amstelplein 2, 1096 BCAmsterdam, The Netherlands

(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Shares - par value Euro (EUR) 0.20 per share | PHG | New York Stock Exchange |

Securities registered or to be registered pursuant to Section 12(g) of the Act.

**None**

(Title of class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.

**None**

(Title of class)

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.

| Class | Outstanding at December 31, 2020 |
|---|---|
| KONINKLIJKE PHILIPS NV<br>Common Shares par value EUR 0.20 per share | 905,128,293 shares |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☒Yes ☐ No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. ☐ Yes ☒ No

Note - Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 from their obligations under those Sections.

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See definition of "large accelerated filer,"accelerated filer," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large Accelerated Filer ☒ Accelerated filer ☐ Non-accelerated filer ☐ Emerging growth company ☐

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act. ☐

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

| U.S. GAAP ☐ | International Financial Reporting Standards as issued by the International Accounting Standards Board ☒ | Other ☐ |
|---|---|---|

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow. ☐ Item 17 ☐ Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐ Yes ☒ No

# Contents

1 Introduction
2 Forward-looking statements
3 Form 20-F cross reference table
4 Message from the CEO
5 Board of Management and Executive Committee
6 Strategy and Businesses

6.1 Driven by purpose

6.2 How we create value

6.3 Our businesses

6.4 Our geographies

6.5 Supply chain and procurement
7 Financial performance

7.1 Performance review

7.2 Critical accounting policies

7.3 Taxation
8 Environmental, Social and Governance

8.1 ESG reporting framework

8.2 Philips' ESG commitments

8.3 Environmental performance

8.4 Social performance

8.5 Governance
8.6 Philips' ESG performance at a glance
9 Risk management

9.1 Our approach to risk management

9.2 Risk factors

9.3 Strategic risks

9.4 Operational risks

9.5 Compliance risks

9.6 Financial risks
10 Supervisory Board
11 Supervisory Board report

11.1 Report of the Corporate Governance and Nomination & Selection Committee

11.2 Report of the Remuneration Committee

11.3 Report of the Audit Committee
11.4 Report of the Quality & Regulatory Committee
12 Corporate governance

12.1 Introduction

12.2 Board of Management and Executive Committee

12.3 Supervisory Board

12.4 Other Board-related matters

12.5 General Meeting of Shareholders

12.6 Annual financial statements and external audit

12.7 Stichting Preferente Aandelen Philips

12.8 Major shareholders

12.9 Corporate information
12.10 Additional information
13 Group financial statements

13.1 Management's report on internal control

13.2 Report of the independent auditor

13.3 Independent auditor's report on internal control over financial reporting

13.4 Independent auditor's report on the consolidated financial statements

13.5 Consolidated statements of income

13.6 Consolidated statements of comprehensive income

13.7 Consolidated balance sheets

13.8 Consolidated statements of cash flows

13.9 Consolidated statements of changes in equity

13.10 Notes

14 Other information

14.1 Reconciliation of non-IFRS information

14.2 Other Key Performance Indicators

14.3 Five-year overview (condensed)

14.4 Investor information

14.5 Definitions and abbreviations

15 Exhibits

# Financial performance

## Performance review

### The year 2020

- Sales amounted to EUR 19.5 billion, in line with 2019 on a nominal basis. On a comparable basis*), overall sales growth was 3%, with 22% growth in the Connected Care businesses, a 2% decline in the Diagnosis & Treatment businesses, and a 4% decline in the Personal Health businesses.

- Net income amounted to EUR 1.2 billion, an increase of EUR 22 million compared to 2019, mainly due to lower net financial expenses and lower income tax expenses, partly offset by charges of EUR 144 million related to impairment of goodwill. Net income is not allocated to segments, as certain income and expense line items are recorded on a centralized basis.

- Adjusted EBITA*) amounted to EUR 2.6 billion, or 13.2% of sales, in line with 2019. The productivity programs delivered annual savings of approximately EUR 447 million and included approximately EUR 222 million procurement savings, led by the Design for Excellence (DfX) program, and approximately EUR 225 million savings from other productivity programs. While the Connected Care businesses delivered improved profit expansion, both the Diagnosis & Treatment businesses and Personal Health businesses showed a decline in Adjusted EBITA*) margin. This was primarily due to lower volumes and resulting lower factory fixed cost coverage, an adverse mix impact due to lower sales in Ultrasound and Image-Guided Therapy in the Diagnosis & Treatment businesses, and the decline in sales, partly offset by cost savings, in the Personal Health businesses.

- Operating cash flow amounted to EUR 2.8 billion, an increase of EUR 746 million, mainly due to working capital improvements, in particular better management of outstanding receivables. The 2019 figure was mainly attributable to higher earnings, partly offset by higher working capital outflows and higher tax paid. Free cash flow*) amounted to EUR 1.9 billion, compared to EUR 1.1 billion in 2019.

- In 2020, Philips completed three acquisitions, with Intact Vascular, Inc. (Intact Vascular) being the most notable.

- On January 29, 2019, Philips announced a new EUR 1.5 billion share buyback program for capital reduction purposes. As of the end of 2020, Philips had completed 50.3% of this program. Philips has executed the second half of the program through individual forward transactions with settlement dates extending into the second half of 2021.

- In January 2020, Philips announced that it would review options for future ownership of its Domestic Appliances business, part of the Personal Health segment. Philips has started the process of creating a separate legal structure for this business within the Philips Group, which is expected to be completed in the third quarter of 2021. Separation costs of EUR 42 million were incurred in 2020.

## Coronavirus disease 2020 (COVID-19) outbreak

In 2020, COVID-19 affected the global economy and the company's results. In the Diagnosis & Treatment businesses, comparable sales*) declined due to the postponement of installations and elective procedures resulting from the impact of COVID-19. In the Personal Health businesses, COVID-19 led to a decline in comparable sales*) due to lockdowns in several countries. The Connected Care businesses recorded comparable sales growth*), as our innovations in both Monitoring & Analytics and Sleep & Respiratory Care were able to help our customers combat the pandemic.

The year 2019
- Sales rose to EUR 19.5 billion, a nominal increase of 8%, with 10% growth in the Diagnosis & Treatment businesses, 8% growth in the Connected Care businesses and 6% growth in the Personal Health businesses. On a comparable basis*) sales growth was 4.5%, with 5% growth in the Diagnosis & Treatment businesses, 5% growth in the Personal Health businesses, and 3% growth in the Connected Care businesses.

- Net income amounted to EUR 1.2 billion, an increase of EUR 76 million compared to 2018, mainly due to improvements in operational performance, lower net financial expenses and lower charges related to discontinued operations, partly offset by higher income tax expense and charges of EUR 97 million related to impairment of goodwill. Net income is not allocated to segments as certain income and expense line items are recorded on a centralized basis.

- Adjusted EBITA*) increased to EUR 2.6 billion, or 13.2% of sales, an increase of EUR 197 million, or 10 basis points as a % of sales, compared to 2018. The productivity programs delivered annual savings of approximately EUR 480 million, and included approximately EUR 166 million procurement savings, led by the Design for Excellence (DfX) program, and EUR 314 million savings from other productivity programs. While the Diagnosis & Treatment and Personal Health businesses delivered good profit expansion, the Connected Care business showed a decline of 200 basis points, primarily due to tariffs, an adverse currency impact, mix and higher material costs.

- Net cash provided by operating activities amounted to EUR 2.0 billion, an increase of EUR 251 million, mainly due to higher earnings that were partly offset by higher working capital outflows and higher tax paid, while 2018 included an outflow of EUR 130 million related to pension liability de-risking. Free cash flow*) amounted to EUR 1.1 billion compared to EUR 984 million in 2018.

- In the second quarter of 2019, Philips completed its EUR 1.5 billion share buyback program that was announced on June 28, 2017. All of the shares acquired under the program were cancelled.

- On January 29, 2019, Philips announced a new EUR 1.5 billion share buyback program for capital reduction purposes. As of the end of 2019, Philips completed 41.5% of this program.

- During 2019 Philips sold all of its remaining shares (16.5%) in Signify (formerly Philips Lighting).

**Philips Group**
**Key data** in millions of EUR unless otherwise stated

| | 2018 | 2019 | 2020 |
|---|---|---|---|
| Sales | 18,121 | 19,482 | 19,535 |
| Nominal sales growth | 1.9% | 7.5% | 0.3% |
| Comparable sales growth [1] | 4.7% | 4.5% | 2.5% |
| Income from operations | 1,719 | 1,644 | 1,542 |
| *as a % of sales* | *9.5%* | *8.4%* | *7.9%* |
| Financial expenses, net | (213) | (117) | (44) |
| Investments in associates, net of income taxes | (2) | 1 | (9) |
| Income tax expense | (193) | (337) | (284) |
| Income from continuing operations | 1,310 | 1,192 | 1,205 |
| Discontinued operations, net of income taxes | (213) | (19) | (10) |
| Net income | 1,097 | 1,173 | 1,195 |
| Adjusted EBITA [1] | 2,366 | 2,563 | 2,570 |
| *as a % of sales* | *13.1%* | *13.2%* | *13.2%* |
| Income from continuing operations attributable to shareholders [2] per common share (in EUR) - diluted [3] | 1.37 | 1.27 | 1.31 |
| Adjusted income from continuing operations attributable to shareholders [2] per common share (in EUR) - diluted [1)3)4] | 1.72 | 1.98 | 1.98 |

[1] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.
[2] Shareholders in this table refers to shareholders of Koninklijke Philips N.V.
[3] Per share and weighted average share calculations have been adjusted retrospectively for all periods presented to reflect the issuance of shares for the share dividend in respect of 2019. Further reference is made to Earnings per share.
[4] The comparative figures have been restated to conform to the revised definitions. Refer to the Reconciliation of non-IFRS information.

*) Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

# Report of the Remuneration Committee

## Letter from the Remuneration Committee Chair

***Dear Stakeholder,***

On behalf of the Remuneration Committee, I am pleased to report on the Committee's activities in 2020 and to present the 2020 Remuneration Report on behalf of the Board of Management and the Supervisory Board.

An important milestone in 2020 was the update of the Remuneration Policy for the Board of Management and the Supervisory Board respectively, as approved by our shareholders during the 2020 Annual General Meeting of Shareholders. The relevant proposals followed the implementation of the revised EU Shareholders Rights Directive (2017/828) into Dutch law (effective December 2019). To ensure that the Remuneration Committee was able to properly consider all feedback before submitting final remuneration packages to our shareholders, the Remuneration Committee initiated a dedicated remuneration roadshow in the second half of 2019, engaging with a number of the company's shareholders (in aggregate representing approximately 35% of the issued share capital) and institutional advisory organizations.

As part of the update of the Remuneration Policy and the Long-Term Incentive Plan for the Board of Management, the following changes were made (compared to the previous 2017 versions):

- **Long-Term Incentive** - to explicitly link the Remuneration Policy to our purpose and our contribution to society, a sustainability criterion (non-financial) has been introduced in the Long-Term Incentive in addition to the financial criteria TSR and EPS. In addition, the TSR vesting schedule has been changed, reducing pay-out at and around median performance.

- **Annual Incentive (individual element)** - to enhance transparency, five performance categories have been defined for the individual element of the Annual Incentive (20% weighting). Each year, relevant categories will be chosen and disclosed ex-ante in the Annual Report. Related targets will be set for each of the members of the Board of Management.

- **Quantum Peer Group** - the Quantum Peer Group for compensation benchmarking purposes changed from 26 to 24 companies. Alcatel Lucent was excluded as it was acquired by Nokia (which was already included in the Quantum Peer Group), and Essilor International was excluded after its merger into a company with a business profile with less relevance for Philips.

During the 2020 Annual General Meeting of Shareholders, our shareholders approved the 2019 Remuneration Report (by a 92.06% for vote). Based on our shareholder engagement, we noted the request for an increased level of transparency in the Remuneration Report, and therefore we further increased disclosures in our 2020 Remuneration Report. For example, we have updated the annual incentive disclosure tables, showing the realized financial performance, the selected individual performance criteria and the assessment of performance for the individual targets of the 2020 annual incentive. During its regular meetings throughout the year, the Remuneration Committee obtained updates on remuneration-related developments and societal trends. Overall, the Remuneration Committee concluded that our Remuneration Policy and its implementation are well aligned with market practice and the prevailing corporate governance requirements, while it enables us to achieve alignment of the remuneration of the Board of Management with Philips' purpose and strategy.

### Impact of COVID-19

As highlighted in the letter from the Chairman of the Supervisory Board within Supervisory Board report, Philips demonstrated resilience and agility in the face of the COVID-19 pandemic and the healthcare and economic challenges it unleashed. The Remuneration Committee is mindful of the measures the company took in the first half of 2020 to further enhance its liquidity position, in view of the possible continued impact of the COVID-19 pandemic. As part of these measures, the 2019 Annual Incentive for the Board of Management was paid out in shares, which will be subject to the 5-year holding period as prescribed by the Dutch Corporate Governance Code. Group-wide, merit and promotional salary increases for senior management were delayed from April 1, 2020 to October 1, 2020.

Looking back, the Remuneration Committee acknowledges that COVID-19 has impacted Philips' results in the year. Demand for our professional healthcare products and solutions to help diagnose, treat, monitor and manage COVID-19 patients increased strongly. At the same time, COVID-19 led to the postponement of installations and elective procedures in hospitals, which impacted parts of our business, and there was a decline in consumer activity, as a result of which our Personal Health businesses have been impacted. Overall, COVID-19 had an impact on Philips' business performance in 2020. Management is to be commended strongly for leading the Company through the pandemic and achieving a satisfactory result for the year. Please refer to Strategy and Businesses and Financial performance of our Annual Report 2020 for more information on the effects of COVID-19.

### The composition of the Remuneration Committee and its activities

The Remuneration Committee is chaired by Christine Poon. Its other members are Jeroen van der Veer, Orit Gadiesh and (since May 2020) Paul Stoffels. The Committee is responsible for preparing decisions of the Supervisory Board on the remuneration of individual members of the Board of Management and the Executive Committee, as well as the policies governing this remuneration. In performing its duties and responsibilities, the Remuneration Committee is assisted by an external consultant and an in-house remuneration expert. For a full overview of the responsibilities of the Committee, please refer to the Charter of the Remuneration Committee, as outlined in Chapter 3 of the Rules of Procedure of the Supervisory Board (which are published on the company's website).

Our annual Remuneration Committee cycle enables us to have an effective decision-making process supporting the determination, review and implementation of the Remuneration Policy. The main (recurring) activities during the annual cycle are outlined below:

| July to September: | October to December: | January to March: | April to June: |
|---|---|---|---|
| • Review the Remuneration Policy in line with the business strategy and priorities and assess the need for changes | • Engage in stakeholder dialogues regarding the Remuneration Policy and proposed changes for the next year (if any) | • Evaluate business performance and achievement of Annual and Long-Term Incentive targets | • Effectuate compensation level changes |
| • Review the Remuneration Committee Charter | • Assess compensation levels against the median of the Quantum Peer Group for compensation benchmarking purposes | • Rigorous target setting of the performance metrics for the upcoming year and multi-year LTI cycle | • Prepare and hold the Annual General Meeting of Shareholders including a discussion on the implementation of the Remuneration Policy |
| | • Conduct scenario analyses | • Set compensation levels for the upcoming year based on the assessment against the Quantum Peer Group | |
| | • Prepare Remuneration Report for the previous year | | |

The Committee met six times in 2020. All Committee members were present during these meetings.

At Philips, our purpose is to improve people's health and well-being through meaningful innovation. The Remuneration Committee believes that the Remuneration Policy (and Long-Term Incentive Plan) for the Board of Management supports this purpose. Please refer to the Remuneration Report below, for the way the Remuneration Policy has been implemented in the year 2020.

**Christine Poon**
*Chairwoman of the Remuneration Committee*

## Remuneration report 2020

In this Remuneration Report, the Supervisory Board provides a comprehensive overview, in accordance with article 2:135b of the Dutch Civil Code, of the remuneration paid and owed to the individual members of the Board of Management and the Supervisory Board respectively in the financial year 2020. The report will also be published as a stand-alone document on the company's website after the 2020 Annual General Meeting of Shareholders, the agenda of which will include an advisory vote on this Remuneration Report.

### Board of Management

Summary of Remuneration Policy
The Remuneration Policy and Long-Term Incentive Plan for the Board of Management have been adopted and approved respectively by the Annual General Meeting of Shareholders 2020, which took place on April 30, 2020.

The objectives of the Remuneration Policy for the Board of Management are: to focus them on delivering on our purpose and strategy, to motivate and retain them, and to create stakeholder value.

Thus, the Remuneration Policy:

- Supports improving the company's overall performance and enhancing the long-term value of the company;

- Directly supports our purpose by:
  a) linking a part of remuneration to achieving our strategic imperatives through the criteria and targets included in the Annual and Long-Term Incentives;
  b) offering market competitive compensation compared to a peer group of business competitors and companies we compete with for executive talent;
  c) enabling us to motivate, retain and attract world-class talent in order to support our purpose of improving people's health and well-being through meaningful innovation and our goal of addressing our customers' healthcare challenges (delivering on the Quadruple Aim);
  d) stimulating share ownership to create alignment with shareholders and encourage employees to act as stewards and ambassadors of the company;

- Encourages the company and its employees to act responsibly and sustainably;

- Delivers value for our stakeholders, such as shareholders, customers, consumers and employees, by continuously engaging with them and make a positive contribution to society at large;

- Leads to fair and internally consistent pay levels by taking into account internal pay ratios.

Main elements of the Remuneration Policy

| Compensation element | Purpose and link to strategy | Operation | Policy Level |
|---|---|---|---|
| Total Direct Compensation | To support the Remuneration Policy s objectives, the Total Direct Compensation includes a significant variable part in the form of an Annual Incentive (cash bonus) and Long-Term Incentive in the form of performance shares. As a result, a significant proportion of pay is  at risk . | The Supervisory Board ensures that a competitive remuneration package for Board-level executive talent is maintained and benchmarked.<br><br>The positioning of Total Direct Compensation is reviewed against benchmark data on an annual basis and is recalibrated if and when required. To establish this benchmark, data research is carried out each year on the compensation levels in the Quantum Peer Group. | Total direct remuneration is aimed at or close to, the median of the Quantum Peer Group. |
| Annual Base Compensation | Fixed cash payments intended to attract and retain executives of the highest caliber and to reflect their experience and scope of responsibilities. | Annual Base Compensation levels and any adjustments made by the Supervisory Board are based on factors including the median of Quantum Peer Group data and performance and experience of the individual member.<br><br>The annual review date for the base salary is typically before April 1. | The individual salary levels are shown in this Remuneration Report. |
| Annual Incentive | Variable cash bonus incentive of which achievement is tied to specific financial and non-financial targets derived from the company s annual strategic plan. These targets are set at challenging levels and are partly linked to the results of the company (80% weighting) and partly to the contribution of the individual member (20% weighting). | The payout in any year relates to the achievements of the preceding year. Metrics are disclosed ex-ante in the Remuneration Report and there will be no retroactive changes to the selection of metrics used in any given year once approved by the Supervisory Board and disclosed. | President & CEO On-target: 100% Maximum: 200% of Annual Base Compensation.<br><br>Other BoM members On-target: 80% Maximum: 160% of Annual Base Compensation. |
| Long-Term Incentive | Our Long-Term Incentives form a substantial part of total remuneration, with payouts contingent on achievement of challenging EPS targets, relative TSR performance against a high performing peer group and sustainability objectives that are directly aligned with our purpose to make the world healthier and more sustainable through innovation. | The annual award size is set by reference to a multiple of base salary.<br><br>The actual number of performance shares to be awarded is determined by reference to the average of the closing price of the Royal Philips share on the day of publication of the first quarterly results and the four subsequent trading days.<br><br>Dependent upon the achievement of the performance conditions, cliff-vesting applies three years after the date of grant.<br><br>During the vesting period, the value of dividends will be added to the performance shares in the form of shares. These dividend-equivalent shares will only be delivered to the extent that the award actually vests. | President & CEO Annual grant size: 200% of Annual Base Compensation.<br><br>Other BoM members Annual grant size: 150% of Annual Base Compensation. Maximum vesting opportunity is 200% of the number of performance shares granted. |
| Mandatory share ownership and holding requirement | To further align the interests of executives to those of stakeholders and to motivate the achievement of sustained performance. | The guideline for members of the Board of Management is to hold at least a minimum shareholding in the company.<br><br>Until this level has been reached the members of the Board of Management are required to retain all after-tax shares derived from any Long-Term Incentive Plan.<br><br>All Board of Management members have reached the required share ownership level.<br><br>The shares granted under the Long-Term Incentive Plan shall be retained for a period of at least 5 years or until at least the end of their contract period if this period is shorter. The guideline does not require members of the Board of Management to purchase shares in order to reach the required share ownership level. | The minimum shareholding requirement is 400% of annual base compensation for the CEO and 300% for other members of the Board of Management. |
| Pension | Pension plan and pension contribution intended to result into an appropriate level at retirement. | 1. Defined Contribution plan with fixed contribution (applicable to all executives in the Netherlands – capped at EUR 110,111).<br><br>2. Gross allowance of 25% of annual base compensation exceeding EUR 110,111.<br><br>3. Temporary gross transition allowance offsetting historical plan changes. | |
| Additional arrangements | To aid retention and remain competitive within the marketplace | Additional arrangements include expense and relocation allowances, medical insurance, accident insurance and company car arrangements, which are in line with other Philips executives in the Netherlands.<br><br>The members of the Board of Management also benefit from coverage under the company s Directors & Officers (D&O) liability insurance.<br><br>The company does not grant personal loans to members of the Board of Management. | |

Peer Groups
We use a Quantum Peer Group for remuneration benchmarking purposes, and therefore we aim to ensure that it includes business competitors, with an emphasis on companies in the healthcare, technology-related or consumer products area, and other companies we compete with for executive talent. The Quantum Peer Group consists of predominantly Dutch and other European companies, plus a minority (up to 25%) of US-based global companies, of comparable size, complexity and international scope.

Philips Group
**Quantum Peer Group**
2020

| European companies | | Dutch companies | US companies |
|---|---|---|---|
| Atos | Nokia | Ahold Delhaize | Becton Dickinson |
| BAE Systems | Reckitt Benckiser | AkzoNobel | Boston Scientific |
| Capgemini | Roche | ASML | Danaher |
| Electrolux | Rolls-Royce | Heineken | Medtronic |
| Ericsson | Safran | | |
| Essity | Siemens Healthineers | | |
| Fresenius Medical Care | Smith & Nephew | | |
| Henkel & Co | Thales | | |

In addition, we use a TSR Performance Peer Group to benchmark our relative Total Shareholder Return performance for Long-Term Incentive purposes and against our business peers in the health technology market and other markets in which we compete. The companies we have selected for this peer group include predominantly US-based healthcare companies. Given that a substantial number of relevant competitors are US-headquartered, the weighting of US-based healthcare companies is more notable than for the Quantum Peer Group.

Philips Group
**TSR Performance Peer Group**
2020

| US companies | European companies | Japanese companies |
|---|---|---|
| Becton Dickinson | De Longhi | Hitachi |
| Boston Scientific | Elekta | Terumo |
| Cerner | Fresenius Medical Care | |
| Danaher | Getinge | |
| General Electric | Groupe SEB | |
| Hologic | Siemens Healthineers | |
| Johnson & Johnson | Smith & Nephew | |
| Medtronic | | |
| Resmed | | |
| Stryker | | |

The Remuneration Policy and the Long-Term Incentive Plan allow changes to the peer groups to be made by the Supervisory Board without approval from the General Meeting of Shareholders in respect of up to three companies on an annual basis (for instance: following a delisting of a company or, a merger of two peer companies), or six companies in total during the four years following adoption and approval of the Remuneration Policy and the Long-Term Incentive Plan respectively (or, if earlier, until the adoption or approval of a revised Remuneration Policy or revised Long-Term Incentive Plan). In addition to these changes, in view of Philips' planned portfolio change through the divestment of its Domestic Appliances business, the Supervisory Board may decide to remove Groupe SEB and De'Longhi from the TSR Performance Peer Group and replace them by other business competitors in the health technology market. No changes were made to either peer group during 2020.

### Services agreements
The members of the Board of Management are engaged by means of a services agreement (*overeenkomst van opdracht*). Termination of the contract by either party is subject to six months' notice period. The severance payment is set at a maximum of one year's annual base compensation. No severance payment is due if the agreement is terminated early on behalf of the Board of Management member or in the case of urgent cause (*dringende reden*) as defined in article 7:678 and further in the Dutch Civil Code. The term of the services agreement is aligned with the term for which the relevant member has been appointed by the General Meeting of Shareholders (which is a maximum period of four years, it being understood that this period expires no later than at the end of the AGM held in the fourth year after the year of appointment).

Philips Group
**Contract terms for current members**
2020

| | end of term |
|---|---|
| Frans van Houten | AGM 2023 |
| Abhijit Bhattacharya | AGM 2023 |
| Marnix van Ginneken | AGM 2021 |

## Remuneration of the Board of Management in 2020
The Supervisory Board has determined the 2020 pay-outs and awards to the members of the Board of Management, upon the proposal of the Remuneration Committee, in accordance with the Remuneration Policy and Long-Term Incentive Plan as adopted and approved respectively by our shareholders during the 2020 Annual General Meeting of Shareholders. In addition, the Supervisory Board has determined the 2020 pay-out of the 2018 Long-Term Incentive Plan, of which the performance period ended on December 31, 2020. This was done in accordance with the Long-Term Incentive Plan as approved during the 2017 Annual General Meeting of Shareholders.

The Remuneration Committee annually conducts a scenario analysis. This includes the calculation of remuneration under different scenarios, whereby different Philips performance assumptions and corporate actions are examined. The Supervisory Board concluded that the relationship between the strategic objectives and the chosen performance criteria for the 2020 Annual Incentive, as well as 2018 Long-Term Incentive performance criteria, were adequate.

### Annual Base Compensation
The annual compensation of the members of the Board of Management has been reviewed as part of the regular remuneration review. In the case of Frans van Houten and Abhijit Bhattacharya, the annual compensation remained unchanged in 2020 compared to 2019 at EUR 1,325,000 and EUR 785,000 respectively. As a result of the review, the annual compensation of Marnix van Ginneken has been increased per October 1, 2020, from EUR 575,000 to EUR 595,000. This increase was made to move the total compensation level closer to the market median level, as well as to reflect internal relativities. Typically, the salary increase is implemented on April 1, however all merit and promotional salary increases for senior management globally were delayed from April 1, 2020 to October 1, 2020.

## 2020 Annual Incentive
The Annual Incentive performance has been assessed based on:

### Company financial results (80% weighting)
To support the performance culture, the financial targets we set are at group level for all members of the Board of Management. EBITA[*] and free cash flow[*] for Annual Incentive calculation purposes are corrected for restructuring and acquisition related costs as well as specific unexpected events which are outside of management's control, to the extent they have not been reflected in the original targets. The 2020 realizations, shown in the following table, reflect the performance on the criteria at Group level that apply to the Board of Management. The performance on the comparable sales growth[*] and EBITA[*] based criteria were below target, whereas the performance on the free cash flow[*] based criterion was above target.

| Financial performance criteria | Weighting as % of target Annual Incentive | Assessment of performance | | | | resulting payout as % of target | Weighted pay-out as % of target Annual Incentive |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | threshold performance | target performance | maximum performance | realized performance | | |
| Comparable Sales Growth [1] | 30% | 2.3% | 4.3% | 6.3% | 2.5% | 55.0% | 17% |
| EBITA [1] | 30% | 10.4% | 12.4% | 14.4% | 10.7% | 57.5% | 17% |
| Free Cash Flow [1] | 20% | 1,096 | 1,505 | 1,914 | 1,852 | 185.1% | 37% |
| Total | 80% | | | | | | 71% |

[1] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

### Individual targets based on area of responsibility (20% weighting)
To determine the payout levels for the individual goals, the Supervisory Board applies a holistic assessment as to the performance against the set goals as well as the relative weighting of the goal categories. Overall, the Supervisory Board commends the Board of Management on their strong performance in 2020, taking into account the exceptional challenges caused by the COVID-19 pandemic.

| Board of Management Member | Individual Performance criteria | Assessment of performance | Weighted pay-out as% of target Annual Incentive |
|---|---|---|---|
| Frans van Houten | Strategy execution | • Grown solutions sales as a % of revenue above target<br><br>• Executed on strategic M&A according to plan and divestment of Domestic Appliances on track | 27% |
| | Quality & operational excellence | • Productivity targets achieved in line with plan<br><br>• On track to comply with EU MDR and Consent Decree relating to US defibrillator business<br><br>• Structural progress on quality agenda | |
| | People & organization | • Strengthened Executive Committee<br><br>• Increased employee engagement score in line with target<br><br>• Significant progress made in the deployment of the Philips Business System | |
| Abhijit Bhattacharya | Strategy execution | • Philips IT Landscape to enable new functionalities progressed according to plan<br><br>• Executed on strategic M&A according to plan and divestment of Domestic Appliances on track, including disentanglement | 24% |
| | Quality & operational excellence | • Productivity targets achieved in line with plan<br><br>• Delivered on Philips Finance, IT and GBS (Global Business Services) transformation plans | |
| | People & organization | • Employee engagement score increased in line with target<br><br>• Significant progress made in the deployment of the Philips Business System | |
| Marnix van Ginneken | Strategy execution | • Executed on strategic M&A according to plan and divestment of Domestic Appliances on track<br><br>• Successful management of a number of legal matters | 21% |
| | Quality & operational excellence | • Consolidated legal manufacturers and quality management systems in line with plan | |
| | People & organization | • Further developed the Government and Public Affairs function<br><br>• Employee engagement score increased in line with target<br><br>• Significant progress made in the deployment of the Philips Business System | |

Overall this leads to the following total Annual Incentive realization and payout (payout in 2021):

**Annual Incentive realization 2020** in EUR unless otherwise stated

| | Annual incentive opportunity | | Realized annual incentive | | |
|---|---|---|---|---|---|
| | Target as a % of base compensation | Target Annual Incentive | Financial performance *(weighted pay-out %)* | Individual performance *(weighted pay-out %)* | Payout as % of target Annual Incentive | Realized annual incentive |
| Frans van Houten | 100% | 1,325,000 | 71% | 27% | 98% | 1,298,500 |
| Abhijit Bhattacharya | 80% | 628,000 | 71% | 24% | 95% | 596,600 |
| Marnix van Ginneken | 80% | 476,000 | 71% | 21% | 92% | 437,920 |

*) Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

**2021 Annual Incentive**
The Annual Incentive criteria consist of:

**Financial criteria (80% weighting):**

For the year 2021, the following financial indicators of the company's results are selected to ensure alignment with the key (strategic) priorities in the year:

- Profit/margin

- Revenue/growth

- Cash flow

**Individual criteria (20% weighting):**

The contribution of the individual member is assessed based on areas of responsibility, for which annually two to a maximum of five performance categories are selected for each Board of Management member from the following list:

- Customer results

- Quality & operational excellence

- Strategy execution

- People & organization

- ESG/Sustainability

For the year 2021, the following performance categories are selected to ensure alignment with the key (strategic) priorities in the year:

| Board of Management Member | Selected performance categories |
|---|---|
| Frans van Houten | - Customer Results<br>- Quality & operational excellence<br>- Strategy execution<br>- People & organization<br>- ESG/Sustainability |
| Abhijit Bhattacharya | - Customer Results<br>- Quality & operational excellence<br>- Strategy execution<br>- People & organization |
| Marnix van Ginneken | - Quality & operational excellence<br>- Strategy execution<br>- People & organization<br>- ESG/Sustainability |

## 2018 Long-Term Incentive

The 3-year performance period of the 2018 performance share grant ended on December 31, 2020. The payout results are explained below.

**TSR (50% weighting)**

A ranking approach to TSR applies with Philips itself included in the TSR Performance Peer Group. TSR scores are calculated based on a local currency approach and by taking a 3-month averaging period prior to the start and end of the 3-year performance period. The performance incentive pay-out zone is outlined in the following table, which results in zero vesting for performance below the 40th percentile and 200% vesting for performance levels above the 75th percentile. The incentive zone range has been constructed such that the average pay-out over time is expected to be approximately 100%.

**Philips Group**
**Performance-incentive zone for TSR** in %

| Position | 20-14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5-1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Payout | 0 | 60 | 80 | 100 | 120 | 140 | 160 | 180 | 190 | 200 |

The TSR achieved by Philips during the performance period was 35.03%, using a start date of October 2017 and end date of December 2020. This resulted in Philips being positioned at rank 9 in the TSR performance peer group shown in the following table, resulting in a TSR achievement of 140%.

**TSR results LTI Plan 2018 grant: 35.03%**

| Company | total return | rank number |
|---|---|---|
| Danaher | 150.51% | 1 |
| ResMed | 150.36% | 2 |
| Hologic | 76.98% | 3 |
| Terumo | 70.86% | 4 |
| Elekta | 53.78% | 5 |
| Stryker | 53.70% | 6 |
| Gentige | 50.72% | 7 |
| Medtronic | 47.01% | 8 |
| Philips | 35.03% | 9 |
| Boston Scientific | 30.68% | 10 |
| Siemens Healthineers | 26.15% | 11 |
| Smith & Nephew | 16.65% | 12 |
| Becton Dickinson | 15.72% | 13 |
| De'Longhi | 15.05% | 14 |
| Johnson & Johnson | 14.91% | 15 |
| Cerner | 8.95% | 16 |
| Groupe SEB | (3.31)% | 17 |
| Hitachi | (3.59)% | 18 |
| Fresenius Medical | (13.20)% | 19 |
| General Electric | (51.05)% | 20 |

## Adjusted EPS growth (50% weighting)

The LTI Plan EPS payouts and targets set at the beginning of the performance period were as follows:

Philips Group
**LTI Plan EPS payouts**

| | Below threshold | Threshold | Target | Maximum | Actual |
|---|---|---|---|---|---|
| EPS (euro) | <1.23 | 1.23 | 1.43 | 1.63 | 1.45 |
| Payout | 0% | 40% | 100% | 200% | 110% |

LTI Plan EPS is based on the underlying income from continuing operations attributable to shareholders, as included in the Annual Report, adjusted for changes in accounting principles. Furthermore, the Supervisory Board has also deemed it appropriate to make adjustments relating to certain other items that were not contemplated when the targets were set in 2018. These relate to the profit and loss impact of acquisitions and divestitures, impact of foreign exchange variations versus plan and profit and loss impact of legal cases and pension de-risking. The sum of these adjustments increased the achieved LTI Plan EPS by EUR 0.16. The resulting LTI Plan EPS achievement was determined by the Supervisory Board as 110%.

In view of the above, the following performance achievement and vesting levels have been determined by the Supervisory Board in respect of the 2018 grant of performance shares:

Philips Group
**Performance achievement and vesting levels**

| | achievement | weighting | vesting level |
|---|---|---|---|
| TSR | 140% | 50% | 70% |
| EPS | 110% | 50% | 55% |
| Total | | | 125% |

## 2021 Long-Term Incentive

The vesting of the 2021 Long-Term Incentive grant consisting of performance shares is subject to performance over a period of 3 years and based on two financial criteria and one non-financial criterion:

- 50% weighting: Relative Total Shareholder Return ('TSR')

- 40% weighting: Adjusted Earnings per Share growth ('EPS')

- 10% weighting: Sustainability objectives

Please refer to the Long-Term Incentive Plan published on the company's website for more information.

## Pension

The following pension arrangement is in place for the members of the Board of Management working under a Dutch contract:

- Flex ES Pension Plan in the Netherlands, which is a Collective Defined Contribution plan with a fixed contribution of (currently) 30.3% (including an own contribution of 2%) of the maximum pensionable salary of EUR 110,111 (effective January 1, 2020) minus the offset. The Flex ES Plan has a target retirement age of 68 and a target accrual rate of 1.85%;

- A gross Pension Allowance equal to 25% of the base compensation exceeding EUR 110,111;

- A temporary gross Transition Allowance, for a maximum period of 8 years (first 5 years in full; year 6: 75%; year 7: 50%, year 8: 25%) for members of the Board of Management who were participants of the former Executive Pension Plan. The level of the allowance is based on the age and salary of the Board member on December 31, 2014.

For further details on the pension allowances and pension scheme costs, please refer to Pensions / section 4.1.2 of the Annual Report.

## Total remuneration costs in 2020

The following table gives an overview of the costs incurred by the company in 2020 and 2019 in relation to the remuneration of the Board of Management. Costs related to performance shares and restricted share right grants are recognized by the company over a number of years. Therefore, the costs mentioned below in the performance shares and restricted share rights columns are the accounting cost of multi-year Long-Term Incentive grants to members of the Board of Management.

Philips Group
**Remuneration Board of Management** [1] in EUR

| | reported year | annual base compensation [2] | base compensation | realized annual incentive | performance shares [3] | pension allowances [4] | pension scheme costs | other compensation [5] | total cost | Fixed-variable remuneration [6] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Costs in the year* | | | | | |
| F.A. van Houten | 2020 | 1,325,000 | 1,325,000 | 1,298,500 | 2,874,467 | 565,922 | 27,001 | 62,176 | 6,153,067 | 32%-68% |
| | 2019 | 1,325,000 | 1,295,000 | 1,091,800 | 2,235,166 | 559,052 | 26,380 | 52,713 | 5,260,111 | 37%-63% |
| A. Bhattacharya | 2020 | 785,000 | 785,000 | 596,600 | 1,295,996 | 233,126 | 27,001 | 70,267 | 3,007,990 | 37%-63% |
| | 2019 | 785,000 | 770,000 | 517,472 | 995,483 | 230,006 | 26,380 | 63,265 | 2,602,606 | 42%-58% |
| M.J. van Ginneken | 2020 | 595,000 | 580,000 | 437,920 | 952,453 | 158,800 | 27,001 | 46,986 | 2,203,160 | 37%-63% |
| | 2019 | 575,000 | 571,250 | 335,685 | 713,815 | 171,018 | 26,380 | 38,278 | 1,856,426 | 43%-57% |
| Total | 2020 | | 2,690,000 | 2,333,020 | 5,122,916 | 957,849 | 81,004 | 179,428 | 11,364,217 | 34%-66% |
| | 2019 | | 2,636,250 | 1,944,957 | 3,944,464 | 960,076 | 79,140 | 154,256 | 9,719,143 | 39%-61% |

[1] Reference date for board membership is December 31, 2020.
[2] Annual base compensation as incurred in the year, base compensation increases are reflected proportionally.
[3] Costs of performance shares are based on accounting standards (IFRS) and do not reflect the value of stock options at the end of the lock up period and the value of performance shares at the vesting/release date .
[4] The Pension Transition Allowances were maintained at the current level for Messrs van Houten and Bhattacharya for the term of their services agreements. The total pension cost of the Company related to the pension arrangement (including the aforementioned Transition Allowance) is at a comparable level over a period of time to the pension costs under the former Executive Pension Plan.
[5] The stated amounts mainly concern (share of) allowances to members of the Board of Management that can be considered as remuneration. In a situation where such a share of an allowance can be considered as (indirect) remuneration (for example, private use of the company car), then the share is both valued and accounted for here. The method employed by the fiscal authorities is the starting point for the value stated.
[6] Fixed remuneration is determined as the sum of base compensation, pension allowances, pension scheme costs and other compensation. Variable remuneration is determined as the sum of realized annual incentive and performance shares.

## 5-year development of CEO and BoM versus average employee remuneration costs compared to company performance

Internal pay ratios are a relevant input factor for determining the appropriateness of the implementation of the Remuneration Policy, as recognized in the Dutch Corporate Governance Code. For the 2020 financial year, the ratio between the annual total compensation for the CEO and the average annual total compensation for an employee was 71:1. The ratio increased from 60:1 in 2019. Further details on the development of these amounts and ratios over time can be found in the following table.

Philips Group
**Remuneration cost** in EUR

| | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|
| **Remuneration** | | | | | |
| CEO Total Remuneration Costs (A) [1] | 4,675,042 | 5,101,429 | 5,391,265 | 5,260,111 | 6,153,067 |
| CFO Total Remuneration Cost | 1,856,175 | 2,247,822 | 2,595,688 | 2,602,606 | 3,007,990 |
| CLO Total Remuneration Cost | | | 1,861,200 | 1,856,426 | 2,203,160 |
| Chief Business Leader Personal Health Total Remuneration Cost | 2,373,642 [2] | | | | |
| Average Employee (FTE) Total Remuneration Costs (B) [3] | 86,074 | 91,288 | 86,136 | 87,321 | 86,523 |
| Ratio A versus B [4] | 54:1 | 56:1 | 63:1 | 60:1 | 71:1 |
| **Company performance** | | | | | |
| Annual TSR [5] | 18.4% | 26.5% | 1.2% | 25.6% | 6.2% |
| Comparable Sales Growth% [6] | 4.9% | 3.9% | 4.7% | 4.5% | 2.5% |
| EBITA% [6] | 9.8% | 10.1% | 11.4% | 10.7% | 10.6% |
| Free Cash Flow [6] | 429 | 1,185 | 984 | 1,053 | 1,852 |

[1] Based on total CEO compensation costs (EUR 6,153,067) as reported in section Total remuneration costs in 2020
[2] Year in which service ended and as such partial annual remuneration was received.
[3] Based on Employee benefit expenses (EUR 6.5 billion) divided by the average number of employees (75,009 FTE) as reported in Income from operations. This results in an average annual total compensation cost of EUR 86,523 per employee.
[4] A consideration when interpreting the ratios between CEO and average employee remuneration is that the remuneration of the CEO is more heavily dependent on variable compensation than the remuneration of the average employee at Philips. Furthermore, the costs of performance shares are based on accounting standards (IFRS) and the specific allocation of these costs to the year. As such, the total remuneration level and costs applicable to the CEO will vary more with Philips financial performance than the remuneration level and costs applicable to the average employee. As a consequence, the ratio will increase when financial performance is strong and conversely decrease when financial performance is not as strong.
[5] Annual TSR was calculated in line with the method as used for the LTI plan (i.e. based on reinvested dividends and 3 month averaging)
[6] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

## Historical LTI grants and holdings

### Number of performance shares (holdings)
Under the LTI Plan the current members of the Board of Management were granted 118,322 performance shares in 2020.

The following table provides an overview at end December 2020 of performance share grants. The reference date for board membership is December 31, 2020.

Philips Group
**Number of performance shares (holdings)** in number of shares unless otherwise stated

| | grant date | number of shares originally granted | value at grant date | vesting date | end of holding period | unvested opening balance at Jan. 1, 2020 | number of shares awarded in 2020 | (dividend) shares awarded | number of shares vested in 2020[1] | value at vesting date in 2020 | unvested closing balance at Dec. 31, 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F.A. van Houten | 5/11/2017 | 73,039 | 2,410,000 | 5/11/2020 | 5/11/2022 | 78,413 | - | - | 95,663 | 3,764,350 | - |
| | 4/27/2018 | 69,005 | 2,410,000 | 4/27/2021 | 4/27/2023 | 72,262 | - | 1,467 | - | - | 73,729 |
| | 5/6/2019 | 70,640 | 2,650,000 | 5/6/2022 | 5/6/2024 | 72,339 | - | 1,468 | - | - | 73,807 |
| | 4/30/2020 | 66,431 | 2,650,000 | 4/30/2023 | 4/30/2025 | - | 66,431 | 1,349 | - | - | 67,780 |
| A. Bhattacharya | 5/11/2017 | 31,822 | 1,050,000 | 5/11/2020 | 5/11/2022 | 34,163 | - | - | 41,679 | 1,640,071 | - |
| | 4/27/2018 | 31,138 | 1,087,500 | 4/27/2021 | 4/27/2023 | 32,608 | - | 662 | - | - | 33,270 |
| | 5/6/2019 | 31,388 | 1,177,500 | 5/6/2022 | 5/6/2024 | 32,143 | - | 652 | - | - | 32,795 |
| | 4/30/2020 | 29,518 | 1,177,500 | 4/30/2023 | 4/30/2025 | - | 29,518 | 599 | - | - | 30,117 |
| M.J. van Ginneken | 5/11/2017 | 18,563[2] | 612,500 | 5/11/2020 | 5/11/2022 | 19,929 | - | - | 24,313 | 956,717 | - |
| | 4/27/2018 | 24,052 | 840,000 | 4/27/2021 | 4/27/2023 | 25,187 | - | 511 | - | - | 25,699 |
| | 5/6/2019 | 22,991 | 862,500 | 5/6/2022 | 5/6/2024 | 23,544 | - | 478 | - | - | 24,022 |
| | 4/30/2020 | 22,373 | 892,500 | 4/30/2023 | 4/30/2025 | - | 22,373 | 454 | - | - | 22,827 |

[1] The shares vested in 2020 are subject to a 2-year holding
[2] Awarded before date of appointment as a member of the Board of Management

## Number of stock options (holdings)
The tables below give an overview of the stock options held by the members of the Board of Management.

Philips Group
**Stock options (holdings)** in number of shares unless otherwise stated
2020

| | grant date | vesting date | exercise price (in EUR) | expiry date | opening balance at January 1, 2020 | number of stock options awarded in 2020 | number of stock options exercised in 2020 | share price on exercise date | number of stock options expired in 2020 | closing balance at December 31, 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| F.A. van Houten | 4/18/2011 | 4/18/2014 | 20.90 | 4/18/2021 | 75,000 | - | 75,000 | 44.87 | - | - |
| | 4/23/2012 | 4/23/2015 | 14.82 | 4/23/2022 | 75,000 | - | - | - | - | 75,000 |
| | 1/29/2013 | 1/29/2014 | 22.43 | 1/29/2023 | 55,000 | - | - | - | - | 55,000 |
| A. Bhattacharya | 4/18/2011 | 4/18/2014 | 20.90 | 4/18/2021 | 16,500 | - | 16,500 | 44.70 | - | - |
| | 1/30/2012 | 1/30/2014 | 15.24 | 1/30/2022 | 20,000 | - | - | - | - | 20,000 |
| | 4/23/2012 | 4/23/2015 | 14.82 | 4/23/2022 | 16,500 | - | - | - | - | 16,500 |
| M.J. van Ginneken | 4/19/2010 | 4/19/2013 | 24.90 | 4/19/2020 | 6,720 | - | 6,720 | 42.96 | - | - |
| | 4/18/2011 | 4/18/2014 | 20.90 | 4/18/2021 | 8,400 | - | - | - | - | 8,400 |
| | 1/30/2012 | 1/30/2014 | 15.24 | 1/30/2022 | 10,000 | - | - | - | - | 10,000 |
| | 4/23/2012 | 4/23/2015 | 14.82 | 4/23/2022 | 8,400 | - | - | - | - | 8,400 |

## Remuneration of the Supervisory Board in 2020

### Summary of the Remuneration Policy
Please find below a brief summary of the Remuneration Policy for the Supervisory Board, as adopted at the Annual General Meeting of Shareholders 2020. The fee levels in this Remuneration Policy are the same as the Supervisory Board fee levels as determined by our shareholders at the 2018 Extraordinary General Meeting of Shareholders.

The overarching objective of the 2020 Remuneration Policy for the Supervisory Board is to enable its members to fulfill their duties, acting independently: supervising the policies and management and the general affairs of Philips, and supporting the Board of Management and the Executive Committee with advice. Also, the members of the Supervisory Board are guided by the company's long-term interests, with due observance of the company's purpose and strategy, taking into account the interests of shareholders and all other stakeholders.

To support the objectives mentioned above, the 2020 Remuneration Policy is aimed at attracting and retaining international Supervisory Board members of the highest caliber and with experience and expertise relevant to our health technology businesses.

In compliance with the Dutch Corporate Governance Code, the remuneration for the members of the Supervisory Board is not dependent on the results of the company and does not include any shares (or rights to shares). Members of the Supervisory Board may only hold shares in the company for the purpose of long-term investment and must refrain from short-term transactions in Philips securities. The company does not grant personal loans to members of the Supervisory Board.

The Supervisory Board reviews fee levels in principle every three years in order to monitor and take account of market developments and manage expectations of our key stakeholders. The levels are aimed at broadly median market levels (and around the 25th percentile market level for the Chairman) paid in the Quantum Peer Group (as used in the 2020 Remuneration Policy for the Board of Management).

The table below provides an overview of the current remuneration structure:

Philips Group
**Remuneration Supervisory Board** in EUR
2020

|  | Chair | Vice Chair | Member |
|---|---|---|---|
| Supervisory Board | 155,000 | 115,000 | 100,000 |
| Audit Committee | 27,000 | n.a. | 18,000 |
| Remuneration Committee | 21,000 | n.a. | 14,000 |
| Corporate Governance and Nomination & Selection Committee | 21,000 | n.a. | 14,000 |
| Quality & Regulatory Committee | 21,000 | n.a. | 14,000 |
| Attendance fee per inter-European trip | 2,500 | 2,500 | 2,500 |
| Attendance fee per intercontinental trip | 5,000 | 5,000 | 5,000 |
| Entitlement to Philips product arrangement | 2,000 | 2,000 | 2,000 |
| Annual fixed net expense allowance | 11,345 | 2,269 | 2,269 |
| Other travel expenses | As reasonably incurred | | |

The members of the Supervisory Board benefit from coverage under the company's Directors and Officers (D&O) liability insurance.

Remuneration of the Supervisory Board in 2020
The individual members of the Supervisory Board received, by virtue of the positions they held, the following remuneration in 2020:

Philips Group
**Remuneration of the Supervisory Board** [1] in EUR
2020

|  | membership | committees | other compensation [2] | total |
|---|---|---|---|---|
| 2020 [3] |  |  |  |  |
| J. van der Veer | 155,000 | 35,000 | 11,345 | 201,345 |
| C.A. Poon | 115,000 | 49,000 | 7,269 | 171,269 |
| N. Dhawan | 100,000 | 18,000 | 7,269 | 125,269 |
| O. Gadiesh | 100,000 | 14,000 | 2,269 | 116,269 |
| D.E.I. Pyott | 100,000 | 42,000 | 12,269 | 154,269 |
| P.A.M. Stoffels | 100,000 | 9,333 | 9,769 | 119,102 |
| A.M. Harrison | 100,000 | 14,000 | 2,269 | 116,269 |
| M.E. Doherty | 100,000 | 24,000 | 9,769 | 133,769 |
| P. Löscher | 66,667 | 21,333 | 1,513 | 89,513 |
| F. Sijbesma [4] | 76,667 | 9,333 | 1,513 | 87,513 |
| Total | 1,013,333 | 236,000 | 65,254 | 1,314,587 |

[1] The Supervisory Board fee levels have been reviewed and updated as per 2015. After that they have been reviewed once in the past 5 years, being in 2018, increasing the Chair fee from EUR 135,000 to EUR 155,000, the Vice Chair fee from EUR 90,000 to EUR 115,000 and the Member fee from EUR 80,000 to EUR 100,000. The Audit Committee Chair fee was increased from EUR 22,500 to EUR 27,000 while the Audit Committee Member fee was increased from EUR 13,000 to EUR 18,000. For the Remuneration Committee and the Quality & Regulatory Committee, the Chair fee was increased from EUR 15,000 to EUR 21,000 and the Member fee was increased from EUR 10,000 to EUR 14,000. For the Corporate Governance and Nomination & Selection Committee, the Chair fee was increased from EUR 15,000 to EUR 21,000 and the Member fee was increased from EUR 7,500 to EUR 14,000.

[2] The amounts mentioned under other compensation relate to the fee for intercontinental travel, inter-European travel, the entitlement of EUR 2,000 under the Philips product arrangement and the annual fixed net expense allowance.

[3] As of 2013, part of the remuneration of members of the Supervisory Board living in the Netherlands is subject to VAT. The amounts mentioned in this table are excluding VAT.

[4] Excludes remuneration received for being an observer during the Supervisory Board meetings prior to appointment as member of the Supervisory Board as per April 30, 2020.

Philips Group
**Outstanding options** in millions of EUR unless otherwise stated

## Information on remuneration

### Remuneration of the Executive Committee

In 2020, the total remuneration costs relating to the members of the Executive Committee (consisting of 15 members, including the members of the Board of Management) amounted to EUR 33.2 million (2019: EUR 30.0 million; 2018: EUR 26.8 million) consisting of the elements in the following table.

Philips Group
**Remuneration costs of the Executive Committee** [1] in EUR

|  | **2018** | **2019** | **2020** |
|---|---|---|---|
| Base salary/Base compensation | 8,370,406 | 9,241,364 | 9,299,794 |
| Annual incentive [2] | 5,651,996 | 5,566,763 | 6,726,768 |
| Performance shares [3] [4] | 8,896,369 | 11,143,320 | 13,153,975 |
| Restricted share rights [3] | 492,237 | 168,404 | 288,372 |
| Pension allowances [5] | 1,919,839 | 2,076,834 | 2,054,570 |
| Pension scheme costs | 411,028 | 440,003 | 382,513 |
| Other compensation [6] | 1,013,128 | 1,331,990 | 1,264,908 |
| Total | 26,755,003 | 29,968,678 | 33,170,901 |

[1] The Executive Committee consisted of 15 members as per December 31, 2020 (2019: 14 members; 2018: 13 members)
[2] The annual incentives are related to the performance in the year reported which are paid out in the subsequent year.
[3] Costs of performance shares and restricted share rights are based on accounting standards (IFRS) and do not reflect the value of performance shares at the vesting/release date
[4] For 2020, a release of EUR 554,437 (2019: EUR 0; 2018: EUR 1,740,520) is included due to non-vesting of performance shares
[5] Pension allowances are gross taxable allowances paid to the Executive Committee members in the Netherlands. These allowances are part of the pension arrangement
[6] The stated amounts mainly concern (share of) allowances to members of the Executive Committee that can be considered as remuneration. In a situation where such a share of an allowance can be considered as (indirect) remuneration (for example, private use of the company car), then the share is both valued and accounted for here. The method employed by the fiscal authorities is the starting point for the value stated

At December 31, 2020, the members of the Executive Committee (including the members of the Board of Management) held 193,300 (2019: 291,520; 2018: 333,670) stock options at a weighted average exercise price of EUR 17.31 (2019: EUR 18.61; 2018: EUR 18.99).

## Remuneration of the Board of Management

In 2020, the total remuneration costs relating to the members of the Board of Management amounted to EUR 11.4 million (2019: EUR 9.7 million; 2018: EUR 9.8 million), see table below.

Philips Group
**Remuneration costs of individual members of the Board of Management** in EUR

|  | base compen -sation/salary | annual incentive [1] | perfor mance shares [2] | restricted share rights [2] | pension allowances [3] | pension scheme costs | other compen sation | total costs |
|---|---|---|---|---|---|---|---|---|
| **2020** | | | | | | | | |
| F.A. van Houten | 1,325,000 | 1,298,500 | 2,874,467 | - | 565,922 | 27,001 | 62,176 | 6,153,067 |
| A. Bhattacharya | 785,000 | 596,600 | 1,295,996 | - | 233,126 | 27,001 | 70,267 | 3,007,990 |
| M.J. van Ginneken | 580,000 | 437,920 | 952,453 | - | 158,800 | 27,001 | 46,986 | 2,203,160 |
|  | 2,690,000 | 2,333,020 | 5,122,916 | - | 957,849 | 81,004 | 179,428 | 11,364,217 |
| **2019** | | | | | | | | |
| F.A. van Houten | 1,295,000 | 1,091,800 | 2,235,166 | - | 559,052 | 26,380 | 52,713 | 5,260,111 |
| A. Bhattacharya | 770,000 | 517,472 | 995,483 | - | 230,006 | 26,380 | 63,265 | 2,602,606 |
| M.J. van Ginneken | 571,250 | 335,685 | 713,815 | - | 171,018 | 26,380 | 38,278 | 1,856,426 |
|  | 2,636,250 | 1,944,957 | 3,944,464 | - | 960,076 | 79,140 | 154,256 | 9,719,143 |
| **2018** | | | | | | | | |
| F.A. van Houten | 1,205,000 | 1,264,286 | 2,319,460 | 588 | 537,181 | 25,708 | 39,042 | 5,391,265 |
| A. Bhattacharya | 718,750 | 637,536 | 942,220 | 129 | 217,823 | 25,708 | 53,522 | 2,595,688 |
| M.J. van Ginneken | 557,500 | 362,611 | 711,806 | 66 | 168,210 | 25,708 | 35,299 | 1,861,200 |
|  | 2,481,250 | 2,264,433 | 3,973,486 | 783 | 923,214 | 77,124 | 127,863 | 9,848,153 |

[1] The annual incentives are related to the performance in the year reported which are paid out in the subsequent year. For more details on the annual incentives refer to 2020 Annual Incentive
[2] Costs of performance shares and restricted share rights are based on accounting standards (IFRS) and do not reflect the value of performance shares at the vesting/release date
[3] The stated amounts mainly concern (share of) allowances to members of the Board of Management that can be considered as remuneration. In a situation where such a share of an allowance can be considered as (indirect) remuneration (for example, private use of the company car), then the share is both valued and accounted for here. The method employed by the fiscal authorities is the starting point for the value stated.

For further information on remuneration costs, see Total remuneration costs in 2020.

The accumulated annual pension entitlements and the pension costs of individual members of the Board of Management are as follows:

Philips Group
**Accumulated annual pension entitlements and pension-related costs** in EUR unless otherwise stated

|  | age at December 31, 2020 | accumulated annual pension as of December 31, 2020 | total pension related costs |
|---|---|---|---|
| F.A. van Houten | 60 | 329,412 | 592,924 |
| A. Bhattacharya | 59 | 33,307 | 260,128 |
| M.J. van Ginneken | 47 | 46,220 | 185,802 |
| Pension costs |  |  | 1,038,853 |

When pension rights are granted to members of the Board of Management, necessary payments (if insured) and all necessary provisions are made in accordance with the applicable accounting principles. In 2020, no (additional) pension benefits were granted to former members of the Board of Management.

## Remuneration of the Supervisory Board

The remuneration of the members of the Supervisory Board amounted to EUR 1.3 million (2019: EUR 1.2 million; 2018: 1.1 million). Former members received no remuneration.

The members of the Supervisory Board do not receive any share-based remuneration. Therefore, at December 31, 2020 the members of the Supervisory Board held no stock options, performance shares or restricted shares.

The individual members of the Supervisory Board received, by virtue of the positions they held, the following remuneration:

Philips Group
**Remuneration of the Supervisory Board** in EUR

| | membership | committees | other compensation [1] | total |
|---|---|---|---|---|
| **2020** [2] | | | | |
| J. van der Veer | 155,000 | 35,000 | 11,345 | 201,345 |
| C.A. Poon | 115,000 | 49,000 | 7,269 | 171,269 |
| N. Dhawan | 100,000 | 18,000 | 7,269 | 125,269 |
| O. Gadiesh | 100,000 | 14,000 | 2,269 | 116,269 |
| D.E.I. Pyott | 100,000 | 42,000 | 12,269 | 154,269 |
| P.A.M. Stoffels | 100,000 | 9,333 | 9,769 | 119,102 |
| A.M. Harrison | 100,000 | 14,000 | 2,269 | 116,269 |
| M.E. Doherty | 100,000 | 24,000 | 9,769 | 133,769 |
| P. Löscher | 66,667 | 21,333 | 1,513 | 89,513 |
| F. Sijbesma | 76,667 | 9,333 | 1,513 | 87,513 |
| | 1,013,333 | 236,000 | 65,254 | 1,314,587 |
| **2019** [2] | | | | |
| J. van der Veer | 155,000 | 35,000 | 7,000 | 197,000 |
| C.A. Poon | 115,000 | 50,167 | 22,000 | 187,167 |
| H.N.F.M. von Prondzynski | 33,333 | 16,333 | 5,667 | 55,333 |
| J.P. Tai | 25,000 | 10,250 | 5,500 | 40,750 |
| N. Dhawan | 100,000 | 18,000 | 27,000 | 145,000 |
| O. Gadiesh | 100,000 | 19,833 | 12,000 | 131,833 |
| D.E.I. Pyott | 100,000 | 41,500 | 17,000 | 158,500 |
| P.A.M. Stoffels | 100,000 | - | 14,500 | 114,500 |
| A.M. Harrison | 100,000 | 9,333 | 12,000 | 121,333 |
| M.E. Doherty | 41,667 | 1,500 | 8,333 | 51,500 |
| | 870,000 | 201,917 | 131,000 | 1,202,917 |
| **2018** [2] | | | | |
| J. van der Veer | 140,000 | 27,500 | 12,000 | 179,500 |
| C.A. Poon | 96,250 | 36,625 | 22,000 | 154,875 |
| H.N.F.M. von Prondzynski | 85,000 | 36,625 | 14,500 | 136,125 |
| J.P. Tai | 85,000 | 34,625 | 22,000 | 141,625 |
| N. Dhawan | 85,000 | 14,250 | 24,500 | 123,750 |
| O. Gadiesh | 85,000 | 14,250 | 22,000 | 121,250 |
| D.E.I. Pyott | 85,000 | 25,250 | 32,000 | 142,250 |
| P.A.M. Stoffels | 38,333 | - | 8,333 | 46,667 |
| A.M. Harrison | 31,667 | - | 10,667 | 42,333 |
| | 731,250 | 189,125 | 168,000 | 1,088,375 |

[1] The amounts mentioned under other compensation relate to the fee for intercontinental travel, inter-European travel, the entitlement of EUR 2,000 under the Philips product arrangement and the annual fixed net expense allowance.

[2] As of 2013, part of the remuneration of members of the Supervisory Board living in the Netherlands is subject to VAT. The amounts mentioned in this table are excluding VAT

**Supervisory Board members' and Board of Management members' interests in Philips shares**
Members of the Supervisory Board and of the Executive Committee are prohibited from writing call and put options or similar derivatives of Philips securities.

Philips Group
**Shares held by Board members** [1] [2] in number of shares

| | December 31, 2019 | December 31, 2020 |
|---|---|---|
| J. van der Veer | 18,366 | 18,738 |
| F.A. van Houten | 347,565 | 424,029 |
| A. Bhattacharya | 90,083 | 123,077 |
| M.J. van Ginneken | 67,600 | 88,996 |

[1] Reference date for board membership is December 31, 2020.

[2] The total shares held by the members of the Board of Management is less than 1% of the company's issued share capital.