# Exhibit 8

As filed with the Securities and Exchange Commission on February 22, 2022

**UNITED STATES**

**SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

## Form 20-F

(Mark one)

☐ REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934

OR

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2021

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

OR

☐ SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Date of event requiring this shell company report . . . . . . . . . . . . . . . . . . .

**For the transition period from _____ to _____**

**Commission file number 001-05146-01**

## KONINKLIJKE PHILIPS NV
(Exact name of Registrant as specified in its charter)

## ROYAL PHILIPS
(Translation of Registrant's name into English)

### The Netherlands
(Jurisdiction of incorporation or organization)

### Philips Center, Amstelplein 2, 1096 BC Amsterdam, The Netherlands
(Address of principal executive offices)

### Marnix van Ginneken, Chief Legal Officer

**+31 2059 77232, marnix.van.ginneken@philips.com, Philips Center, Amstelplein 2, 1096 BC Amsterdam, The Netherlands**
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

**Securities registered or to be registered pursuant to Section 12(b) of the Act.**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Shares - par value Euro (EUR) 0.20 per share | PHG | New York Stock Exchange |

**Securities registered or to be registered pursuant to Section 12(g) of the Act.**

**None**
(Title of class)

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.**

**None**
(Title of class)

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.

| Class | Outstanding at December 31, 2021 |
|---|---|
| KONINKLIJKE PHILIPS NV | 870,182,445 shares |
| Common Shares par value EUR 0.20 per share | |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☒Yes ☐ No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. ☐ Yes ☒ No

Note - Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 from their obligations under those Sections.

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See definition of "large accelerated filer,"accelerated filer," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large Accelerated Filer ☒ Accelerated filer ☐ Non-accelerated filer ☐ Emerging growth company ☐

If an emerging growth company that prepares its financial statements in accordance with U S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act. ☐

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

U S. GAAP ☐     International Financial Reporting Standards as issued by the International Accounting Standards Board ☒     Other ☐

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow. ☐ Item 17 ☐ Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐ Yes ☒ No

# Contents

1     Introduction
2     Forward-looking statements
3     Form 20-F cross reference table
4     Message from the CEO
5     Board of Management and Executive Committee
6     Strategy and Businesses
6.1     Driven by purpose
6.2     How we create value
6.3     Materiality analysis
6.4     Our businesses
6.5     Our geographies
6.6     Supply chain and procurement
7     Financial performance
7.1     Performance review
7.2     Taxation
8     Environmental, Social and Governance
8.1     ESG reporting framework
8.2     Philips' ESG commitments
8.3     Environmental performance
8.4     Social performance
8.5     Governance
8.6     Philips' ESG performance at a glance
9     Risk management
9.1     Our approach to risk management
9.2     Risk factors
9.3     Strategic risks
9.4     Operational risks
9.5     Compliance risks
9.6     Financial risks
10     Supervisory Board
11     Supervisory Board report
11.1     Report of the Corporate Governance and Nomination & Selection Committee
11.2     Report of the Remuneration Committee
11.3     Report of the Audit Committee
11.4     Report of the Quality & Regulatory Committee
12     Corporate governance
12.1     Introduction
12.2     Board of Management and Executive Committee
12.3     Supervisory Board
12.4     Other Board-related matters
12.5     General Meeting of Shareholders
12.6     Annual financial statements and external audit
12.7     Stichting Preferente Aandelen Philips
12.8     Major shareholders
12.9     Corporate information
12.10     Additional information
13     Group financial statements
13.1     Management s report on internal control
13.2     Report of the independent auditor
13.3     Independent auditor s report on internal control over financial reporting
13.4     Independent auditor s report on the consolidated financial statements
13.5     Consolidated statements of income
13.6     Consolidated statements of comprehensive income
13.7     Consolidated balance sheets
13.8     Consolidated statements of cash flows
13.9     Consolidated statements of changes in equity
13.10     Notes
14     Other information
14.1     Reconciliation of non-IFRS information
14.2     Other Key Performance Indicators
14.3     Investor information
14.4     Definitions and abbreviations
15     Exhibits

# 4 Message from the CEO

### Dear Stakeholder,

Amidst the ongoing impact of COVID-19 on society, 2021 was an eventful and challenging year. Our continued strategic progress and strong growth in the first half of the year were overshadowed by the unprecedented scale of the global supply chain disruptions in the second half of the year, as well as the Philips Respironics voluntary field action to remediate the component quality issue in certain of its products.

The intensified global supply chain headwinds and postponement of customer equipment installations due to COVID-19 presented challenges to fully convert our opportunities to revenue in the second half of the year. These factors, combined with the sales consequences of the recall, resulted in full-year sales of EUR 17.2 billion, down 1% year-on-year.

As we work to overcome these headwinds and look to the future, I am very encouraged by the underlying performance of our businesses. Our Diagnosis & Treatment businesses and Personal Health businesses performed well in 2021, recording 8% and 9% comparable sales growth*) respectively. Following in the wake of 2020's high COVID-19-related demand for hospital ventilation and monitoring & analytics solutions, our Connected Care businesses posted a 23% decline in comparable sales in 2021, which also reflects the effect of the Philips Respironics recall.

We have strengthened our portfolio through our R&D programs, partnerships, and acquisitions. The relevance of our innovative products and solutions and customer interest in partnering with Philips, is underscored by the 4% growth in comparable order intake, resulting in an order book that is 18% higher year-on-year.

Nevertheless, I would like to emphasize that I very much regret the impact of the Philips Respironics recall on patients, care providers and shareholders. We identified – through our post-market surveillance processes – that the sound abatement foam used since 2008 in certain of our sleep and respiratory care products may degrade under certain circumstances. Subsequently, we issued a voluntary recall notification for affected devices to address potential health risks. We have ramped up production, service and repair capacity to ensure patients receive a repaired or replacement device as fast as possible.

As of January 2022, Philips Respironics has shipped a total of approximately 750,000 repair kits and replacement devices to customers and aims to complete the repair and replacement program in the fourth quarter of 2022. In close dialogue with regulators across the world, we are conducting a comprehensive test and research program to better characterize health risks. In parallel, we have captured and applied learnings from this recall across the entire company, as patient safety, quality and integrity are of the utmost importance to us.

### Continued progress on strategic roadmap

In 2021, we saw sustained traction for our strategy to help transform the delivery of care across the health continuum, and our innovative portfolio resonates very strongly with customers.

Inspired by our purpose to improve people's health and well-being, we innovate solutions that deliver meaningful impact. In the consumer domain, for instance, our new Sonicare 9900 Prestige electric toothbrush leverages AI to optimize the user's brushing technique, ensuring full coverage of their teeth, and instills brushing habits that improve oral health.

For healthcare providers, our innovative solutions – smart combinations of systems, devices, software and services – help them deliver on the Quadruple Aim of better health outcomes, improved patient and staff experience, and lower cost of care:

- Giving clinicians smart connected imaging tools like our new Spectral CT 7500 system, which deliver high-quality spectral images for every patient on every scan, helping them make precision diagnoses without the need for multiple re-scans. Or our new MR 5300 1.5T 'helium-free for life' system, which combines operational and clinical excellence with reduced environmental impact.

- Enabling real-time, remote collaboration between technologists, radiologists and imaging operations teams across multiple sites with our vendor-neutral, multimodality Radiology Operations Command Center.

- Helping surgeons in the interventional lab perform personalized, minimally invasive procedures with solutions like our Azurion next-generation image-guided therapy platform, which was further expanded with breakthrough applications in 2021.

- Enabling healthcare professionals to orchestrate care delivery, also for patients recovering at home, with connected care solutions like our Patient Flow Capacity Suite, which helps hospitals manage the complete patient journey, and Acute Care Telehealth, which builds on our successful Tele-ICU solutions.

We signed 80 long-term strategic partnerships with hospitals and health systems around the world in 2021, underlining customers' appreciation of our holistic approach to healthcare. Solutions-based sales and recurring revenues continue to generate a growing proportion of total sales, with the figure now standing at around 45%. In order to maintain the strong flow of health technology innovations going forward, we invested EUR 1.8 billion in R&D in 2021.

### Major divestment completed, acquisitions to drive future growth

In September, we completed the sale of the Domestic Appliances business to Hillhouse Investment, concluding our line of major divestments. We believe this will allow us to focus on extending our leadership in health technology solutions.

To support future growth and the delivery of data-enabled care across care settings, we again invested significantly in our data science, informatics and cloud technology capabilities in 2021. The acquisitions of BioTelemetry, Capsule Technologies and Cardiologs (the latter completed in January 2022) strengthen our position in patient care management in the hospital and the home. In January 2022, we also closed the acquisition of Vesper Medical, further expanding our image-guided therapy devices portfolio with venous stents.

### Delivering on our ESG commitments

We reached 1.67 billion people with our products and services in 2021, including 167 million in underserved communities – taking us a step closer to our goal of improving 2 billion lives per year by 2025, including 300 million in underserved communities.

We continued to deliver on the other key commitments set out in our Environmental, Social & Governance (ESG) framework. We are already carbon-neutral in our operations and are now engaging with suppliers and customers to reduce emissions across our entire value chain, as well as driving the transition to a circular economy.

We again received recognition for our sustainability efforts in 2021 – achieving a CDP 'A List' rating for the ninth consecutive year for our climate action, and securing second-highest place in the global Dow Jones Sustainability Indices (DJSI) list.

### Looking ahead

We continue to invest in the future, further improving operational excellence and growing our core business, while driving our transformation into a digital, customer-first solutions company. I am very confident in our ability to overcome our current challenges. Against this background, and reflecting the importance we attach to dividend stability, we propose to maintain the dividend at EUR 0.85 per share.

Based on good customer demand and our growing order book, we expect to resume our growth and margin expansion trajectory in the course of 2022. In the short term, however, we continue to see significant volatility and headwinds related to COVID-19 and supply chain challenges, despite our ongoing mitigation efforts. Due to this, the Respironics field action and the strong growth in Q1 2021, we expect to start the year with a comparable sales decline, followed by a recovery and strong second half of the year. For the full year, we target 3-5% comparable sales growth*) and a 40-90 basis-points improvement in Adjusted EBITA*) margin.

### In closing

I would like to thank our customers, suppliers and partners for their continued support over the past 12 months. And a special word of thanks to our employees for their fantastic contribution through another year of often difficult working circumstances due to the pandemic.

I would also like to express my appreciation to our shareholders for the confidence they continue to show in Philips' long-term future. This is a future founded on purpose and the robust, growing demand for health technology, which Philips will serve with a relentless focus on customer needs, its strong portfolio of innovations, and an unwavering commitment to continuous improvement.

**Frans van Houten**
*Chief Executive Officer*

# 7 Financial performance

## 7.1 Performance review

### The year 2021

- 2021 saw strong growth in orders and sales in the Diagnosis & Treatment and Personal Health segments, with a decline in Connected Care following the extraordinary growth in 2020 and the impact of the Respironics recall. Increases in component and transportation costs, along with shortages of key components due to capacity constraints and delays in transport routes, impacted Philips' sales and profitability.
- Sales amounted to EUR 17.2 billion, a decline of 1% on a nominal and comparable basis. Comparable sales growth*) in the Diagnosis & Treatment businesses was 8% and in the Personal Health businesses 9% on a comparable basis. However, this was more than offset by a 23% decline in the Connected Care businesses. This was largely due to the Respironics recall but also the high comparative base in 2020. Nevertheless, we ended the year with our highest-ever order book, 18% above 2020.
- In Q3 2021, Philips completed the divestment of Domestic Appliances as planned, resulting in a EUR 2.5 billion gain after tax and transaction-related costs; reported in Discontinued Operations.
- Net income amounted to EUR 3.3 billion, an increase of EUR 2.1 billion compared to 2020, mainly driven by the gain on the sale of the Domestic Appliances business. Net income is not allocated to segments, as certain income and expense line items are recorded on a centralized basis.
- Adjusted EBITA*) amounted to EUR 2.1 billion, or 12.0% of sales. Productivity programs delivered annual savings of approximately EUR 279 million. This included approximately EUR 140 million procurement savings, led by the Design for Excellence (DfX) program, and approximately EUR 139 million savings from other productivity programs. While the Diagnosis & Treatment and Personal Health businesses delivered improved profit expansion, the Connected Care businesses showed a decline in Adjusted EBITA*) margin, primarily due to the decline in sales and the impact of the voluntary recall notification in the Sleep & Respiratory Care business.
- Operating cash flow amounted to EUR 1.6 billion, and Free cash flow*) amounted to EUR 0.9 billion.
- In 2021, Philips completed the acquisitions of BioTelemetry and Capsule Technologies, which we believe will further drive our transformation into a solutions company and, in particular, further strengthen our position to improve patient care across care settings for multiple diseases and medical conditions.
- In June 2021, our subsidiary, Philips Respironics, initiated a voluntary recall notification in the United States and field safety notice outside the United States for certain sleep and respiratory care products related to the polyester-based polyurethane (PE-PUR) sound abatement foam in these devices. Following the substantial ramp-up of its production, service and repair capacity in 2021, the repair and replacement program in the United States and several other markets is under way. We recognized a field action provision of EUR 0.7 billion to cover the costs of the recall.
- We expect to resume our growth and margin expansion trajectory in the course of 2022, however, we continue to see volatility and headwinds related to COVID and the supply chain shortages, especially in the first half of the year, despite our ongoing mitigation actions.
- On January 29, 2019, Philips announced a EUR 1.5 billion share buyback program for capital reduction purposes. Approximately half of the program was executed through open market purchases during 2019 and the first quarter of 2020. The other half was executed through individual forward contracts. The last settlement under such contracts took place in December 2021 and the program was completed.
- On July 26, 2021, Philips announced a new EUR 1.5 billion share buyback program for capital reduction purposes. Philips entered into a number of forward transactions in the third quarter, covering approximately half of the program, with settlement dates in 2022, 2023 and 2024. The remainder of the program was executed through open market purchases taking place in Q4 2021 and Q1 2022.

### The year 2020

- Sales increased by 1% to EUR 17.3 billion on a nominal basis. On a comparable basis*, overall sales growth was 3%, with 22% growth in the Connected Care businesses, a 2% decline in the Diagnosis & Treatment businesses, and a 7% decline in the Personal Health businesses.
- Net income amounted to EUR 1.2 billion, an increase of EUR 22 million compared to 2019, mainly due to lower net financial expenses and lower income tax expenses, partly offset by higher amortization charges mainly due to a EUR 144 million impairment of goodwill. Net income is not allocated to segments, as certain income and expense line items are recorded on a centralized basis.
- Adjusted EBITA* amounted to EUR 2.3 billion, or 13.2% of sales, in line with 2019. The productivity programs delivered annual savings of approximately EUR 447 million and included approximately EUR 222 million procurement savings, led by the Design for Excellence (DfX) program, and approximately EUR 225 million savings from other productivity programs. While the Connected Care businesses delivered improved profit expansion, both the Diagnosis & Treatment businesses and Personal Health businesses showed a decline in Adjusted EBITA* margin. This was primarily due to lower volumes and resulting lower factory fixed-cost coverage, an adverse mix impact due to lower sales in Ultrasound and Image-Guided Therapy in the Diagnosis & Treatment businesses, and the decline in sales, partly offset by cost savings, in the Personal Health businesses.
- Operating cash flow amounted to EUR 2.5 billion, an increase of EUR 698 million, mainly due to working capital improvements, in particular better management of outstanding receivables. The 2019 figure was mainly attributable to higher earnings, partly offset by higher working capital outflows and higher tax paid. Free cash flow* amounted to EUR 1.6 billion, compared to EUR 0.9 billion in 2019.
- In 2020, Philips completed three acquisitions, with Intact Vascular being the most notable.

Philips Group
**Key data**
in millions of EUR unless otherwise stated

| | 2019 | 2020 | 2021 |
|---|---|---|---|
| Sales | 17,147 | 17,313 | 17,156 |
| Nominal sales growth | 8.0% | 1.0% | (0.9)% |
| Comparable sales growth [1] | 4.5% | 2.9% | (1.2)% |
| Income from operations | 1,366 | 1,264 | 553 |
| *as a % of sales* | *8.0%* | *7.3%* | *3.2%* |
| Financial expenses, net | (119) | (44) | (39) |
| Investments in associates, net of income taxes | 1 | (9) | (4) |
| Income tax expense | (258) | (212) | 103 |
| Income from continuing operations | 990 | 999 | 612 |
| Discontinued operations, net of income taxes | 183 | 196 | 2,711 |
| Net income | 1,173 | 1,195 | 3,323 |
| Adjusted EBITA [1] | 2,270 | 2,277 | 2,054 |
| *as a % of sales* | *13.2%* | *13.2%* | *12.0%* |
| Income from continuing operations attributable to shareholders [2] per common share (in EUR) - diluted | 1.06 | 1.08 | 0.67 |
| Adjusted income from continuing operations attributable to shareholders [2] per common share (in EUR) - diluted [1] | 1.74 | 1.74 | 1.65 |

[1] Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.
[2] Shareholders in this table refers to shareholders of Koninklijke Philips N.V.

*) Non-IFRS financial measure. For the definition and reconciliation of the most directly comparable IFRS measure, refer to Reconciliation of non-IFRS information.

**Share ownership guidelines**

To further align the interests to those of stakeholders and to motivate the achievement of sustained performance, the members of the Board of Management are bound to a minimum shareholding requirement. The table below shows the minimum shareholding requirement, annual base compensation, (vested) shares held and share ownership

ratio of each Board of Management member as per December 31, 2021.

**Philips Group**
**Share ownership Board of Management**

| | Minimum shareholding requirement [1] | Annual Base Compensation | (Vested) shares held | Ownership ratio [2] |
|---|---|---|---|---|
| F.A. van Houten | 4.0x | 1,325,000 | 525,761 | 13.0x |
| A. Bhattacharya | 3.0x | 795,000 | 148,365 | 6.1x |
| M.J. van Ginneken | 3.0x | 615,000 | 110,528 | 5.9x |

[1] As ratio of Annual Base Compensation
[2] The Ownership ratio is calculated by multiplying the total shares held by the share price of EUR 32.77 (based on the closing share price of December 31, 2021) and dividing this by the base compensation.

## Remuneration of the Supervisory Board in 2021

### Summary of the Remuneration Policy

Please find below a brief summary of the Remuneration Policy for the Supervisory Board, as adopted at the Annual General Meeting of Shareholders 2020. The fee levels in this Remuneration Policy are the same as the Supervisory Board fee levels as determined by our shareholders at the 2018 Extraordinary General Meeting of Shareholders.

The overarching objective of the 2020 Remuneration Policy for the Supervisory Board is to enable its members to fulfill their duties, acting independently: supervising the policies, management and the general affairs of Philips, and supporting the Board of Management and the Executive Committee with advice. Also, the members of the Supervisory Board are guided by the company s long-term interests, with due observance of the company s purpose and strategy, taking into account the interests of shareholders and all other stakeholders.

To support the objectives mentioned above, the 2020 Remuneration Policy is aimed at attracting and retaining international Supervisory Board members of the highest caliber and with experience and expertise relevant to our health technology businesses.

In compliance with the Dutch Corporate Governance Code, the 2020 Remuneration Policy provides that the remuneration for the members of the Supervisory Board is not dependent on the results of the company and does not include any shares (or rights to shares). Nevertheless, members of the Supervisory Board are encouraged to hold shares in the company for the purpose of long-term investment to reflect their confidence in the future course of the company. The company does not grant personal loans to members of the Supervisory Board.

The Supervisory Board reviews fee levels in principle every three years in order to monitor and take account of market developments and manage expectations of our key stakeholders. The levels are aimed at broadly median market levels (and around the 25th percentile market level for the Chairman) paid in the Quantum Peer Group (as used in the 2020 Remuneration Policy for the Board of Management).

The following table provides an overview of the current remuneration structure:

**Philips Group**
**Remuneration Supervisory Board**
**in EUR**

| | Chair | Vice Chair | Member |
|---|---|---|---|
| Supervisory Board | 155,000 | 115,000 | 100,000 |
| Audit Committee | 27,000 | n.a. | 18,000 |
| Remuneration Committee | 21,000 | n.a. | 14,000 |
| Corporate Governance and Nomination & Selection Committee | 21,000 | n.a. | 14,000 |
| Qual ty & Regulatory Committee | 21,000 | n.a. | 14,000 |
| Attendance fee per inter-European trip | 2,500 | 2,500 | 2,500 |
| Attendance fee per intercontinental trip | 5,000 | 5,000 | 5,000 |
| Entitlement to Philips product arrangement | 2,000 | 2,000 | 2,000 |
| Annual fixed net expense allowance | 11,345 | 2,269 | 2,269 |
| Other travel expenses | As reasonably incurred | | |

The members of the Supervisory Board benefit from coverage under the company s Directors and Officers (D&O) liability insurance.

### Remuneration of the Supervisory Board in 2021

The individual members of the Supervisory Board received, by virtue of the positions they held, the following remuneration in 2021:

**Philips Group**
**Remuneration of the Supervisory Board [1]**
**in EUR**

| | membership | committees | other compensation [2] | total |
|---|---|---|---|---|
| F. Sijbesma | 141,301 | 27,808 | 8,237 | 177,346 |
| P.A.M. Stoffels | 109,863 | 27,808 | 4,769 | 142,440 |
| J. van der Veer | 53,507 | 12,082 | 3,916 | 69,505 |
| C.A. Poon | 39,699 | 16,915 | 783 | 57,397 |
| N. Dhawan | 100,000 | 18,000 | 2,269 | 120,269 |
| O. Gadiesh | 34,521 | 4,833 | 783 | 40,137 |
| D.E.I. Pyott | 100,000 | 36,370 | 2,269 | 138,639 |
| A.M. Harrison | 100,000 | 14,000 | 2,269 | 116,269 |
| M.E. Doherty | 100,000 | 27,000 | 4,769 | 131,769 |
| P. Löscher | 100,000 | 32,000 | 4,769 | 136,769 |
| I. Nooyi | 100,000 | 14,000 | 2,269 | 116,269 |
| S.K. Chua | 65,753 | 11,836 | 1,492 | 79,081 |
| Total | 1,044,644 | 242,652 | 38,595 | 1,325,891 |

[1] The Supervisory Board fee levels have been reviewed and updated as per 2015. After that they have been reviewed once in the past 5 years, being in 2018, increasing the Chair fee from EUR 135,000 to EUR 155,000, the V ce Chair fee from EUR 90,000 to EUR 115,000 and the Member fee from EUR 80,000 to EUR 100,000. The Audit Committee Chair fee was increased from EUR 22,500 to EUR 27,000 while the Audit Committee Member fee was increased from EUR 13,000 to EUR 18,000. For the Remuneration Committee and the Quality & Regulatory Committee, the Chair fee was increased from EUR 15,000 to EUR 21,000 and the Member fee was increased from EUR 10,000 to EUR 14,000. For the Corporate Governance and Nomination & Selection Committee, the Chair fee was increased from EUR 15,000 to EUR 21,000 and the Member fee was increased from EUR 7,500 to EUR 14,000.

[2] The amounts mentioned under other compensation relate to the fee for intercontinental travel, inter-European travel, the entitlement of EUR 2,000 under the Philips product arrangement and the annual fixed net expense allowance.

**28** Information on remuneration

### Remuneration of the Executive Committee

In 2021, the total remuneration costs relating to the members of the Executive Committee (consisting of 16 members throughout the year, including the members of the Board of Management) amounted to EUR 33.4 million (2020: EUR 33.2 million; 2019: EUR 30.0 million) consisting of the elements in the following table.

**Philips Group**
**Remuneration costs of the Executive Committee** [1]
**in EUR**

| | 2019 | 2020 | 2021 |
|---|---|---|---|
| Base salary/Base compensation | 9,241,364 | 9,299,794 | 9,598,588 |
| Annual incentive [2] | 5,566,763 | 6,726,768 | 5,250,408 |
| Performance shares [3] [4] | 11,143,320 | 13,153,975 | 12,610,073 |
| Restricted share rights [3] | 168,404 | 288,372 | 1,380,644 |
| Pension allowances [5] | 2,076,834 | 2,054,570 | 2,107,953 |
| Pension scheme costs | 440,003 | 382,513 | 306,694 |
| Other compensation [6] | 1,331,990 | 1,264,908 | 2,104,044 |
| **Total** | **29,968,678** | **33,170,901** | **33,358,405** |

[1] The Executive Committee consisted of 13 members as per December 31, 2021 (2020  15 members; 2019  14 members)

[2] The annual incentives are related to the performance in the year reported which are paid out in the subsequent year.

[3] Costs of performance shares and restricted share rights are based on accounting standards (IFRS) and do not reflect the value of performance shares at the vesting/release date

[4] For 2021, a release of EUR 0 (2020  EUR 554,437; 2019  EUR 0) is included due to non-vesting of performance shares

[5] Pension allowances are gross taxable allowances pa d to the Executive Committee members in the Netherlands. These allowances are part of the pension arrangement

[6] The stated amounts mainly concern (share of) allowances to members of the Executive Committee that can be considered as remuneration. In a situation where such a share of an allowance can be considered as (indirect) remuneration (for example, private use of the company car), then the share is both valued and accounted for here. The method employed by the fiscal authorities is the starting po nt for the value stated

At December 31, 2021, the members of the Executive Committee (including the members of the Board of Management) held 184,900 (2020: 193,300; 2019: 291,520) stock options at a weighted average exercise price of EUR 17.15 (2020: EUR 17.31; 2019: EUR 18.61).

### Remuneration of the Board of Management

In 2021, the total remuneration costs relating to the members of the Board of Management amounted to EUR 10.3 million (2020: EUR 11.4 million; 2019: EUR 9.7 million), see the following table.

**Philips Group**
**Remuneration costs of individual members of the Board of Management**
**in EUR**

| | base compen - sation/salary | annual incentive [1] | perfor mance shares [2] | restricted share rights [2] | pension allowances [3] | pension scheme costs | other compen - sation | total costs |
|---|---|---|---|---|---|---|---|---|
| **2021** | | | | | | | | |
| F.A. van Houten | 1,325,000 | 850,915 | 2,626,295 | - | 565,403 | 27,462 | 57,224 | 5,452,299 |
| A. Bhattacharya | 790,000 | 360,103 | 1,172,533 | - | 233,857 | 27,462 | 68,908 | 2,652,864 |
| M.J. van Ginneken | 605,000 | 317,192 | 886,035 | - | 150,755 | 27,462 | 42,610 | 2,029,054 |
| | **2,720,000** | **1,528,211** | **4,684,863** | **-** | **950,014** | **82,387** | **168,742** | **10,134,217** |
| **2020** | | | | | | | | |
| F.A. van Houten | 1,325,000 | 1,298,500 | 2,874,467 | - | 565,922 | 27,001 | 62,176 | 6,153,067 |
| A. Bhattacharya | 785,000 | 596,600 | 1,295,996 | - | 233,126 | 27,001 | 70,267 | 3,007,990 |
| M.J. van Ginneken | 580,000 | 437,920 | 952,453 | - | 158,800 | 27,001 | 46,986 | 2,203,160 |
| | **2,690,000** | **2,333,020** | **5,122,916** | **-** | **957,849** | **81,004** | **179,428** | **11,364,217** |
| **2019** | | | | | | | | |
| F.A. van Houten | 1,295,000 | 1,091,800 | 2,235,166 | - | 559,052 | 26,380 | 52,713 | 5,260,111 |
| A. Bhattacharya | 770,000 | 517,472 | 995,483 | - | 230,006 | 26,380 | 63,265 | 2,602,606 |
| M.J. van Ginneken | 571,250 | 335,685 | 713,815 | - | 171,018 | 26,380 | 38,278 | 1,856,426 |
| | **2,636,250** | **1,944,957** | **3,944,464** | **-** | **960,076** | **79,140** | **154,256** | **9,719,143** |

[1] The annual incentives are related to the performance in the year reported which are paid out in the subsequent year.

[2] Costs of performance shares and restricted share rights are based on accounting standards (IFRS) and do not reflect the value of performance shares at the vesting/release date

[3] The stated amounts mainly concern (share of) allowances to members of the Board of Management that can be considered as remuneration. In a situation where such a share of an allowance can be considered as (indirect) remuneration (for example, private use of the company car), then the share is both valued and accounted for here. The method employed by the fiscal authorities is the starting point for the value stated.

The accumulated annual pension entitlements and the pension costs of individual members of the Board of Management are as follows:

**Philips Group**
**Accumulated annual pension entitlements and pension-related costs**
**in EUR unless otherwise stated**

| | age at December 31, 2021 | accumulated annual pension as of December 31, 2021 | total pension related costs |
|---|---|---|---|
| F.A. van Houten | 61 | 331,208 | 592,865 |
| A. Bhattacharya | 60 | 35,102 | 261,319 |
| M.J. van Ginneken | 48 | 48,015 | 178,217 |
| **Pension costs** | | | **1,032,402** |

When pension rights are granted to members of the Board of Management, necessary payments (if insured) and all necessary provisions are made in accordance with the applicable accounting principles. In 2021, no (additional) pension benefits were granted to former members of the Board of Management.

### Remuneration of the Supervisory Board

The remuneration of the members of the Supervisory Board amounted to EUR 1.3 million (2020: EUR 1.3 million; 2019: 1.2 million). Former members received no remuneration.

The members of the Supervisory Board do not receive any share-based remuneration. Therefore, at December 31, 2021 the members of the Supervisory Board held no stock options, performance shares or restricted shares.

The individual members of the Supervisory Board received, by virtue of the positions they held, the following remuneration:

Philips Group
**Remuneration of the Supervisory Board**
 **in EUR**

| | membership | committees | other compensation [1] | total |
|---|---|---|---|---|
| **2021** | | | | |
| F. Sijbesma | 141,301 | 27,808 | 8,237 | 177,346 |
| P.A.M. Stoffels | 109,863 | 27,808 | 4,769 | 142,440 |
| J. van der Veer | 53,507 | 12,082 | 3,916 | 69,505 |
| C.A. Poon | 39,699 | 16,915 | 783 | 57,397 |
| N. Dhawan | 100,000 | 18,000 | 2,269 | 120,269 |
| O. Gadiesh | 34,521 | 4,833 | 783 | 40,137 |
| D.E.I. Pyott | 100,000 | 36,370 | 2,269 | 138,639 |
| A.M. Harrison | 100,000 | 14,000 | 2,269 | 116,269 |
| M.E. Doherty | 100,000 | 27,000 | 4,769 | 131,769 |
| P. Löscher | 100,000 | 32,000 | 4,769 | 136,769 |
| I. Nooyi | 100,000 | 14,000 | 2,269 | 116,269 |
| S.K. Chua | 65,753 | 11,836 | 1,492 | 79,081 |
| | **1,044,644** | **242,652** | **38,595** | **1,325,891** |
| **2020** | | | | |
| J. van der Veer | 155,000 | 35,000 | 11,345 | 201,345 |
| C.A. Poon | 115,000 | 49,000 | 7,269 | 171,269 |
| N. Dhawan | 100,000 | 18,000 | 7,269 | 125,269 |
| O. Gadiesh | 100,000 | 14,000 | 2,269 | 116,269 |
| D.E.I. Pyott | 100,000 | 42,000 | 12,269 | 154,269 |
| P.A.M. Stoffels | 100,000 | 9,333 | 9,769 | 119,102 |
| A.M. Harrison | 100,000 | 14,000 | 2,269 | 116,269 |
| M.E. Doherty | 100,000 | 24,000 | 9,769 | 133,769 |
| P. Löscher | 66,667 | 21,333 | 1,513 | 89,513 |
| F. Sijbesma | 76,667 | 9,333 | 1,513 | 87,513 |
| | **1,013,333** | **236,000** | **65,254** | **1,314,587** |
| **2019** | | | | |
| J. van der Veer | 155,000 | 35,000 | 7,000 | 197,000 |
| C.A. Poon | 115,000 | 50,167 | 22,000 | 187,167 |
| H.N.F.M. von Prondzynski | 33,333 | 16,333 | 5,667 | 55,333 |
| J.P. Tai | 25,000 | 10,250 | 5,500 | 40,750 |
| N. Dhawan | 100,000 | 18,000 | 27,000 | 145,000 |
| O. Gadiesh | 100,000 | 19,833 | 12,000 | 131,833 |
| D.E.I. Pyott | 100,000 | 41,500 | 17,000 | 158,500 |
| P.A.M. Stoffels | 100,000 | - | 14,500 | 114,500 |
| A.M. Harrison | 100,000 | 9,333 | 12,000 | 121,333 |
| M.E. Doherty | 41,667 | 1,500 | 8,333 | 51,500 |
| | **870,000** | **201,916** | **131,000** | **1,202,916** |

[1] The amounts mentioned under other compensation relate to the fee for intercontinental travel, inter-European travel, the entitlement of EUR 2,000 under the Philips product arrangement and the annual fixed net expense allowance.

**Supervisory Board members' and Board of Management members' interests in Philips shares**
Members of the Supervisory Board and of the Board of Management are prohibited from writing call and put options or similar derivatives of Philips securities.

Philips Group
**Shares held by Board members** [1] [2]
 **in number of shares**

| | December 31, 2020 | December 31, 2021 |
|---|---|---|
| F.A. van Houten | 424,029 | 525,761 |
| A. Bhattacharya | 123,077 | 148,365 |
| M.J. van Ginneken | 88,996 | 110,528 |

[1] Reference date for board membership is December 31, 2021.
[2] The total shares held by the members of the Board of Management is less than 1% of the company's issued share capital.