# Exhibit A

| | |
|---|---|
| **From:** | Monahan, William B. |
| **Sent:** | Wednesday, October 26, 2022 10:58 AM |
| **To:** | Villi Shteyn; Olsen, Elizabeth N.; Nelles, Sharon L. |
| **Cc:** | Jeremy Lieberman; Emma Gilmore |
| **Subject:** | RE: [EXTERNAL] Patel v. Koninklijke Philips N.V. et al., No. 21 Civ. 4606 (MKB) (E.D.N.Y.) |

Villi,

Because you won't provide us with a copy of the very document you are asking us to consent to the filing of, Defendants neither consent nor oppose at this time.  In your submission to the Court, please inform the Court that Defendants asked for, but have not been provided, a copy of the proposed amended complaint.  Once we have seen the proposed amended complaint, Defendants will provide their position.

Best,

Bill

**From:** Villi Shteyn <vshteyn@pomlaw.com>
**Sent:** Wednesday, October 26, 2022 10:46 AM
**To:** Monahan, William B. <monahanw@sullcrom.com>; Olsen, Elizabeth N. <OlsenE@sullcrom.com>; Nelles, Sharon L. <Nelless@sullcrom.com>
**Cc:** Jeremy Lieberman <jalieberman@pomlaw.com>; Emma Gilmore <egilmore@pomlaw.com>
**Subject:** RE: [EXTERNAL] Patel v. Koninklijke Philips N.V. et al., No. 21 Civ. 4606 (MKB) (E.D.N.Y.)

We identified the items that we intend to raise in our proposed amended complaint.  This information is more than sufficient for defendants to decide whether or not to consent to the amendment.  Please let us know if you consent.

Villi Shteyn
**POMERANTZLLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Tel: 646-581-9947
vshteyn@pomlaw.com

**From:** Monahan, William B. <monahanw@sullcrom.com>
**Sent:** Wednesday, October 26, 2022 10:39 AM
**To:** Villi Shteyn <vshteyn@pomlaw.com>; Olsen, Elizabeth N. <OlsenE@sullcrom.com>; Nelles, Sharon L. <Nelless@sullcrom.com>
**Cc:** Jeremy Lieberman <jalieberman@pomlaw.com>; Emma Gilmore <egilmore@pomlaw.com>
**Subject:** RE: [EXTERNAL] Patel v. Koninklijke Philips N.V. et al., No. 21 Civ. 4606 (MKB) (E.D.N.Y.)

Does that mean you are refusing to provide us with a copy of your proposed amended complaint so that we can consider it as part of your request for our consent to amendment?

**From:** Villi Shteyn <vshteyn@pomlaw.com>
**Sent:** Wednesday, October 26, 2022 10:31 AM
**To:** Monahan, William B. <monahanw@sullcrom.com>; Olsen, Elizabeth N. <OlsenE@sullcrom.com>; Nelles, Sharon L.

<Nelless@sullcrom.com>
**Cc:** Jeremy Lieberman <jalieberman@pomlaw.com>; Emma Gilmore <egilmore@pomlaw.com>
**Subject:** RE: [EXTERNAL] Patel v. Koninklijke Philips N.V. et al., No. 21 Civ. 4606 (MKB) (E.D.N.Y.)

Counsel:

No rule requires plaintiffs to provide defendants in advance with a copy of their proposed complaint.  Plaintiffs do not intend to add any new claims.  Plaintiffs do intend to expand the Class Period end date from November 12, 2021 to October 24, 2022, and to add new allegations supporting Plaintiffs' existing claims that arose since the complaint was filed based on Plaintiffs' continued investigation, regulatory developments such as the Department of Justice subpoena and proposed consent decree, as well as additional recalls and FDA actions.

Regards,

Villi Shteyn
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Tel: 646-581-9947
vshteyn@pomlaw.com

---

**From:** Monahan, William B. <monahanw@sullcrom.com>
**Sent:** Tuesday, October 25, 2022 6:22 PM
**To:** Villi Shteyn <vshteyn@pomlaw.com>; Olsen, Elizabeth N. <OlsenE@sullcrom.com>; Nelles, Sharon L. <Nelless@sullcrom.com>
**Cc:** Jeremy Lieberman <jalieberman@pomlaw.com>; Emma Gilmore <egilmore@pomlaw.com>
**Subject:** RE: [EXTERNAL] Patel v. Koninklijke Philips N.V. et al., No. 21 Civ. 4606 (MKB) (E.D.N.Y.)

Thanks, Villi.  Are you going to be sending us a redline of your proposed amended complaint so that we can see the proposed changes?

---

**From:** Villi Shteyn <vshteyn@pomlaw.com>
**Date:** Tuesday, Oct 25, 2022 at 5:53 PM
**To:** Olsen, Elizabeth N. <OlsenE@sullcrom.com>, Nelles, Sharon L. <Nelless@sullcrom.com>, Monahan, William B. <monahanw@sullcrom.com>
**Cc:** Jeremy Lieberman <jalieberman@pomlaw.com>, Emma Gilmore <egilmore@pomlaw.com>
**Subject:** [EXTERNAL] Patel v. Koninklijke Philips N.V. et al., No. 21 Civ. 4606 (MKB) (E.D.N.Y.)

Counsel:

Plaintiffs intend to request leave to amend their complaint in the above-captioned matter. We need to inform the Court whether Defendants consent to leave to amend the pleading. Please let us know by the end of the day on Friday, October 28, 2022.

Regards,

Villi Shteyn
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Tel: 646-581-9947

2

vshteyn@pomlaw.com

---

**This is an external message from:** vshteyn@pomlaw.com **

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.