# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Jenny Kramer      Direct Dial: **+1 212 210 9420**      Email: **jenny.kramer@alston.com**

February 6, 2023

Jeremy A. Lieberman
Pomerantz LLP
600 Third Avenue
New York, NY 10016

Re:     *Patel v. Koninklijke Philips N.V., et al.*, No. 1:21-cv-04606 (ERK) (MMH) (E.D.N.Y.)

Dear Mr. Lieberman,

We write on behalf of Defendant John Frank in the above-captioned action and in accordance with Rule IV(d)(i) of the Court's individual motion practices. We enclose the following materials:

1. Defendant Frank's Notice of Motion to Dismiss the Second Amended Complaint;

2. Defendant Frank's Memorandum of Law in Support of His Motion to Dismiss the Second Amended Complaint; and

3. Declaration of Jenny Kramer in Support of Defendant Frank's Motion to Dismiss the Second Amended Complaint and exhibits thereto.

Sincerely,

*/s/ Jenny Kramer*

Jenny Kramer

Alston & Bird LLP      www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.