# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 6, 2023

Via E-Mail and ECF

Jeremy A. Lieberman, Esq.,
   Pomerantz LLP,
      600 3rd Avenue,
         New York, NY 10016.

      Re:   *Patel* v. *Koninklijke Philips N.V. et al.*,
           Case No. 1:21-cv-04606-ERK (E.D.N.Y.)

Dear Mr. Lieberman:

      On behalf of Defendants Koninklijke Philips N.V., Frans van Houten, and Abhijit Bhattacharya (the "KPNV Defendants"), and in accordance with Rule IV(d)(i) of the Court's Individual Practices and Rules, I enclose the following materials:

      (1)   The KPNV Defendants' Notice of Motion to Dismiss the Second Amended Complaint;

      (2)   The KPNV Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Second Amended Complaint; and

      (3)   Declaration of William B. Monahan in Support of the KPNV Defendants' Motion to Dismiss the Second Amended Complaint and exhibits thereto.

                                Sincerely,

                                */s/ Sharon L. Nelles*

                                Sharon L. Nelles

(Enclosures)

cc:   *All Counsel of Record* (via e-mail) (without enclosures for ECF)