# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUBHASH PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V., FRANS VAN HOUTEN, ABHIJIT BHATTACHARYA, and JOHN FRANK,<br><br>*Defendants*. | 21-CV-4606 (ERK) (MMH)<br><br>(Oral Argument Requested) |

## THE KPNV DEFENDANTS' NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COPLAINT

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of the KPNV Defendants' Motion to Dismiss the Second Amended Complaint, the supporting declaration and exhibits attached thereto, and all prior proceedings herein, Defendants Koninklijke Philips N.V., Frans van Houten, and Abhijit Bhattacharya (the "KPNV Defendants"), by and through their undersigned counsel, respectfully move this Court for an Order dismissing the Second Amended Complaint in its entirety with prejudice pursuant to the Private Securities Litigation Reform Act and Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure.

By: */s/ Sharon L. Nelles*
Sharon L. Nelles
William B. Monahan
Elizabeth N. Olsen
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000

-2-

*Counsel for Defendants Koninklijke Philips N.V., Frans van Houten, and Abhijit Bhattacharya*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2023, true and correct copies of the KPNV Defendants' Notice of Motion to Dismiss the Second Amended Complaint, the KPNV Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Second Complaint, and the Declaration of William B. Monahan in support thereof, were served on the following counsel via electronic mail:

Jeremy A. Lieberman
Emma Gilmore
Dolgora Dorzhieva
Villi Shteyn
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
egilmore@pomlaw.com
ddorzhieva@pomlaw.com
vshteyn@pomlaw.com

*Lead Counsel for Plaintiffs*

Peretz Bronstein
Bronstein, Gewirtz & Grossman LLC
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs*

 

      */s/ Elizabeth N. Olsen*
      Elizabeth N. Olsen