# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

April 25, 2023

By Hand

The Honorable Judge Edward R. Korman,
   United States District Judge for the Eastern District of New York,
     United States Courthouse,
      225 Cadman Plaza East,
         Brooklyn, New York 11201.

     Re:   *Patel v. Koninklijke Philips N.V. et al., No. 1:21-cv-04606*

Dear Judge Korman:

     In accordance with Sections 4.C and 4.D of the Court's Individual Practices and Rules, enclosed please find courtesy copies of the following documents filed yesterday (ECF No. 48):

(1)    The KPNV Defendants' Notice of Motion to Dismiss the Second Amended Complaint;

(2)    The KPNV Defendants' Memorandum in Support of Their Motion to Dismiss the Second Amended Complaint;

(3)    Declaration of William B. Monahan in Support of the KPNV Defendants' Motion to Dismiss the Second Amended Complaint and exhibits 1 to 18 thereto;

(4)    Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint;

(5)    Declaration of Emma Gilmore in Support of Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss the Second Amended Complaint and exhibits A and B thereto;

(6)    The KPNV Defendants' Reply Memorandum in Further Support of Their Motion to Dismiss the Second Amended Complaint; and

(7)    Reply Declaration of William B. Monahan in Further Support of the KPNV Defendants' Motion to Dismiss and exhibits A to G thereto.

      The Court's December 16, 2022 scheduling order set for the deadline for the KPNV Defendants' reply as Saturday, April 22, 2023. (ECF No. 44.) In accordance with Local Civil Rule 6.4, the KPNV Defendants filed their reply, as well as all other papers associated with the KPNV defendants' motion to dismiss, the next business day, Monday, April 24, 2023.

Respectfully submitted,

William B. Monahan

(Enclosures)

cc:    Counsel of Record (via email, w/o enclosures)