# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

March 4, 2024

Via ECF

The Honorable Edward R. Korman,
   United States District Court for the Eastern District of New York,
      225 Cadman Plaza East,
         Brooklyn, New York 11201.

      Re:    *Patel v. Koninklijke Philips N.V. et al*, No. 21-cv-4606-ERK-MMH

Dear Judge Korman:

      On behalf of defendants Koninklijke Philips N.V., Frans van Houten, and Abhijit Bhattacharya ("Defendants"), we respectfully submit this letter concerning the March 19, 2024 oral argument the Court has set in the above-captioned action.

      Pursuant to the Rule III(d) of the Court's Individual Rules, Defendants respectfully request that the oral argument be rescheduled to April 24, 2024, at 2:00 p.m. Defendants make this request because of their counsel's unavoidable scheduling conflicts the week of March 19. Defendants' counsel has consulted with the Court's case manager, Talia Cohen, who has confirmed the Court's availability for oral argument on April 24 at 2:00 p.m.

      Counsel for all other parties consent to Defendants' request and are also available on April 24, 2024, at 2:00 p.m.

      Respectfully submitted,

      */s/ William B. Monahan*
      William B. Monahan

      *Counsel for Defendants Koninklijke Philips N.V., Frans van Houten, and Abhijit Bhattacharya*

cc:   Counsel of Record (via e-mail and ECF)
      Magistrate Judge Marcia M. Henry (via ECF)