# CIVIL CAUSE FOR ORAL ARGUMENT

BEFORE JUDGE KORMAN   DATE: 4/24/2024  TIME: 2 HOURS 15 MINS
**21-CV-4606**

TITLE:  **Patel v. Koninklijke Philips N.V. et al.**

PLTFFS ATTY:   Jeremy Lieberman
\_\_ present   X not present

Emma Gilmore
X present   \_\_ not present

Villi Shteyn
X present   \_\_ not present

DEFTS ATTY:   William B. Monahan
X present   \_\_ not present

Sharon L. Nelles
\_\_ present   X not present

Scott O'Brien
X present   \_\_ not present

Joseph Tully
\_\_ present   X not present

Jenny Kramer
X present   \_\_ not present

ESR: ROCCO/HONG       COURTROOM DEPUTY: Talia Cohen
OTHER:

\_ CASE CALLED.   \_ SETTLEMENT CONF HELD.

\_ JURY SELECTION SET FOR _____

*BEFORE MAGISTRATE JUDGE (TO BE ASSIGNED).*

\_ TRIAL SCHEDULED FOR_____.

## OTHER:

Oral argument held on the defendants' motions to dismiss. The court reserved decision on the motion.