SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

October 7, 2024

<u>Via E-Mail and ECF</u>

Emma Gilmore, Esq.,
    Pomerantz LLP,
        600 3rd Avenue,
            New York, NY 10016.

        Re:   *Patel* v. *Koninklijke Philips N.V. et al.*,
              <u>Case No. 1:21-cv-04606 (ERK) (MMH) (E.D.N.Y.)</u>

Dear Ms. Gilmore:

        On behalf of Defendants Koninklijke Philips N.V. and Frans van Houten ("Defendants"), and in accordance with Rule IV(d)(i) of the Court's Individual Motion Practices and Rules, I enclose the following materials:

        (1)     Defendants' Notice of Motion for Reconsideration; and

        (2)     Defendants' Memorandum in Support of Their Motion for Reconsideration.

                                      Sincerely,

                                      */s/ William B. Monahan*

                                      William B. Monahan

(Enclosures)

cc:    *All Counsel of Record* (via e-mail) (without enclosures for ECF)