UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUBHASH PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V. and FRANS VAN HOUTEN,<br><br>*Defendants*. | 21-cv-4606 (ERK) (MMH)<br><br>(Oral Argument Requested) |

## DEFENDANTS' NOTICE OF MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum in Support of Their Motion for Reconsideration, and all prior proceedings herein, Defendants Koninklijke Philips N.V. ("KPNV") and Frans van Houten, by and through their undersigned counsel, respectfully move this Court for an Order reconsidering the ruling in its September 23, 2024 Memorandum and Order that the Second Amended Complaint adequately pled Mr. van Houten's (and, therefore, KPNV's) scienter and dismissing the Second Amended Complaint with prejudice in its entirety.

By:    */s/ William B. Monahan*
         Sharon L. Nelles
         William B. Monahan
         SULLIVAN & CROMWELL LLP
         125 Broad Street
         New York, New York 10004
         Tel: (212) 558-4000

         *Counsel for Koninklijke Philips N.V. and Frans van Houten*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October 2024, true and correct copies of Defendants' Notice of Motion for Reconsideration and Defendants' Memorandum in Support of Their Motion for Reconsideration were served on the following counsel via electronic mail:

| | |
|---|---|
| Jeremy A. Lieberman<br>Emma Gilmore<br>Villi Shteyn<br>Pomerantz LLP<br>600 Third Avenue<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665<br>jalieberman@pomlaw.com<br>egilmore@pomlaw.com<br>vshteyn@pomlaw.com<br><br>*Lead Counsel for Lead Plaintiff and the Proposed Class* | Peretz Bronstein<br>Bronstein, Gewirtz & Grossman LLC<br>60 East 42nd Street, Suite 4600<br>New York, New York 10165<br>Telephone: (212) 697-6484<br>Email: peretz@bgandg.com<br><br>*Additional Counsel for Lead Plaintiff and the Proposed Class* |

                                            */s/ William B. Monahan*
                                              William B. Monahan