# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

October 29, 2024

Via Hand Delivery and ECF

The Honorable Edward R. Korman,
   United States District Court for the Eastern District of New York,
      225 Cadman Plaza East,
         Brooklyn, New York 11201.

      Re:   <u>*Patel v. Koninklijke Philips N.V. et al*, No. 21-cv-4606-ERK-MMH</u>

Dear Judge Korman:

      We represent Defendants Koninklijke Philips N.V. and Frans van Houten in the above-referenced action. Pursuant to Section IV(d)(iii) of Your Honor's Individual Motion Practices and Rules, enclosed please find courtesy copies of the following motion papers concerning Defendants' Motion for Reconsideration:

1. Defendants' Notice of Motion for Reconsideration (ECF No. 58);

2. Defendants' Memorandum of Law in Support of Their Motion for Reconsideration (ECF No. 58-1);

3. Plaintiffs' Opposition to Defendants' Motion for Reconsideration (ECF No. 58-2); and

4. Defendants' Reply Memorandum in Further Support of Their Motion for Reconsideration (ECF No. 58-3).

      Defendants respectfully request oral argument. We thank the Court for its continued attention to this matter.

      Respectfully submitted,

      */s/ William B. Monahan*

      William B. Monahan

(Enclosures)

cc:   Counsel of Record (via email, w/o enclosures)