# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUBHASH PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V. and FRANS VAN HOUTEN,<br><br>*Defendants.* | Case No. 1:21-cv-04606-ERK-MMH |

The parties have agreed to, and respectfully request that the Court enter, the following proposed Discovery Plan/Scheduling Order:[1]

| PROPOSED DISCOVERY PLAN/SCHEDULING ORDER[2] | | | |
|---|---|---|---|
| | **DONE** | **NOT APPLICABLE** | **DATE** |
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1.  Rule 26(f) Conference held | ✓ | | November 21, 2024 |
| 2.  Rule 26(a)(1) disclosures exchanged | | | December 4, 2024 |
| 3.  Requested: | | | |
|    a. Medical records authorization | | ✓ | |
|    b. Section 160.50 releases for arrest records | | ✓ | |
|    c. Identification of John Doe/Jane Doe defendants | | ✓ | |
| 4.  Procedures for producing Electronically Stored Information (ESI) discussed | | | December 4, 2024 |
| 5.  Protective Order to be submitted for court approval (see Standing Protective Order on the Chambers website) | | | December 4, 2024 |

---

[1] In light of the Court's Memorandum and Order (ECF No. 55), the case caption has been adjusted to reflect the current parties.

[2] The parties have proposed certain agreed changes to the Court's form/standing Proposed Discovery Plan/Scheduling Order. All proposed changes have been underlined.

| PROPOSED DISCOVERY PLAN/SCHEDULING ORDER[2] | | | |
|---|---|---|---|
| | **DONE** | **NOT APPLICABLE** | **DATE** |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | ✓ | In connection with private mediation |
| 2. Defendant to make settlement offer | | ✓ | In connection with private mediation |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | ✓ | Private mediation to be held on or before June 5, 2025 |
| 4. Settlement conference (proposed date) | | ✓ | Private mediation to be held on or before June 5, 2025 |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | | October 15, 2025 |
| 2. Motion to amend pleadings | | | October 15, 2025 |
| 3. Initial documents requests and interrogatories | | | December 23, 2024 |
| 4. <u>Completion of party document discovery</u> | | | June 16, 2025 |
| 5. All fact discovery to be completed (including disclosure of medical records) | | | September 15, 2025 |
| 6. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | September 30, 2025 |
| 7. Expert Discovery (only if needed) | *Check here if not applicable* ☐ | | |
| Plaintiff expert proposed field(s) of expertise: | Loss causation, price impact, damages and other areas to be determined | | |
| Defendant expert proposed field(s) of expertise: | Loss causation, price impact, damages and other areas to be determined | | |
| a. Affirmative expert reports due | | | October 27, 2025 |
| b. Rebuttal expert reports due | | | December 11, 2025 |
| c. <u>Reply expert reports due</u> | | | January 26, 2026 |

| PROPOSED DISCOVERY PLAN/SCHEDULING ORDER[2] | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| d. Depositions of experts to be completed | | | February 27, 2026 |
| 9. Completion of ALL DISCOVERY (if different from C.6) | | | February 27, 2026 |
| 10. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive and/or *Daubert* motion is anticipated | | | March 6, 2026 |
| 11. If any party seeks a **dispositive and/or** **_Daubert_ motion**, date to:<br><br>(a) file request for pre-motion conference (if required), or<br><br>(b) file briefing schedule for the motion | | | (a) March 20, 2026<br><br>(b) March 6, 2026 |
| 12. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | Dispositive motions will be filed |
| **D. CONSENT TO MAGISTRATE JUDGE JURISDICTION** | | | |
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | | | ☐ Yes<br>☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | | | ☐ Yes<br>☒ No |
| **E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY** | | | |
| 1. Motion for collective action certification in FLSA cases | | ✓ | |
| a. Response due | | ✓ | |
| b. Reply due | | ✓ | |
| 2. Plaintiff's motion for Rule 23 class certification **and associated expert reports.** | | | February 28, 2025 |
| a. Defendants' response and associated expert reports and Daubert motions | | | April 29, 2025 |
| b. Plaintiff's reply, Daubert motions (as to defendants' experts), and Daubert oppositions (as to plaintiff's experts) | | | June 30, 2025 |
| c. Defendants' Daubert oppositions (as to defendants' experts) | | | July 30, 2025 |

Dated: November 27, 2024                    Respectfully submitted,


**POMERANTZ LLP**
*/s/ Emma Gilmore*                          */s/ William B. Monahan*
_____            _____
Jeremy A. Lieberman                         Sharon L. Nelles
Emma Gilmore                                William B. Monahan
Villi Shteyn                                Thomas C. White
600 Third Avenue                            SULLIVAN & CROMWELL LLP
New York, New York 10016                    125 Broad Street
Telephone: (212) 661-1100                   New York, New York 10004
Facsimile: (212) 661-8665                   (212) 558-4000
jalieberman@pomlaw.com
egilmore@pomlaw.com                         *Counsel for Koninklijke Philips N.V. and*
vshteyn@pomlaw.com                          *Frans van Houten*


*Lead Counsel for Lead Plaintiffs and the*
*Proposed Class*



**BRONSTEIN, GEWIRTZ &**
**GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com


*Additional Counsel for Lead Plaintiffs and the*
*Proposed Class*



**SO ORDERED:**

*Marcia M. Henry*
_____            12/05/2024
**MARCIA M. HENRY**                         _____
United States Magistrate Judge              **Date**


4