

**Emma Gilmore**
Partner

February 28, 2025

**Via E-Mail and ECF**

William B. Monahan
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

    Re:    *Patel v. Koninklijke Philips N.V., et al.*, No. 21-cv-4606-ERK-MMH

Dear Mr. Monahan:

On behalf of Lead Plaintiff Richard Sun and Plaintiff Subhash Patel ("Plaintiffs"), and in accordance with Rule IV(d)(i) of the Court's Individual Motion Practices and Rules, I enclose the following materials:

1) Notice of Plaintiffs' Motion for Class Certification;

2) Plaintiffs' Memorandum of Law in Support of Their Motion for Class Certification;

3) Declaration of Emma Gilmore in Support of Plaintiffs' Motion for Class Certification and exhibits thereto; and

4) [Proposed] Order Certifying the Class, Appointing Class Representatives, and Appointing Class Counsel.

    Sincerely,

    */s/ Emma Gilmore*
    Emma Gilmore

(Enclosures)

cc:    All Counsel of Record (via e-mail) (without enclosures for ECF)