UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUBHASH PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>     v.<br><br>KONINKLIJKE PHILIPS N.V. AND FRANS VAN HOUTEN,<br><br>         Defendants. | Case No. 1:21-cv-04606-ERK-MMH |

### STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE, WORD LIMITS, AND SUR-REPLY

This stipulation is entered into by and between Plaintiffs and Defendants.

WHEREAS, on December 5, 2024 the Court approved the parties' Proposed Discovery Plan and Scheduling Order (ECF No. 64) which, among other things, sets forth deadlines for the Plaintiffs' Motion for Class Certification ("Motion"), including a reply due on June 30, 2025.

WHEREAS, on February 28, 2025, Plaintiffs served their Motion papers on Defendants, and on April 29, 2025, Defendants served their opposition papers.

WHEREAS, due to travel commitments and work schedule constraints, Plaintiffs conferred with Defendants and requested (i) an extension for their reply in further support of their Motion, from June 30, 2025 to July 15, 2025, as well as (ii) an extension of the word limit for Plaintiffs' reply in further support of their Motion, from 3,500 words, as set by Local Civil Rule 7.1(c), to 5,500 words.

WHEREAS, Defendants agreed to these requests and, in light of the expansion of the word limit, asked to submit a short, 1,500 word sur-reply.

1

WHEREAS, to avoid unnecessarily burdening the Court, the parties have agreed to the time and word limit extensions specified above, and to the submission of a 1,500 word sur-reply.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants that (1) the due date for Plaintiffs' reply in support of their Motion shall be July 15, 2025 and shall not exceed 5,500 words; and (2) Defendants may submit a sur-reply in further opposition to the Motion by August 15, 2025, and the sur-reply shall not exceed 1,500 words.

**AGREED TO AND STIPULATED TO BY:**

Dated: May 9, 2025

Respectfully submitted,

**POMERANTZ LLP**
*/s/ Emma Gilmore*
Jeremy A. Lieberman
Emma Gilmore
Villi Shteyn
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
egilmore@pomlaw.com
vshteyn@pomlaw.com

*Lead Counsel for Lead Plaintiffs and the Proposed Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com

*Additional Counsel for Lead Plaintiffs and the Proposed Class*

*/s/ William B. Monahan*
Sharon L. Nelles
William B. Monahan
Thomas C. White
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Counsel for Koninklijke Philips N.V. and Frans van Houten*

**SO ORDERED**:

Dated: Brooklyn, New York
_____, 2025

_____
EDWARD R. KORMAN
United States District Judge