UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUBHASH PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V. AND FRANS VAN HOUTEN,<br><br>Defendants. | Case No. 1:21-cv-04606-ERK-MMH |

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**CASE SCHEDULE AND DEPOSITION LIMITS**

This stipulation is entered into by and between Plaintiffs and Defendants.

WHEREAS, on December 5, 2024, the Court approved the parties' Proposed Discovery Plan and Scheduling Order (ECF No. 64);

WHEREAS, pursuant to Fed. R. Civ. P. 30(a)(2), each side may take 10 depositions absent leave of court or stipulation;

WHEREAS, Plaintiffs requested, and Defendants subsequently agreed, to enlarge the number of depositions for each side from 10 to 20;

WHEREAS, Plaintiffs requested, and Defendants subsequently agreed, to a modification of certain of the existing deadlines in light of the additional depositions, as set forth below:[1]

---

[1] None of the earlier deadlines in the schedule is affected by this Stipulation and Order.

1

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| All fact discovery to be completed | September 15, 2025 | October 27, 2025 |
| Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | September 30, 2025 | November 12, 2025 |
| Affirmative expert reports | October 27, 2025 | December 8, 2025 |
| Rebuttal expert reports | December 11, 2025 | February 11, 2026 |
| Reply expert reports | January 26, 2026 | March 25, 2026 |
| Depositions of experts to be completed | February 27, 2026 | April 24, 2026 |
| Completion of all discovery | February 27, 2026 | April 24, 2026 |
| Joint status report certifying close of all discovery and indicating whether dispositive and/or Daubert motions are anticipated | March 6, 2026 | May 4, 2026 |
| If any party seeks a dispositive and/or Daubert motion, date to:<br><br>(a) File request for pre-motion conference (if required), or<br>(b) File briefing schedule of the motion | (a) March 20, 2026<br><br>(b) March 6, 2026 | (a) May 18, 2026<br><br>(b) May 4, 2026 |

WHEREAS, no other deadline is modified or altered as a result of this Stipulation and

Order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, that (1) the case schedule is modified as set forth above; and (2) each side may take up to 20 depositions.

**AGREED TO AND STIPULATED TO BY:**

Dated: July 9, 2025

Respectfully submitted,

**POMERANTZ LLP**
*/s/ Emma Gilmore*
Jeremy A. Lieberman
Emma Gilmore
Villi Shteyn
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
egilmore@pomlaw.com
vshteyn@pomlaw.com

*Lead Counsel for Lead Plaintiffs and the Proposed Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com

*Additional Counsel for Lead Plaintiffs and the Proposed Class*

*/s/ William B. Monahan*
Sharon L. Nelles
William B. Monahan
Thomas C. White
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Counsel for Koninklijke Philips N.V. and Frans van Houten*

Dated: Brooklyn, New York
July 14, 2025

SO ORDERED:

*Marcia M. Henry*
MARCIA M. HENRY
United States Magistrate Judge