

Emma Gilmore
Partner

September 12, 2025

**VIA ECF**

The Honorable Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Patel v. Koninklijke Philips N.V., et al., No. 21-cv-4606-ERK-MMH*

Dear Judge Korman:

  We represent Lead Plaintiff Richard Sun and Plaintiff Subhash Patel ("Plaintiffs") in the above-referenced action. Pursuant to Section I(c) of Your Honor's Individual Motion Practices and Rules, we submit the attached proposed order for Plaintiffs' Motion for Class Certification and will also submit a Microsoft Word version to chambers by email.

    Respectfully submitted,

    */s/ Emma Gilmore*
    Emma Gilmore

(Enclosure)

cc: Counsel of Record (via ECF)