

**Emma Gilmore**
Partner

September 12, 2025

**VIA MAIL**

The Honorable Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Patel v. Koninklijke Philips N.V., et al., No. 21-cv-4606-ERK-MMH*

Dear Judge Korman:

We represent Lead Plaintiff Richard Sun and Plaintiff Subhash Patel ("Plaintiffs") in the above-referenced action. Pursuant to Section IV(d)(iii) of Your Honor's Individual Motion Practices and Rules, enclosed please find courtesy copies of the following motion papers concerning Plaintiffs' Motion for Class Certification:

1) Joint Letter Motion for Leave to File Under Seal and attachments thereto;

2) Notice of Plaintiffs' Motion for Class Certification;

3) Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Class Certification;

4) Declaration of Emma Gilmore in Support of Plaintiffs' Motion for Class Certification and exhibits thereto;

5) [Proposed] Order Certifying the Class, Appointing Class Representatives, and Appointing Class Counsel;

6) Defendants' Memorandum in Opposition to Plaintiffs' Motion for Class Certification;

7) Declaration of William B. Monahan in Opposition to Plaintiffs' Motion for Class Certification and exhibits thereto;

8) Plaintiffs' Reply Memorandum of Law in Further Support of their Motion for Class Certification;

9) Declaration of Emma Gilmore in Further Support of Plaintiffs' Motion for Class Certification and exhibits thereto;

10) Defendants' Sur-Reply In Further Opposition To Plaintiffs' Motion For Class Certification;

11) Declaration Of William B. Monahan In Further Opposition To Plaintiffs' Motion For Class Certification and exhibits thereto.


Respectfully submitted,

*/s/ Emma Gilmore*
Emma Gilmore

(Enclosures)

cc:     Counsel of Record (via e-mail, without enclosures)