UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUBHASH PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V. AND FRANS VAN HOUTEN,<br><br>Defendants. | Case No. 1:21-cv-04606-ERK-MMH |

**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**

This stipulation is entered into by and between Plaintiffs and Defendants.

WHEREAS, on December 5, 2024, the Court approved the parties' Proposed Discovery Plan and Scheduling Order (ECF No. 64);

WHEREAS, on July 14, 2025, the Court approved certain modifications to the Scheduling Order, including setting the close of fact discovery for October 27, 2025 (ECF No. 80);

WHEREAS, in light of ongoing depositions that could only be scheduled after the currently-scheduled end of fact discovery, Plaintiffs and Defendants have agreed to the following short extensions of dates in the Scheduling Order, as set forth below:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Motion to join new parties | October 15, 2025 | December 15, 2025 |
| Motion to amend pleadings | October 15, 2025 | December 15, 2025 |
| Affirmative expert reports | December 8, 2025 | February 9, 2026 |
| Rebuttal expert reports | February 11, 2026 | April 15, 2026 |
| Reply expert reports | March 25, 2026 | May 27, 2026 |

1

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Depositions of experts to be completed | April 24, 2026 | June 26, 2026 |
| Completion of all discovery | April 24, 2026 | June 26, 2026 |
| Joint status report certifying close of all discovery and indicating whether dispositive and/or Daubert motions are anticipated | May 4, 2026 | July 6, 2026 |
| If any party seeks a dispositive and/or Daubert motion, date to:<br><br>(a) File request for pre-motion conference (if required), or<br><br>(b) File briefing schedule of the motion | (a) May 18, 2026<br><br>(b) May 4, 2026 | (a) July 20, 2026<br><br>(b) July 6, 2026 |

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants that the case schedule shall be modified as set forth above.

**AGREED TO AND STIPULATED TO BY:**

Dated: October 6, 2025

Respectfully submitted,

**POMERANTZ LLP**

/s/ *Emma Gilmore*
Jeremy A. Lieberman
Emma Gilmore
Rupita Chakraborty
Villi Shteyn
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
egilmore@pomlaw.com
rchakraborty@pomlaw.com
vshteyn@pomlaw.com

*Lead Counsel for Lead Plaintiffs and the Proposed Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com

*Additional Counsel for Lead Plaintiffs and the Proposed Class*

/s/ *William B. Monahan*
Sharon L. Nelles
William B. Monahan
Thomas C. White
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Counsel for Koninklijke Philips N.V. and Frans van Houten*

Dated:   Brooklyn, New York
         October 09, 2025

**SO ORDERED**:

*Marcia M. Henry*
MARCIA M. HENRY
United States Magistrate Judge

3