UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SUBHASH PATEL, Individually and On
Behalf of All Others Similarly Situated,

                  Plaintiff,

        v.

KONINKLIJKE PHILIPS N.V. AND
FRANS VAN HOUTEN,

               Defendants.

Case No. 1:21-cv-04606-ERK-MMH

**JOINT STATUS REPORT**

       Pursuant to the Court's July 14, 2025 Order (Dkt. No. 80), lead plaintiff Richard Sun and

named plaintiff Subhash Patel ("Plaintiffs") and defendants Koninklijke Philips N.V. and Frans

van Houten ("Defendants") hereby provide the following joint status report on the close of fact

discovery and need for expert discovery.

       In accordance with the July 14, 2025 Order, the parties have concluded fact discovery on

October 27, 2025 with one exception. The parties have agreed to extend the fact discovery deadline

for certain third-party productions to December 15, 2025. This agreement was made in light of

delays caused by the federal government shutdown. This agreement was reached as a reasonable

accommodation given the extenuating circumstances, to avoid unnecessarily burdening the Court

with this issue, and in line with the compromises the parties previously reached to schedule a

limited number of fact depositions after October 27, 2025 to accommodate the witnesses. The final

fact deposition is now scheduled for November 25, 2025.

       The parties further state that expert discovery is necessary in this case and will proceed

pursuant to the October 6, 2025 Order (Dkt. No. 91).

Dated: November 12, 2025

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Emma Gilmore*

Jeremy A. Lieberman
Emma Gilmore
Villi Shteyn
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
egilmore@pomlaw.com
vshteyn@pomlaw.com

*Lead Counsel for Plaintiffs and the Proposed Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs and the Proposed Class*

**SULLIVAN & CROMWELL LLP**

*/s/ William B. Monahan*

Sharon L. Nelles
William B. Monahan
Thomas C. White
125 Broad Street
New York, New York 10004
(212) 558-4000

*Counsel for Koninklijke Philips N.V. and Frans van Houten*