

**Emma Gilmore**
Partner

December 17, 2025

The Honorable Edward R. Korman
The Honorable Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Patel v. Koninklijke Philips N.V., et al.*, No. 21-cv-4606-ERK-MMH

Dear Judges Korman and Henry:

  We represent Plaintiffs in the above-referenced matter and write in response to Defendants' December 16, 2025 letter addressed to Your Honors. Reality is closing in on Defendants. Discovery not only supports, but strengthens Plaintiffs' securities fraud claims. Plaintiffs' proposed third amended complaint seeks to add Philips' current CEO as a defendant; several additional misrepresentations akin to those already sustained by the Court; and one additional corrective disclosure date.

  No valid reason exists to hold in abeyance Plaintiffs' fully-briefed motion for class certification, or to stay for months on end the upcoming expert discovery deadlines pending a decision on defendants' contemplated motion to dismiss the third proposed amended complaint. Discovery has ended. The scheduling order explicitly contemplates Plaintiffs' ability to amend the complaint and to add new parties on the last day of discovery, without the need of an improper stay. Moreover, the third amended complaint does not impact the summary judgment schedule (there is no trial date). Nor does it extend or modify the Class Period, or enlarge its definition.

  An undue delay does not advance the interests of justice. In *Sjunde Ap-Fonden v. General Electric*, 341 F.R.D. 542, 533 (S.D.N.Y. Apr. 11, 2022), for example, the District Court rejected as "hyperbolic" defendants' contention that since they will move to dismiss the amended complaint, the case will "grind to a halt" by virtue of the PSLRA stay if the amendment were permitted. The Court allowed the amendment and, concurrently, certified the class. While there were some modest extensions of dates pertaining to expert reports and summary judgment motions, there was no PSLRA stay. *See* 17-cv-08457, Dkt. 315.

  Plaintiffs respectfully request the opportunity to respond to Defendants' upcoming December 19, 2025 letter by December 24.

                Respectfully submitted,
                */s/ Emma Gilmore*
                Emma Gilmore

CC: All Counsel of Record