UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUBHASH PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>       v.<br><br>KONINKLIJKE PHILIPS N.V., FRANS VAN HOUTEN, AND ROY JAKOBS,<br><br>                  Defendants. | Case No. 1:21-cv-04606-ERK-MMH |

**JOINT STATUS REPORT**

Pursuant to the Court's December 26, 2025 Order, lead plaintiff Richard Sun and named plaintiff Subhash Patel ("Plaintiffs") and defendants Koninklijke Philips N.V., Frans van Houten, and Roy Jakobs ("Defendants") hereby provide the following joint status report on the close of fact discovery.

In accordance with the December 26, 2025 Order, the parties have concluded fact discovery on January 15, 2026, with one exception. As mentioned in the parties' prior status report filed on December 22, 2025 (Dkt. No. 101), the parties had agreed to extend the fact discovery deadline for certain third-party productions to January 15, 2026 due to delays caused by the federal government shutdown. In light of continued production delays stemming from the government shutdown, the parties have agreed to further extend the deadline for these third-party productions to February 17, 2026.

In accordance with the Court's December 26, 2025 Order, Defendants will be filing their motion to dismiss the Third Amended Complaint on January 30, 2026.

-1-

Dated: January 22, 2026                                    Respectfully submitted,

| | |
|---|---|
| **POMERANTZ LLP** | **SULLIVAN & CROMWELL LLP** |
| */s/ Emma Gilmore* | */s/ William B. Monahan* |
| Jeremy A. Lieberman | Sharon L. Nelles |
| Emma Gilmore | William B. Monahan |
| Villi Shteyn | Thomas C. White |
| 600 Third Avenue | 125 Broad Street |
| New York, New York 10016 | New York, New York 10004 |
| Telephone: (212) 661-1100 | (212) 558-4000 |
| Facsimile: (212) 661-8665 | |
| jalieberman@pomlaw.com | *Counsel for Koninklijke Philips N.V.,* |
| egilmore@pomlaw.com | *Frans van Houten, and Roy Jakobs* |
| vshteyn@pomlaw.com | |

*Lead Counsel for Plaintiffs and the Proposed Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs and the Proposed Class*