# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

January 30, 2026

Via E-Mail and ECF

Emma Gilmore, Esq.,
 Pomerantz LLP,
  600 3rd Avenue,
   New York, NY 10016.

   Re: *Patel* v. *Koninklijke Philips N.V. et al.*,
     Case No. 1:21-cv-04606-ERK-MMH (E.D.N.Y.)

Dear Ms. Gilmore:

 On behalf of the defendants in the above-captioned action, and in accordance with Rule IV(d)(i) of the Court's Individual Practices and Rules, I enclose the following materials:

  (1) Defendants' Notice of Motion to Partially Dismiss the Third Amended Complaint;

  (2) Defendants' Memorandum in Support of Their Motion to Partially Dismiss the Third Amended Complaint; and

  (3) Declaration of William B. Monahan in Support of Defendants' Motion to Partially Dismiss the Third Amended Complaint and exhibits thereto.

         Sincerely,

         */s/ William B. Monahan*

         William B. Monahan

(Enclosures)

cc: *All Counsel of Record* (via e-mail) (without enclosures for ECF)