

**Emma Gilmore**
Partner

February 2, 2026

The Honorable Edward R. Korman
The Honorable Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Patel v. Koninklijke Philips N.V., et al.*, No. 21-cv-4606-ERK-MMH

Dear Judges Korman and Henry:

We represent plaintiffs in the above-captioned litigation and write in response to defendants' January 30, 2026 letter to the Court. Defendants cannot cite one single case (let alone controlling authority) justifying a stay in this four and a half years old case, where (i) fact discovery already has concluded; (ii) the Court already sustained securities fraud claims against at least some of the defendants over sixteen months ago; *and* (iii) the Court's Scheduling Order expressly contemplated dates for Plaintiffs' proposed amendment of their complaint without the improper need for a stay (*see* Dkt. Nos. 64, 92); *see similarly Leone v. ASP Isotopes Inc.*, 2025 WL 3484821, at *42 (S.D.N.Y. Dec. 4, 2025) and *Leone v. ASP Isotopes Inc. et al*, No. 1:24-cv-09253 (S.D.N.Y.), Dkt. No 36 (denying in part defendants' motion to dismiss and concurrently certifying the class after some discovery, as contemplated by the court's scheduling order permitting overlapping briefing schedules for both motions).

Defendants' newly cited cases are inapt. For example, *Lian v. Tuya Inc.*, 2024 WL 1932623 (S.D.N.Y. May 2, 2024) involved a Rule 12(c) motion that, *"if granted in its entirety, would result in dismissal of the entire case against all Defendants." Id.* at *1 (emphasis added). In *380544 Canada, Inc. v. Aspen Technology, Inc.*, 2007 WL 2049738 (S.D.N.Y. July 18, 2007), the court had yet to rule on the merits of *any* claims brought by plaintiffs.

Plaintiffs will respond more fully to defendants' letter on February 4, 2026.

Respectfully submitted,

Emma Gilmore

CC: All Counsel of Record

600 Third Avenue, New York, New York 10016 tel: 212.661.1100 www.pomerantzlaw.com

NEW YORK    CHICAGO    LOS ANGELES    PARIS