UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUBHASH PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V., FRANS VAN HOUTEN, AND ROY JAKOBS,<br><br>Defendants. | Case No. 1:21-cv-04606-ERK-MMH |

**JOINT STATUS REPORT**

Pursuant to the Court's January 25, 2026 Order, lead plaintiff Richard Sun and named plaintiff Subhash Patel ("Plaintiffs") and defendants Koninklijke Philips N.V., Frans van Houten, and Roy Jakobs ("Defendants") hereby provide the following joint status report on the close of fact discovery.

On January 30, 2026, Defendants filed their Motion to Dismiss the Third Amended Complaint (Dkt. No. 115), which Defendants maintain triggered the automatic stay provided by the Private Securities Litigation Reform Act. Plaintiffs disagree with Defendants' position. That dispute remains open, and the parties' respective positions are set forth in Dkt. Nos. 100, 102, 116, 117, 118, and 119.

The parties concluded fact discovery on December 15, 2025, with one exception. As mentioned in the parties' prior status report filed on January 22, 2026 (Dkt. No. 113), and as ordered in the Court's January 25, 2026 Order, the parties had agreed to extend the fact discovery deadline for certain third-party productions to February 17, 2026 due to delays caused by the federal government shutdown. In light of continued production delays stemming from the

government shutdown, the parties have agreed to further extend the deadline for these third-party productions, assuming any such deadline still exists in light of the automatic stay (Defendants' position), to March 19, 2026. Plaintiffs maintain that the automatic stay has no application here.

Dated: February 24, 2026					Respectfully submitted,

| | |
|---|---|
| **POMERANTZ LLP** | **SULLIVAN & CROMWELL LLP** |
| */s/ Emma Gilmore* | */s/ William B. Monahan* |
| Jeremy A. Lieberman | Sharon L. Nelles |
| Emma Gilmore | William B. Monahan |
| Villi Shteyn | Thomas C. White |
| 600 Third Avenue | 125 Broad Street |
| New York, New York 10016 | New York, New York 10004 |
| Telephone: (212) 661-1100 | (212) 558-4000 |
| Facsimile: (212) 661-8665 | |
| jalieberman@pomlaw.com | *Counsel for Koninklijke Philips N.V.,* |
| egilmore@pomlaw.com | *Frans van Houten, and Roy Jakobs* |
| vshteyn@pomlaw.com | |

*Lead Counsel for Plaintiffs and the Proposed Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs and the Proposed Class*