**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

<table>
<tr>
<td>

SUBHASH PATEL and RICHARD SUN, Individually and On Behalf of All Others Similarly Situated,

          *Plaintiffs*,

          v.

KONINKLIJKE PHILIPS N.V., FRANS VAN HOUTEN, and ROY JAKOBS,

          *Defendants*.

</td>
<td>

21-CV-4606 (ERK) (MMH)

</td>
</tr>
</table>

**DECLARATION OF WILLIAM B. MONAHAN IN SUPPORT OF DEFENDANTS' MOTION TO PARTIALLY DISMISS THE THIRD AMENDED COMPLAINT**

I, William B. Monahan, hereby declare as follows:

1.      I am a member of the bar of this Court and am a partner of the law firm of Sullivan & Cromwell LLP, counsel in the above-captioned action for defendants Koninklijke Philips N.V. ("KPNV"), Frans van Houten, and Roy Jakobs.

2.      I respectfully submit this Declaration to provide the Court with certain materials and information cited in Defendants' Memorandum in Support of Their Motion to Partially Dismiss the Third Amended Complaint.

3.      Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the Third Amended Complaint ("TAC"; ECF No. 103).

4.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the comparison of the TAC against the Second Amended Complaint ("SAC"), as previously filed by plaintiffs (ECF No. 97, Exhibit B).

5.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from KPNV's 2020 Annual Report filed with the SEC on February 23, 2021.

6.      Attached hereto as Exhibit 4 is a true and correct copy a Form 6-K filed by KPNV with the SEC on April 26, 2021.

7.      Attached hereto as Exhibit 5 is a true and correct copy of the transcript of the April 26, 2021 KPNV earnings call, as referenced in the TAC at paragraphs 466-77, 479, and 481, among others.

8.      Attached hereto as Exhibit 6 is a true and correct copy of Philips Respironics' June 14, 2021 recall announcement, as referenced in the TAC at paragraphs 503 to 513.

9.      Attached hereto as Exhibit 7 is a true and correct copy of the transcript of the July 26, 2021 KPNV earnings call, as referenced in the TAC at paragraphs 487 to 488 and 517 to 526.

10.     Attached hereto as Exhibit 8 is a true and correct copy of a Form 6-K filed by KPNV with the SEC on August 16, 2022.

11.     Attached hereto as Exhibit 9 is a true and correct copy of the FDA's Form 483 report to Philips Respironics, dated November 9, 2021, as referenced in the TAC at paragraphs 531 to 560, among others.

12.     Attached hereto as Exhibit 10 is a true and correct copy of the FDA's 518(b) notice to Philips Respironics, dated May 2, 2022, as referenced in the TAC at paragraphs 292 to 296.

13.     Attached hereto as Exhibit 11 is a true and correct copy of the June 3, 2019 email and its attachment referenced in the TAC at paragraphs 223 to 226.

14. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of the December 19, 2019 email referenced in the TAC at paragraph 204.

15. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of the presentation, dated December 2019, referenced in the TAC at paragraph 230.

16. Attached hereto as <u>Exhibit 14</u> is a true and correct copy of the June 30, 2020 email referenced in the TAC at paragraph 234.

17. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of the presentation, dated July 1, 2020, referenced in the TAC at paragraph 234.

18. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of the notes from the February 19, 2021 panel of external medical experts referenced in the TAC at paragraphs 216 and 229.

19. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of the April 23, 2021 email referenced in the TAC at paragraph 468.

20. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of the May 26, 2021 Teams message thread referenced in the TAC at paragraph 271, as well as a certified English translation of that message thread.

21. Attached hereto as <u>Exhibit 19</u> is a true and correct copy of the June 10, 2021 email referenced in the TAC at paragraph 483.

22. Attached hereto as <u>Exhibit 20</u> is a true and correct copy of the transcript of the deposition taken in this action of ████████, as referenced in the TAC at paragraphs 300, 421, 464, and 559.

23. Defendants produced in discovery over 80,000 documents, consisting of over 173,000 pages of documents, from 32 custodians and non-custodial sources, dating back to

January 2018, including all the materials (minutes, agendas, decks, etc.) of any KPNV Quality & Regulatory Committee meetings relating in any way to the foam issue.    Plaintiffs took 17 depositions and received the deposition transcripts and associated exhibits marked at 25 additional depositions taken in other litigations relating to the recalled devices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of January 2026 in New York, New York.


*/s William B. Monahan*
William B. Monahan