UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SUBHASH PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V., FRANS VAN HOUTEN, AND ROY JAKOBS,<br><br>Defendants. | Case No. 1:21-cv-04606-ERK-MMH |

**DECLARATION OF EMMA GILMORE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO PARTIALLY DISMISS THE THIRD AMENDED COMPLAINT**

I, Emma Gilmore, hereby declare as follows:

1. I am a member of the bar of this Court and a partner of the law firm of Pomerantz LLP, counsel in the above-captioned action for Lead Plaintiff Richard Sun and Plaintiff Subhash Patel ("Plaintiffs").

2. I respectfully submit this declaration to provide the Court with certain materials cited in Plaintiffs' Memorandum Of Law In Opposition To Defendants' Motion To Partially Dismiss The Third Amended Complaint.

3. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the October 3, 2025 deposition of Frans van Houten.

4. Attached hereto as Exhibit 2 is a true and correct copy of internal Philips documents bates stamped Philips_Securities-00047561; 00047563.

1

5.    Attached hereto as Exhibit 3 is a true and correct copy of internal Philips documents bates stamped Philips_Securities-00024978; 00024981.

6.    Attached hereto as Exhibit 4 is a true and correct copy of an internal Philips document bates stamped Philips_Securities-00172500.

7.    Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the September 19, 2025 deposition of ██████████.

8.    Attached hereto as Exhibit 6 is a true and correct copy of an excerpt from the March 13, 2024 deposition of Frans van Houten in *PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LIABILITY LITIGATION,* No. 21-mc-1230, MDL No. 3014 (W.D. Pa.).

9.    Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the September 11, 2025 deposition of ████████.

10.    I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of March 2026 in New York County, New York.

/s/ Emma Gilmore
Emma Gilmore

2