# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____
                               )
SUBHASH PATEL, Individually and   )
On Behalf of All Others           )
Similarly Situated,               )
                               )
            Plaintiff,            ) Case No.
                               ) 1:21-cv-04606-ERK-MMH
      v.                         )
                               )
KONINKLIJKE PHILIPS N.V. and      )
FRANS VAN HOUTEN,                 )
                               )
            Defendants.           )
_____

VIDEOTAPED DEPOSITION of FRANS VAN HOUTEN

Friday, October 3, 2025
8:35 a.m. to 5:30 p.m.
Held at Sullivan & Cromwell
Midtown Conference Center
535 Madison Avenue
New York, NY 10022

Reported stenographically by
JOSHUA B. EDWARDS, RDR, CRR, CRC
Notary Public of the State of New York
Registration No. 01ED0000628
HUDSON COURT REPORTING & VIDEO   (212) 273-9911

Page 2

A P P E A R A N C E S

On behalf of the Plaintiff and the Proposed Class:
    POMERANTZ LLP
    600 Third Avenue
    New York, NY 10016
    212.661.1100
    BY:  JEREMY LIEBERMAN, ESQ.
         EMMA GILMORE, ESQ.
         VILLI SHTEYN, ESQ.
         jalieberman@pomlaw.com
         egilmore@pomlaw.com
         vshteyn@pomlaw.com


On behalf of the Defendants:

    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, NY 10004-2498
    212.558.4000
    BY:  WILLIAM MONAHAN, ESQ.
         FIONA GATELY, ESQ.
         JU HEE AHN, ESQ. (via Zoom)
         monahanw@sullcrom.com
         gatelyf@sullcrom.com


Also Present:

    Nicolas Stanziola, Legal Videographer

Page 3

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that filing and sealing be and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be preserved to the time of trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed and sworn to before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the officer before whom the within deposition was taken.

Page 4

THE VIDEOGRAPHER:  Good morning.  We are on the record at 8:35 a.m. Eastern time on Friday, October 3, 2025 for the stenographically reported and videotaped deposition of Frans van Houten in the action Patel versus Koninklijke Philips N.V. and Frans van Houten.

My name is Nico Stanziola, the videographer, and Mr. Joshua Edwards is the court reporter.  We are with Hudson Court Reporting and Video Nationwide.  This deposition is being held at Sullivan & Cromwell Midtown Conference Center located at 535 Madison Avenue New York, New York.

Before swearing in the witness, all counsel present please introduce yourself for the record.

MR. LIEBERMAN:  Jeremy Lieberman, Pomerantz LLP, counsel for the plaintiffs.

MS. GILMORE:  Emma Gilmore with Pomerantz as well.

MR. SHTEYN:  Villi Shteyn with Pomerantz as well.

MR. MONAHAN:  This is Bill Monahan from Sullivan & Cromwell, for the defendants, including the witness.  And with me is Fiona

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 181

F. VAN HOUTEN

record.  The time is 2:32 p.m.

MR. LIEBERMAN:  We are on Exhibit 17; is that right?

THE COURT REPORTER:  Nineteen.

MR. SHTEYN:  That's 18.  The next one is 19.

MR. LIEBERMAN:  We are on --

MR. SHTEYN:  Nineteen is next.

MR. LIEBERMAN:  We will go back to 18 later.  Tab 30.

(Van Houten Exhibit 19, ██████████ ████████████████████████ ██████, was marked for identification.)

MR. MONAHAN:  Do you have a translation of this or are you just going to use the original in Dutch?

MR. LIEBERMAN:  I think the translation is at the bottom of the page.  Do you see that?  The witness can tell us if the translation is accurate.

THE WITNESS:  Actually, it's partially in Dutch, partially in English.

MR. LIEBERMAN:  Oh, okay, great.  I thought that was a translation of the top.  But how

Page 182

F. VAN HOUTEN

would I know?

MR. SHTEYN:  It's the original.  You have translations.

MR. LIEBERMAN:  Gotcha.

BY MR. LIEBERMAN:

Q.   Okay, Mr. Van Houten, who is ████████?

MR. MONAHAN:  "████."

A.   ████████ is the chief medical officer of Philips.

MR. MONAHAN:  At the time?

THE WITNESS:  At the time, yeah.

Q.   When did he resign?  Or strike that.  When did he leave Philips?

A.   After I left.  I don't know exactly the date.  He retired.

Q.   ██ says -- I'm looking at the second-to-last sentence in his transmittals, 1714.  Do you see that?

A.   Yeah.

Q.   It says, "████████████████ ████████████████████████ ████████████████████ █████████████ ███████████████████ ████████████████████████████?

Page 183

F. VAN HOUTEN

██ ██████████████████████ ████████████████████████ ██████████████████████████ ████████████████████████ █████████████████ ██████████████████████████ ██████████████████████ ███████ ████████████████ ████████████████████████ ██████████████████████████ ████████████████████ ██████████████████████████ ████████████████████ ████████████████████████████ ██████████████████████

Q.   Okay.  And looking at your message on 1718, it says, "████████████████████ ███████████████ ██████████████████ ███████████████████████."

A.   Right.

Page 184

F. VAN HOUTEN

Q.   Do you see that?

A.   I do.

Q.   And in your view, ██████████████ ██████████████████████████ ████████████

MR. MONAHAN:  Objection.  Misstates --

██ ████████████████████ ██████████████████████████████ ████████████████████████████ ██████████████████████████████ ███████████████ ██████████ ████████████████████████████ ██████████ ████████████████████████ ██████████████████████████ █████ ██████████████████ ████████████████████████████████ █████ ███ ██████████████████████ ██████████████████████████

Q.   Okay.  And then you sate 521, ██████████

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 185

F. VAN HOUTEN

(Counsel conferring privately.)

Q. Let's turn back to Exhibit 18, please.

A. It was on the -- on the screen, right?

MR. MONAHAN: Yeah, this is it.

THE WITNESS: This is it?

Q. If we could turn to page 10 of Exhibit 18.

A. Yes.

Q. The second sentence says -- I'm focusing on

Page 186

F. VAN HOUTEN

your statement, ▮▮▮▮▮▮▮▮▮▮▮▮▮

Do you see that?

MR. MONAHAN: Wait a minute. That's the wrong exhibit.

THE WITNESS: That's not 18.

MR. MONAHAN: Exhibit 18 was the ▮▮ ▮▮▮▮▮▮▮

MR. LIEBERMAN: Oh, excuse me. I'm on the ▮▮▮▮▮▮▮ What is that? Tab 24. What exhibit is that?

MR. MONAHAN: Exhibit 16.

MR. SHTEYN: Sixteen is correct.

MR. LIEBERMAN: My bad. I apologize, Exhibit 16.

THE WITNESS: Sixteen?

MR. LIEBERMAN: Sixteen.

MR. MONAHAN: It's the ▮▮▮▮▮?

MR. LIEBERMAN: Yeah.

THE WITNESS: The ▮▮▮▮▮▮▮

MR. LIEBERMAN: Correct.

MR. MONAHAN: That's it.

THE WITNESS: Okay.

BY MR. LIEBERMAN:

Q. Okay. On page 10 I'm looking at your

Page 187

F. VAN HOUTEN

statements starting with, ▮▮▮▮▮▮▮▮ ▮▮▮▮

A. Which page?

Q. Page 10.

MR. MONAHAN: Just give me a second. Okay. I have it at least.

A. Yes.

Q. It says, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Do you see that?

A. Yes.

Q. (Reading): ▮▮▮▮▮▮▮▮▮▮▮▮

A. Mm-hmm.

Q. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ correct?

MR. MONAHAN: Objection. Lack of foundation.

A. ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮

Page 188

F. VAN HOUTEN

Q. ▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮

Q. Okay. And then you say the in next sentence, ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮

Do you see that?

A. I do.

Q. Okay. And the second to last statement says, ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮

Do you see that?

A. Yes.

Q. ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮

Q. Okay. If we could turn your attention, let's go to the next exhibits.

MR. LIEBERMAN: Tab 39.

(Van Houten Exhibit 20, ▮▮▮▮▮▮

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**