# EXHIBIT 6

HIGHLY CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  SOCLEAN, INC.,              )
MARKETING, SALES                    )  Master Docket
PRACTICES, AND PRODUCTS             )  No.  22-mc-152
LIABILITY LITIGATION                )
                                    )  MDL No.  3021
THIS DOCUMENT RELATES TO:           )
ALL ACTIONS                         )
_____
IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  PHILIPS RECALLED            )
CPAP, BI-LEVEL PAP, AND             )  Master Docket:  Misc.
MECHANICAL VENTILATOR               )  No.  21-01230
PRODUCTS LIABILITY                  )
LITIGATION                          )
                                    )  MDL No.  3014
THIS DOCUMENT RELATES TO:           )
ALL ACTIONS                         )

WEDNESDAY, MARCH 13, 2024

Volume 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

— — —

Videotaped Deposition of Frans van Houten, taken pursuant to notice and conducted at the offices of Sullivan & Cromwell, 535 Madison Avenue, New York, New York, commencing at 8:17 a.m., Eastern Time, on the above date, before Jennifer A. Dunn, Registered Merit Reporter, Certified Realtime Reporter; California, Illinois & Texas Certified Shorthand Reporter, and Missouri Certified Court Reporter.

GOLKOW LITIGATION SERVICES
877.370.DEPS
deps@golkow.com

HIGHLY CONFIDENTIAL

Page 228

BY MR. BUCHANAN:

Q    You know about that one, right?

A    Yes.

Q    That's a mess?

          MR. STEINBERG:  Objection to the form.

BY MR. BUCHANAN:

Q    Agreed?

A    What do you mean with "mess"?

Q    Why don't you tell me how messy it is out there, or was, before you closed it?

          MR. KOONS:  Objection to form.

          THE WITNESS:  There was a warning letter and there were numerous issues.

BY MR. BUCHANAN:

Q    Ten years with an open issue, events shutting down, not providing alarms, without a fix that worked, right?

          MR. STEINBERG:  Objection to the form.

          THE WITNESS:  Yes.  And we closed the unit down.

BY MR. BUCHANAN:

Q    Mm-hmm.  Wrong culture, lack of rigor, lack of capabilities.

          That's what Carlsbad was about, right?

          MR. JOSEPH:  Objection.  Form.

Page 229

You may answer.

THE WITNESS:  That's your classification, but definitely there were multiple issues in Carlsbad.

BY MR. BUCHANAN:

Q    Mm-hmm.  Multiple issues.

I mean, isn't this hitting the CEO desk that a unit of SRC or Respironics that is making ventilators is 10 years out of compliance operating under warning letters for years with vents that shut down without alarms; isn't that hitting the CEO desk in 2015, '16, '17, '18?

A    I was aware of it.

Q    You were aware of it?

A    Mm-hmm.  And tasked management to deal with it.

Q    Getting better, but still being noncompliant is no good?

A    You told me that three minutes ago.

Q    And you agree with it, right?

A    Yes, I did.

MR. KOONS:  Objection.  Form.

MR. STEINBERG:  Asked and answered.

MR. BUCHANAN:  What exhibit are we up to?

MS. KENNEDY:  32.

(van Houten Exhibit 32 marked for identification.)

MR. JOSEPH:  Why don't we take a break after

HIGHLY CONFIDENTIAL

Page 230

your next one.

BY MR. BUCHANAN:

Q    Mr. van Houten, this is after ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮, right?

MR. JOSEPH:  Objection.  Form.

You may answer.

THE WITNESS:  Yes.

BY MR. BUCHANAN:

Q    We're looking here at -- this is an e-mail from yourself, right?

A    Yes.

Q    February of '22.  That's after, obviously, the FDA inspection and all the quality problems found that SRC -- this is your assessment, right?

A    Correct.

Q    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

A    Yes.

Q    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ right?

A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q    Mm-hmm.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

