# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

March 20, 2026

<u>Via Hand Delivery and ECF</u>

The Honorable Edward R. Korman,
    United States District Court for the Eastern District of New York,
      225 Cadman Plaza East,
        Brooklyn, New York 11201

        Re:    *Patel* v. *Koninklijke Philips N.V. et al.*, No. 21-cv-4606-ERK-MMH

Dear Judge Korman:

      We represent the Defendants in the above-referenced action. Pursuant to Section IV.d.iii of Your Honor's Individual Motion Practices and Rules, enclosed are courtesy copies of all motion, opposition and reply papers submitted by the parties in connection with Defendants' Motion to Partially Dismiss the Third Amended Complaint:

1. Defendants' Notice of Motion to Partially Dismiss the Third Amended Complaint (ECF No. 122);

2. Defendants' Memorandum in Support of Their Motion to Partially Dismiss the Third Amended Complaint (ECF No. 122-1);

3. Declaration of William B. Monahan in Support of Defendants' Motion to Partially Dismiss the Third Amended Complaint, and exhibits thereto (ECF No. 122-2);

4. Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Partially Dismiss the Third Amended Complaint (ECF No. 122-23);

5. Declaration of Emma Gilmore in Support of Plaintiffs' Opposition to Defendants' Motion to Partially Dismiss the Third Amended Complaint, and exhibits thereto (ECF No. 122-24);

6. Defendants' Reply Memorandum in Further Support of Their Motion to Partially Dismiss the Third Amended Complaint (ECF No. 122-32);

7.  Reply Declaration of William B. Monahan in Further Support of Defendants' Motion to Partially Dismiss the Third Amended Complaint, and exhibits thereto (ECF No. 122-33); and

8.  Defendants' Letter Motion for Leave to File Certain Materials Under Seal, and attachments thereto (ECF No. 121).

Defendants respectfully request oral argument on their motion to dismiss.

Respectfully submitted,

*/s/ William B. Monahan*

William B. Monahan

(Enclosures)

cc:     Magistrate Judge Henry (via hand delivery, w/o enclosures)
        Plaintiffs' counsel (via ECF, w/o enclosures)