# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

March 27, 2026

Via ECF

The Honorable Marcia M. Henry,
  United States District Court for the Eastern District of New York,
    225 Cadman Plaza East,
      Brooklyn, New York 11201

Re:    *Patel* v. *Koninklijke Philips N.V. et al*, No. 21-cv-4606-ERK-MMH

Dear Judge Henry:

We write on behalf of defendants regarding the parties' dispute, currently pending before the Court, concerning the applicability of the PSLRA's automatic stay following defendants' motion to dismiss plaintiffs' Third Amended Complaint. Defendants served their motion to dismiss on plaintiffs on January 30, 2026 and filed the fully briefed motion on the docket on March 20, 2026. (Dkt. No. 122.) The parties' dispute regarding the PSLRA's automatic stay is also fully briefed and dates back to December 16, 2025. (Dkt Nos. 98-100, 102, 116-19.)

As set forth in defendants' letter-briefs, the PSLRA's automatic stay applies and, by its terms, stays "all discovery and other proceedings" as a matter of law, including expert discovery and class certification proceedings. Plaintiffs disagree and have demanded that the parties continue to follow a schedule entered back in October 2025 (Dkt. No. 91), months before the automatic PSLRA stay went into effect, which calls for (among other things) defendants to serve their merits expert reports on April 15, 2026. But the automatic PSLRA stay is in effect without need of any further court order, and those prior deadlines therefore no longer apply. Recently, however, plaintiffs seem to be trying to set up a "gotcha" argument by claiming that any noncompliance by defendants with those prior deadlines would constitute improper "self-help."

In these circumstances, defendants respectfully request that the Court confirm, at least on an interim basis for now, that the deadlines in the prior scheduling order are stayed.

Respectfully submitted,

*/s/ William B. Monahan*

William B. Monahan

cc:    Counsel of Record (via ECF)