

**Emma Gilmore**
Partner

The Honorable Edward R. Korman
The Honorable Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Patel v. Koninklijke Philips N.V., et al., No. 21-cv-4606-ERK-MMH*

Dear Judges Korman and Henry,

We represent Plaintiffs in the above-referenced action and write in response to Defendants' letter of today demanding an improper PSLRA stay in this case, where fact discovery *ended* in December 2025 and the PSLRA stay amply served its function when the case was already stayed for three years until the Court sustained the merits of Plaintiffs' claims. "In a case where the court already *has* sustained the legal sufficiency of the complaint, [the PSLRA's] purpose has been served." *In re Salomon Analyst Litig.*, 373 F.Supp.2d 252, 254-55 (S.D.N.Y. 2005) (emphasis in original); *accord*, *In re Turquoise Hill Resources Sec. Litig.*, 2024 WL 791545, at *6 (S.D.N.Y. Feb. 26, 2024) (same).

This is Defendants' second attempt to circumvent the Scheduling Order following its demand on January 30, 2026 for the Court to impose a stay by February 9, 2026, when the parties' opening expert reports were due. Nothing changed since then. The Scheduling Order Defendants negotiated with Plaintiffs expressly allowed for amendments of the complaint at the end of fact discovery without the improper need for a stay, and Defendants are bound by its provisions.

As explained in Plaintiffs' prior letters, (Dkt. Nos. 102 and 118), no court has stayed a case in the circumstances present here, where the PSLRA has no legitimate applicability. In fact, Defendants could not cite one single case in the entire country—binding, unbinding, published, or unpublished—that stayed expert discovery, a feat they seek to accomplish here at the shareholders' expense of delay and prejudice. Accordingly, Defendants' unprecedented request to stay the case—in the interim or otherwise—should be swiftly denied.

Respectfully submitted,

*/s/Emma Gilmore*

Emma Gilmore

**egilmore@pomlaw.com**

600 Third Avenue, New York, NY 10016 Main: 212.661.1100 Direct: 646.581.9942
NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV
www.pomlaw.com